UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

PRO CREDIT GROUP, LLC, *et al.*,

Defendants.

Case No.  8:12-cv-586-T35-EAJ

## JOINT CONSENT EMERGENCY MOTION FOR RELIEF FROM THE TEMPORARY RESTRAINING ORDER FOR NON-PARTY CONSUMER BUDGET SERVICES

Plaintiff Federal Trade Commission ("FTC") and Non Party, Consumer Budget Services ("CBS"), by and through the undersigned attorney, ROBERT D. ECKARD, respectfully move this Court, through this joint motion, for an order providing relief from the Asset Freeze provisions of the Temporary Restraining Order ("TRO") [ECF 11] entered in this matter on March 20, 2012 in order to permit full unfettered access to CBS business accounts for non party Consumer Budget Services, specifically, the three (3) accounts with Bank of America listed below:

(1) Consumer Budget Services Payroll Account: 2290-XXXX-3989;
(2) Consumer Budget Services Billing Account: 2290-XXXX-3992
(3) Consumer Budget Services: 2290-XXXX-3976

1. Consumer Budget Services is an ongoing business that needs immediate access to its accounts as access to these accounts is imperative to maintaining its business operations, employee payroll, State of Florida Department of Revenue taxes, etc.

2. Consumer Budget Services Office and operations was taken control of by the Receiver on March 20, 2012 (effective date of the TRO), but was released back to the owner Karissa Dyar on April 5, 2012 after objection by the undersigned.

3. However, the business accounts listed above have been frozen since the TRO was entered and the Receiver and FTC have stated to the undersigned that they do not have authority to get Bank of America to Release the accounts described herein without further Order from this Court.

4. Counsel for the FTC, Melinda Claybaugh, was contacted by the undersigned on Monday, April 9, 2012 and advised that the FTC consents to the relief requested herein.

WHEREFORE, Consumer Budget Services hereby request that this Honorable Court:

(1) Enter an Order granting the relief requested herein, specifically Ordering Bank of America to immediately release any further hold or freeze on the accounts owned and Controlled by consumer Budget Services listed above pursuant to the previous Order entered in this cause [ECF 11].

(2) Any further relief that is just and equitable.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF APRIL, 2012:**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 11, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic by U.S. Mail and Email at the addresses listed below.

**LAW OFFICE OF ROBERT ECKARD
& ASSOCIATES, P.A.**

_____*/s/ Robert D. Eckard*_____

☐**Robert D. Eckard, Esquire (FBN: 0162655)**
☐**Joelle Fisher, Esquire (FBN: 48204)**
☐**Michael Ziegler, Esquire (FBN: 0074864)**
☐**Amber Hill, Esquire (FBN: 43596)**
**3110 Alternate 19 N.**
**Palm Harbor, FL  34683**
**Telephone: (727) 772-1941**
**Facsimile: (727) 771-7940**
**E-mail: Robert@RobertEckardLaw.com**

## SERVICE LIST

### FEDERAL TRADE COMMISSION vs. PRO CREDIT GROUP, LLC. et al.

Case Number: 8:12-cv-586-T35-EAJ

United States District Court, Middle District of Florida
Tampa Division

Melinda Claybaugh, Esq.
Julia Solomon Ensor, Esq.
Federal Trade Commission
600 Pennsylvania Ave, N.W., M-8102B
Washington, D.C. 20580

Mark Bernet, Esq.
Kass, Shuler, Solomon, Spector, Foyle & Singer
1505 N Florida Ave
Tampa, Florida 33602-2613
Receiver

Scott Shaffer, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP.
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Attorney for:
Sanders Legal Group, P.A.
Sanders Law, P.A.
Andre Keith Sanders
My Success Track, LLC.

Consumer Credit Group, LLC.
Dale Robinson
3985 Gateway Centre Blvd., Suite 220
Pinellas Park, FL 33782

Hank Waters, Esq.
hankwaters@aol.com
First Financial Asset Services, Inc.
William Balsamo