UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

PRO CREDIT GROUP, LLC, *et al.*,

    Defendants.

Case No. 8:12-cv-586-T35-EAJ

# EXHIBIT LIST

__X__ Government   __X__ Plaintiff   ____ Defendant   ____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| FTC 1 | | APR 17 2012 | | | *FTC v. Group One Networks* Amended Complaint |
| FTC 2 | | APR 17 2012 | | | Stipulated Final Judgment and Order for Permanent Injunction as to Defendant Brett Fisher (*FTC v. Group One Networks*) |
| FTC 3 | | APR 17 2012 | | | Compliance Report for Brett Fisher |
| FTC 4 | APR 17 2012 | | | | Decl. of Chad Papenfuss |
| FTC 5 | APR 17 2012 | | | | Decl. of Martha Vera |
| FTC 6 | APR 17 2012 | | | | Decl. of Gail Agreen |
| FTC 7 | APR 17 2012 | | | | Decl. of James Blair |
| FTC 8 | APR 17 2012 | | | | Decl. of Peggy Browning |
| FTC 9 | APR 17 2012 | | | | Decl. of Pamela Carnes |

| FTC 10 | APR 1 7 2012 | | | Decl. of Kacey Cielo |
|---|---|---|---|---|
| FTC 11 | APR 1 7 2012 | | | Decl. of James Crafton |
| FTC 12 | APR 1 7 2012 | | | Decl. of William Gertz |
| FTC 13 | APR 1 7 2012 | | | Decl. of Verlyn Halliday |
| FTC 14 | APR 1 7 2012 | | | Decl. of Jeffrey Hendryx |
| FTC 15 | APR 1 7 2012 | | | Decl. of William Ingram |
| FTC 16 | APR 1 7 2012 | | | Decl. of Veronica Leftwich |
| FTC 17 | APR 1 7 2012 | Malerbi, Guy (4/17/2012) | | Decl. of Guy Malerbi |
| FTC 18 | APR 1 7 2012 | Henry Waters | | Decl. of Adam Sarzynski |
| FTC 19 | APR 1 7 2012 | | | Decl. of Patricia Sollman |
| FTC 20 | APR 1 7 2012 | | | Decl. of S. David Stewart |
| FTC 21 | APR 1 7 2012 | | | Decl. of Shirley Syster |
| FTC 22 | APR 1 7 2012 | | | Decl. of Pamela Trimble |
| FTC 23 | APR 1 7 2012 | York, Nikki (4/17/2012) | | Decl. of Nikki York |
| FTC 24 | APR 1 7 2012 | | | Decl. of Debora Zalewski |
| FTC 25 | APR 1 7 2012 | | | Decl. of Karen Brunke |
| FTC 26 | APR 1 7 2012 | | | Decl. of Beulah Davis |
| FTC 27 | APR 1 7 2012 | | | Decl. of Ronald Lynch |
| FTC 28 | APR 1 7 2012 | | | Decl. of Patricia Riddick |
| FTC 29 | APR 1 7 2012 | | | Decl. of Rhett Schall |
| FTC 30 | APR 1 7 2012 | | | Decl. of Kimberly Smith |
| FTC 31 | APR 1 7 2012 | | | Decl. of Stephanie Tesh |
| FTC 32 | APR 1 7 2012 | | | Decl. of Debbie Wallen |

| | | | | |
|---|---|---|---|---|
| FTC 33 | APR 17 2012 | | | Decl. of Ginnene Brewerton |
| FTC 34 | APR 17 2012 | | | Decl. of Brinkley Dickerson |
| FTC 35 | APR 17 2012 | | | Decl. of Norman Googel |
| FTC 36 | APR 17 2012 | | | Decl. of Sharon Lanham |
| FTC 37 | APR 17 2012 | | | Decl. of William Sullivan |
| FTC 38 | APR 17 2012 | | | Decl. of Douglas Zloto |
| FTC 39 | APR 17 2012 | Goldstein, Michael (4/17/2012) | | Decl. of Michael Goldstein |
| FTC 40 | APR 17 2012 | | | Affidavit of Julia Solomon Ensor |
| FTC 41 | APR 17 2012 | Ponikvar, Ann (4/17/2012) | | Decl. of Ann Ponikvar |
| FTC 42 | APR 17 2012 | | | Decl. of Richard Strong |
| FTC 43 | | | | First Supplemental Decl. of Michael Goldstein |
| FTC 44 | | | | Second Supplemental Decl. of Michael Goldstein |
| FTC 45 | | | | Attachments to Goldstein Decl. |
| FTC 46 | | | | Third Supplemental Decl. of Michael Goldstein |
| FTC 47 | | | | Email to D. Robinson Regarding "fighting the chargebacks" |
| FTC 48 | | | | Email to D. Robinson Regarding Consumer Complaint |

| | | | | | |
|---|---|---|---|---|---|
| FTC 49 | | | | | Email to D. Robinson and B. Fisher with |
| FTC 50 | | | | | Email from CCG showing no reductions |
| FTC 51 | | | | | Closer Script |
| FTC 52 | | | | | CCG Refund Policy |
| FTC 53 | | | | | CCG Rebuttal Script |
| FTC 54 | | | | | Sales Script |
| FTC 55 | | | | | Negotiator Company Directory |
| FTC 56 | | | | | Negotiator Bank Handbook |
| FTC 57 | | | | | Generic Rebuttals |
| FTC 58 | | | | | Negotiator Information Regarding Speaking With Banks |
| FTC 59 | | | | | Fisher email re LFST |
| FTC 60 | | | | | Email re MST Paperwork |
| FTC 61 | | | | | Email from MST, FFA, CCG, and DF Rep |
| FTC 62 | | | | | Email Regarding Threats of Arrest to Consumer |
| FTC 63 | | | | | Email from Fisher Regarding Fulfillment Hiring |
| FTC 64 | | | | | Email from Fisher Regarding Consumer Access to Website |
| FTC 65 | | | | | Email from Sanders Regarding Interest Rate Reduction Program |
| FTC 66 | | | | | Oct. Fisher Email Regarding Telemarketing Rooms |

| | | | | | |
|---|---|---|---|---|---|
| FTC 67 | | | | | Nov. Fisher Email Regarding Telemarketing Rooms |
| FTC 68 | | | | | Dyar Deposition and Exhibits |
| FTC 69 | | | | | Fisher Deposition and Exhibits |
| FTC 70 | | | | | Balsamo Deposition |
| FTC 71 | | | | | Fourth Supplemental Decl. of Michael Goldstein |
| FTC 72 | | | | | Decl. of Erez Yoeli |
| FTC 73 | | | | | Decl. of Hugh Huettner |
| FTC 74 | | | | | Decl. of Julia Solomon Ensor |