[8/30/2011 1:01:52 PM] Kirstin Nagy: Ruthie Francis coming over need to talk to consultant right now, she know that she is not to aks for her money back and just take the time to listen to how the analysis works and she is saying that the mins are wrong.
[8/30/2011 1:50:38 PM] Karissa Dyar: wanda owens sent her ppwk back filled out but wants a refund
[8/30/2011 1:52:49 PM] CCG Podium: did she fill out the ppwk
[8/30/2011 1:52:51 PM] CCG Podium: all
[8/30/2011 1:53:04 PM] Karissa Dyar: yeah but we're missing husband's mmn
[8/30/2011 1:53:22 PM] CCG Podium: do u need it or not sure yet
[8/30/2011 1:54:02 PM] Karissa Dyar: left message for intro but still need it
[8/30/2011 1:54:11 PM] CCG Podium: ok
[8/30/2011 1:54:18 PM] Karissa Dyar: do you want us to still work the file? even though she wants her money back
[8/30/2011 1:54:42 PM] CCG Podium: let me check to make sure shes not a charge back
[8/30/2011 1:55:11 PM] Karissa Dyar: the note says "i am very sorry i'm late with forms. have been very ill. i have requested two times to get a refund and be let out of this credit consumer group. please just refund on my charge card and release us from this."
[8/30/2011 1:55:13 PM] Karissa Dyar: so sad
[8/30/2011 1:57:24 PM] CCG Podium: then y fill out the ppwk dudh
[8/30/2011 1:57:29 PM] Karissa Dyar: exactly
[8/30/2011 1:57:38 PM] CCG Podium: ill look in to it and have some one call them
[8/30/2011 1:57:41 PM] Karissa Dyar: i found it quite funny
[8/30/2011 3:49:23 PM] Karissa Dyar: hi
[8/30/2011 3:49:57 PM] Karissa Dyar: Darbie Bridgett is an FBI Budget Analyst and I think you should give her her money back
[8/30/2011 4:13:34 PM] Shipping: can I clear the wp?
[8/30/2011 4:14:11 PM] CCG Podium: give me a sec
[8/30/2011 4:14:55 PM] CCG Podium: go a head
[8/30/2011 4:15:38 PM] CCG Podium: and make it snappy
[8/30/2011 4:16:05 PM] Kirstin Nagy: Shipping: please reship welcome package to Jean Murray ty
[8/30/2011 4:20:13 PM] Shipping: done
[8/30/2011 4:20:59 PM] CCG Podium: ty
[8/30/2011 4:21:06 PM] CCG Podium: i was jk 2
[8/30/2011 4:22:06 PM] Karissa Dyar: [Tuesday, August 30, 2011 3:49 PM] Karissa Dyar:

<<< Darbie Bridgett is an FBI Budget Analyst and I think you should give her her money back
[8/30/2011 4:22:12 PM] Karissa Dyar: did you see that???
[8/30/2011 4:24:15 PM] CCG Podium: wow
[8/30/2011 4:28:55 PM] Karissa Dyar: haha
[8/30/2011 4:29:01 PM] Karissa Dyar: just wanted to give you a heads up
[8/30/2011 4:29:20 PM] CCG Podium: great ill look in to it
[8/30/2011 4:30:17 PM] CCG Podium: i cant find her in telecom
[8/30/2011 4:30:36 PM] CCG Podium: whats the phone number

Goldstein Attach. A
p. 1 of 34

FTC 45
p. 1 of 178

[8/30/2011 4:31:05 PM] CCG Podium: never mind i found it
[8/30/2011 4:31:39 PM] Karissa Dyar: lol
[8/30/2011 4:31:49 PM] CCG Podium: ok im not showing any notes about any problems
[8/30/2011 4:32:06 PM] Karissa Dyar: i was just telling you she's FBI that's all
[8/30/2011 4:32:21 PM] CCG Podium: o lol did she tell u that
[8/30/2011 4:32:39 PM] Karissa Dyar: it's on her ppwk as her job
[8/30/2011 4:35:34 PM] CCG Podium: OOOOOOOOOOOOOOOOOOOOOOO :O
[8/30/2011 4:36:48 PM] Karissa Dyar: uh huh
[8/30/2011 4:37:02 PM] Karissa Dyar: I think there should be a job questionaire before signing them up
[8/30/2011 4:37:33 PM] CCG Podium: lol
[8/30/2011 4:37:54 PM] CCG Podium: shit i cant even get the room  to get email for us
[8/30/2011 4:42:02 PM] Karissa Dyar: lol
[8/30/2011 4:42:05 PM] Karissa Dyar: oh then you're SOL
[8/30/2011 4:42:07 PM] Karissa Dyar: haha
[8/30/2011 4:43:14 PM] CCG Podium: yea well hopefully we lower her rates
[8/30/2011 4:43:40 PM] Karissa Dyar: the only one that looks like we'll get anywhere with is discover and it's gonna be a promo for new purchases only
[8/30/2011 4:44:32 PM] CCG Podium: o shit well i guess we'll deal with it when it happens
[8/30/2011 4:46:42 PM] Karissa Dyar: yep
[8/31/2011 10:18:53 AM] Kirstin Nagy: what bank is target?
[8/31/2011 10:19:19 AM] Karissa Dyar: WFFNB I think
[8/31/2011 10:19:35 AM] Karissa Dyar: world financial bank
[8/31/2011 10:19:39 AM] Kirstin Nagy: ok ty
[8/31/2011 10:19:45 AM] Karissa Dyar: np
[8/31/2011 11:52:37 AM] Kirstin Nagy: Tracy Kim is saying that you have her payment over her min something like 500
[8/31/2011 11:53:18 AM] Karissa Dyar: nice
[8/31/2011 11:53:21 AM] Kirstin Nagy: whats her payment on the chase with the balance 8k
[8/31/2011 11:53:43 AM] Karissa Dyar: idk i'd have to pull the file
[8/31/2011 3:38:21 PM] Karissa Dyar: kirstin
[8/31/2011 3:38:42 PM] Karissa Dyar: would Dale rather me email the complaints I receive in the mail to you or him???
[8/31/2011 3:40:19 PM] Karissa Dyar: yellow?
[8/31/2011 3:40:30 PM] CCG Podium: hi
[8/31/2011 3:40:41 PM] Karissa Dyar: hey there
[8/31/2011 3:40:49 PM] CCG Podium: hows it hanging
[8/31/2011 3:41:10 PM] Karissa Dyar: we're hanging from the ceiling tiles over here like monkeys
[8/31/2011 3:41:40 PM] CCG Podium: the peanut lady asked what complaints
[8/31/2011 3:42:08 PM] Karissa Dyar: different ones by customers
[8/31/2011 3:42:25 PM] CCG Podium: like?
[8/31/2011 3:42:33 PM | Edited 3:42:40 PM] CCG Podium: like cs calls
[8/31/2011 3:43:01 PM] Karissa Dyar: omg

40

[9/1/2011 11:46:24 AM] Kirstin Nagy: David Smalley coming over to provide missing info

[9/1/2011 12:07:07 PM] Kirstin Nagy: Susan Sheet coming over says she's enrolled confo # 9140 doesn't seem to be our client

[9/1/2011 12:07:26 PM] Kirstin Nagy: asked me name of CO just said MST and that she also had your phone number

[9/1/2011 12:55:15 PM] Kirstin Nagy: Helen Castillo coming over has had paperwork since 8-23 and hasn't heard from a consultant

[9/1/2011 2:00:06 PM] Kirstin Nagy: A client wants to 3wayed with kelly, because she states that she told her that we can't do anything for her and that we havn't saved her any money

[9/1/2011 2:00:21 PM] Kirstin Nagy: ruthy francis

[9/1/2011 2:00:29 PM] Kirstin Nagy: is the client

[9/1/2011 2:02:32 PM] Kirstin Nagy: is anyone working today

[9/1/2011 2:02:50 PM] Shipping: ok just call out cs number

[9/1/2011 2:03:03 PM] Kirstin Nagy: k

[9/1/2011 2:05:26 PM] Kirstin Nagy: we told this client to shut up and listen to consultant

[9/1/2011 2:05:40 PM] Kirstin Nagy: that bitch lied, she told me that the analysis was set at 500$

[9/1/2011 2:06:05 PM] Shipping: she keeps cutting Kelly off, I can hear her

[9/1/2011 2:06:19 PM] Kirstin Nagy: She was doing that to us too

[9/1/2011 2:06:50 PM] Kirstin Nagy: We have all spoke wtih her

[9/1/2011 2:06:59 PM] Shipping: lol

[9/1/2011 2:07:09 PM] Shipping: Im so sorry

[9/1/2011 2:07:26 PM] Kirstin Nagy: its cool, we get to get out some frustration on her

[9/1/2011 2:07:49 PM] Shipping: I feel bad for you guys and Kelly

[9/1/2011 2:09:05 PM] Kirstin Nagy: (angry)

[9/1/2011 2:10:56 PM] Shipping: whos on the line with kelly and the devil?

[9/1/2011 2:11:25 PM] Kirstin Nagy: we let that one go, we hear her bitch enough

[9/1/2011 2:12:01 PM] Kirstin Nagy: too many calls in que to stay on

[9/1/2011 2:13:04 PM] Shipping: Barbara Giltenboth she wants to speak with a supervisor at CCG

[9/1/2011 2:13:13 PM] Kirstin Nagy: k

[9/1/2011 2:15:16 PM] Shipping: ok so Ruth is stating that you guys gaurenteed rates and she wants a refund, Kelly is trying to deal with her but she just keeps talking about billing and sign up

[9/1/2011 2:16:19 PM] Kirstin Nagy: I don't take phone calls

[9/1/2011 2:16:31 PM] Kirstin Nagy: Tell them I will get on the phone

[9/1/2011 2:16:36 PM] Kirstin Nagy: don't

[9/1/2011 2:17:25 PM] Kirstin Nagy: Any who, enrollment reps and clients focus on rates but in VF'ion they are clearly asked if they were guaranteed lower rates or a certian rate to which client has t say no to before they will even bill client

[9/1/2011 2:19:40 PM] Shipping: yeah she said the rep that signed her up gaurenteed rates and that we can save her 6000 in 60 days.

**Goldstein Attach. A**
**p. 3 of 34**

**FTC 45**
**p. 3 of 178**

[9/1/2011 2:22:26 PM] Kirstin Nagy: the question states we're you promised any specific interest rate from any of our representative today? if they respond yes, the rep must  state, I am sorry that is incorrect, we do not guarantee how low your rates will go but will do our best to try and get them as low as possiable

[9/1/2011 2:22:55 PM] Shipping: I know this, she doesnt, you guys need to speak with her and tell her this

[9/1/2011 2:23:18 PM] Kirstin Nagy: Like you we have told her this 100 times

[9/1/2011 2:23:36 PM] Shipping: she hung up on Kelly

[9/1/2011 2:23:47 PM] Kirstin Nagy: ok, i sure she will call us here again

[9/1/2011 3:24:09 PM] Kirstin Nagy: James Walls Sr, is in missing info, for SS#, says that when he calls his bank he is not asked for whole SS# just last 4

[9/1/2011 3:25:46 PM] Kirstin Nagy: ??????

[9/1/2011 3:27:22 PM] Karissa Dyar: we can try without it

[9/1/2011 3:29:46 PM] Kirstin Nagy: ty

[9/1/2011 3:30:35 PM | Removed 3:31:17 PM] Karissa Dyar: This message has been removed.

[9/1/2011 3:30:42 PM] Karissa Dyar: oops wrong window

[9/1/2011 4:01:33 PM] Kirstin Nagy: andre watson is coming over,

[9/1/2011 4:01:44 PM] Kirstin Nagy: says he got disconnected from you guys

[9/1/2011 4:03:04 PM] Karissa Dyar: yeah he hung up

[9/1/2011 4:07:27 PM] CCG Podium: lol

[9/1/2011 4:16:41 PM] CCG Podium: joseph drescher claims he still havent got his analysis by email has called 4x today about it. SO client coming over there for Randy plz look in to analysis

[9/1/2011 4:16:45 PM] CCG Podium: NOW

[9/1/2011 4:21:40 PM] Karissa Dyar: no need to be capitalized

[9/1/2011 4:29:14 PM] Kirstin Nagy: We are having clients getting there paperwork returned to them for un deliverable address

[9/1/2011 4:29:23 PM] Kirstin Nagy: are you guys not forwarding your mail still?

[9/1/2011 4:30:05 PM] Karissa Dyar: it's all forwarded and been forwarded since we moved

[9/2/2011 8:52:20 AM] Kirstin Nagy: Belinda Blount called in extramly upset that she didn't get the call set for tuesday and now will be filing a BBB Complaint

[9/2/2011 8:52:30 AM] Kirstin Nagy: please havae someone call her

[9/2/2011 10:16:19 AM] Kirstin Nagy: Marilyn Cook if it says that they had 2 CC why is there only 1 on the page?

[9/2/2011 10:16:32 AM] Kirstin Nagy: 3 I mean

[9/2/2011 10:17:26 AM] Karissa Dyar: plz hold while I beat someone's ass

[9/2/2011 10:18:25 AM] Kirstin Nagy: ok ty

[9/2/2011 10:18:35 AM] Kirstin Nagy: (flex)

[9/2/2011 10:20:42 AM] Kirstin Nagy: are the 0 bal CC's

[9/2/2011 10:20:54 AM] Kirstin Nagy: *they

[9/2/2011 10:21:35 AM] Karissa Dyar: the other 2 have 0 balance

[9/2/2011 10:21:49 AM] Kirstin Nagy: got ya, that's what the client just told my reo

[9/2/2011 10:21:53 AM] Kirstin Nagy: *rep

**Goldstein Attach. A**
**p. 4 of 34**

**FTC 45**
**p. 4 of 178**

[10/3/2011 11:33:07 AM] Karissa Dyar: okie dokie

[10/3/2011 11:33:21 AM] Kirstin Nagy: ty

[10/3/2011 11:36:57 AM] Karissa Dyar: how do you guys go about fighting chargebacks if you don't mind me asking?

[10/3/2011 11:43:22 AM] Kirstin Nagy: we as well as the merchant does it

[10/3/2011 11:43:38 AM] Karissa Dyar: yeah but how

[10/3/2011 11:44:12 AM] Kirstin Nagy: I don't know, ask dale,

[10/3/2011 11:44:24 AM] Kirstin Nagy: He deals with the nerchants directly I just relay messages

[10/3/2011 11:44:52 AM] Karissa Dyar: like, ok, when first financial has a chargeback and we have the client's paperwork inhouse, they ask me for tracking numbers and I fax them the signed documents and they always win

[10/3/2011 11:45:16 AM] Kirstin Nagy: awesome i will let him know

[10/3/2011 11:45:25 AM] Karissa Dyar: yeah :)

[10/3/2011 11:47:19 AM] Kirstin Nagy: [Monday, October 03, 2011 11:40 AM] CCG Billing:

<<< TELL KARIISAA I DID AND THATS WHY ASKED FOR ADDITIONAL INFO TO FIGHT CHARGEBACKS

[10/3/2011 11:47:37 AM] Kirstin Nagy: I didn't put it Caps, Just sopied and pasted messsage

[10/3/2011 11:48:09 AM] Karissa Dyar: lol

[10/3/2011 11:48:22 AM] Karissa Dyar: okie dokie

[10/3/2011 11:48:26 AM] Kirstin Nagy: Men

[10/3/2011 11:48:36 AM] Karissa Dyar: yep. men

[10/3/2011 12:12:37 PM] Karissa Dyar: Claudia Linkous was just introed and said she charged back

[10/3/2011 12:19:42 PM] Karissa Dyar: you copy?

[10/3/2011 12:19:50 PM] Karissa Dyar: I'm gonna sit this file on my desk

[10/3/2011 12:20:24 PM] Kirstin Nagy: k working on it now

[10/3/2011 12:29:31 PM] Kirstin Nagy: betty freeman need tracking on analysis

[10/3/2011 12:30:02 PM] Karissa Dyar: plz hold

[10/3/2011 12:31:51 PM] Karissa Dyar: it was emailed to bettyfreeman36@msn.com

[10/3/2011 12:32:25 PM] Kirstin Nagy: Doens't have it coming over

[10/3/2011 12:32:35 PM] Karissa Dyar: would you like it mailed via hardcopy or re-emailed?

[10/3/2011 1:08:36 PM] Kirstin Nagy: [Monday, October 03, 2011 12:06 PM] Karissa Dyar:

<<< Claudia Linkous was just introed and said she charged backburn it

[10/3/2011 1:11:35 PM] keagan bash: will do

[10/3/2011 1:12:05 PM] Kirstin Nagy: ty

[10/3/2011 1:32:36 PM] Kirstin Nagy: Jennifer Smyth wants to know results on NEGs has analysis

[10/3/2011 1:34:55 PM] keagan bash: checking now

[10/3/2011 1:35:11 PM] keagan bash: oh nevermind...on phone duh\

Goldstein Attach. A
p. 5 of 34

FTC 45
p. 5 of 178

[10/13/2011 12:08:55 PM] keagan bash: its kelly... i dont care really.lol. she was just standing over my shoulder and told me what to type... now she gone....
[10/13/2011 12:09:00 PM] keagan bash: :)
[10/13/2011 12:09:10 PM] CCG Podium: lol k
[10/13/2011 12:10:06 PM] Kirstin Nagy: (bandit)
[10/13/2011 12:17:17 PM] keagan bash: hey you stole my look...
[10/13/2011 12:17:30 PM] Kirstin Nagy: my bad
[10/13/2011 12:18:06 PM] keagan bash: lol...day like today we can share
[10/13/2011 12:18:47 PM] Kirstin Nagy: awesome ty
[10/13/2011 12:23:57 PM] Kirstin Nagy: Patricia Kelly was transferred said she got cut off after 10 mins i am sending her wants to know status and now is mad because she thinks that someone HU on her while she was over there, can you make sure someone take call
[10/13/2011 12:24:32 PM] keagan bash: k
[10/13/2011 12:24:37 PM] Kirstin Nagy: coming now
[10/13/2011 12:28:06 PM] CCG Podium: gerda wallen need tracking on the last package that was sent
[10/13/2011 12:29:05 PM] keagan bash: one sec.. will get
[10/13/2011 12:32:15 PM] CCG Podium: client is on the line getting pissy
[10/13/2011 12:32:29 PM] CCG Podium: grrrrr i hate these client today
[10/13/2011 12:32:38 PM] keagan bash: 9405515901057640080735
[10/13/2011 12:32:40 PM] CCG Podium: ty
[10/13/2011 12:32:43 PM] keagan bash: me too
[10/13/2011 12:32:49 PM] keagan bash: full moon??
[10/13/2011 12:33:31 PM] Kirstin Nagy: Collen Luba Jr CXl'ed on 9/13 and NEG's finished on 9/21,
[10/13/2011 12:33:49 PM] Kirstin Nagy: work that didn't need to be done (facepalm)
[10/13/2011 12:34:31 PM] CCG Podium: that was the wrong address it was sent back i need it mailed out to the new address in telecom plz
[10/13/2011 12:34:33 PM] keagan bash: sweet... we love our jobs so that we go the extra mile
[10/13/2011 12:35:56 PM] Kirstin Nagy: good think no rates were lowered
[10/13/2011 12:36:02 PM] keagan bash: ok.. i will get one out. let me check with karissa. i know she has been having problems with them showing up...make sure she hasnt got one out to the correct address
[10/13/2011 12:37:21 PM] Kirstin Nagy: Roosevelt Gray Jr called in this morning saying we didn't do anything for him, wants to here from consultants  NEGOTIATIONS COMPLETE. 3CCs... CITI: 25.74 (PENALTY PRICING)-13.24. DISCOVER (ROOSEVELT): Just lowered from penalty APR. $25 Late fee waived.  BOA: Best rate avail w/o credit check send never got the call back but I do see the attempt made
[10/13/2011 12:37:38 PM] Kirstin Nagy: 214-943-1277
[10/13/2011 12:38:46 PM] keagan bash: ok .. noted now
[10/13/2011 12:39:20 PM | Edited 12:39:24 PM] CCG Podium: can u guys fax a client there ppwk
[10/13/2011 12:39:36 PM] keagan bash: i can look into it..

Goldstein Attach. A
p. 6 of 34

FTC 45
p. 6 of 178

<<< is betsy deflori a cxl?is that the right spelling
[10/14/2011 4:15:45 PM] Kirstin Nagy: not pulling her
[10/14/2011 4:22:05 PM] Karissa Dyar: maybe under besty defluri?
[10/14/2011 4:23:36 PM] Kirstin Nagy: got it, putting some one on it
[10/14/2011 4:28:37 PM] Karissa Dyar: okie smokie
[10/14/2011 4:44:29 PM] Kirstin Nagy: so far I am putting her as a Cxl
[10/14/2011 4:44:38 PM] Karissa Dyar: ok
[10/14/2011 4:44:39 PM] Kirstin Nagy: No word as to what happened with her so far
[10/14/2011 4:51:42 PM] Karissa Dyar: robert guilford is disputing, should call him
[10/14/2011 5:10:14 PM] CCG Podium: Margaret Rugletic has not got package yet plz look in to this
[10/17/2011 9:12:36 AM] Kirstin Nagy:  Kathy Starrett Emailed stating  " I have paid for my services and have not seen results.  I have called twice and was told that I would receive a summary of the results--no summary.  I want to know if you are going to help me on lowering my rate on my credit cards please e-mail me back and let me know what you have done for me.  thanks Kathy Starrett
My e-mail address starrock1@sbcglobal.net"
[10/17/2011 9:12:55 AM] Kirstin Nagy: you guys did a great job on her file please have soneome follow up asap
[10/17/2011 9:12:58 AM] Kirstin Nagy: ty
[10/17/2011 9:13:58 AM] keagan bash: will do
[10/17/2011 9:13:59 AM] Kirstin Nagy: Thomas wolf coming over wants to GOA
[10/17/2011 10:27:27 AM] Karissa Dyar: barbara farah transferred
[10/17/2011 11:53:40 AM] Kirstin Nagy: Barbara Angline doesn't have analysis and thinks you didn't do anything for her, she's very old
[10/17/2011 11:54:38 AM] Kirstin Nagy: you guys did ok on her file
[10/17/2011 11:54:46 AM] Karissa Dyar: just ok?
[10/17/2011 11:55:02 AM] Kirstin Nagy: said sent analysis VIA email I doubt she knows how to realy use it, shes like as onld as dirt
[10/17/2011 11:55:12 AM] Karissa Dyar: ok lol
[10/17/2011 11:55:22 AM] Karissa Dyar: I'll have it sent to the printer. is she coming over
[10/17/2011 11:55:25 AM] Karissa Dyar: ?
[10/17/2011 11:55:31 AM] Kirstin Nagy: yes just sent her
[10/17/2011 11:56:23 AM] Kirstin Nagy: you just got $$ credited no rates lowered. she kept saying someting about aometing going up but I couldn't pull out of her what she was talking about
[10/17/2011 11:56:35 AM] Karissa Dyar: okie dokie
[10/17/2011 12:00:00 PM] Kirstin Nagy: Cynthia Stroup got analysis VIA Email can't print wants a hard copy. please and ty adrress is correct
[10/17/2011 12:00:11 PM] Karissa Dyar: yeppers
[10/17/2011 12:01:24 PM] Kirstin Nagy: ty
[10/17/2011 1:09:55 PM] Kirstin Nagy: can you look in your data base for Frederick burris
[10/17/2011 1:15:51 PM] keagan bash: telecom?
[10/17/2011 1:17:10 PM] Karissa Dyar: no where

**Goldstein Attach. A**
**p. 7 of 34**

**FTC 45**
**p. 7 of 178**

[11/2/2011 4:17:05 PM] Kirstin Nagy: please
[11/2/2011 4:18:25 PM] Karissa Dyar: kelly called 5 inutes ago and left a vm
[11/2/2011 4:20:13 PM] Kirstin Nagy: i know I saw, i just got the email
[11/2/2011 4:20:24 PM] Karissa Dyar: ok can you give me her email address maybe?
[11/2/2011 4:21:15 PM] Kirstin Nagy: brad_nowlin@comcast.net
[11/2/2011 4:21:43 PM] Kirstin Nagy: said from charles and gail nowlin
[11/2/2011 4:22:06 PM] Karissa Dyar: thanks
[11/2/2011 4:24:04 PM] Kirstin Nagy: np
[11/2/2011 4:42:10 PM] Kirstin Nagy: [Wednesday, November 02, 2011 4:35 PM]
Kirstin Nagy:

<<< Effect today, starting from your next deal forward please give out CS # 877-506-
2948 the other number will be routed to this new number, we have made this change so
that clients can't google the CS # and find anything bad on it. It should improve sales.
[11/2/2011 4:44:33 PM] Kirstin Nagy: [Wednesday, November 02, 2011 4:37 PM]
Kirstin Nagy:

<<< please confirm you have received this message and have implamented the change
[11/2/2011 4:45:19 PM] Karissa Dyar: got cha
[11/2/2011 4:46:25 PM] Kirstin Nagy: ty vm,
[11/2/2011 4:46:40 PM] Kirstin Nagy: the old number will still work it'
[11/2/2011 4:46:48 PM] Kirstin Nagy: ll just be routed to the new one
[11/2/2011 4:47:04 PM] Karissa Dyar: ok sounds lovely
[11/2/2011 4:47:55 PM] Kirstin Nagy: lol (y)
[11/2/2011 4:49:41 PM] Karissa Dyar: :)
[11/3/2011 9:07:54 AM] Kirstin Nagy: Heads up Dialers down
[11/3/2011 9:08:02 AM] Kirstin Nagy: It'll be up shortly
[11/3/2011 9:11:59 AM] Karissa Dyar: yay
[11/3/2011 10:26:00 AM] CCG Podium: christine baxter is requesting renego
[11/3/2011 10:26:10 AM] Karissa Dyar: yay
[11/3/2011 10:34:47 AM] Karissa Dyar: Reyma Wojeir ... says she cancelled all her cards
and reported the company to the BBB... you may wanna call her cuz she refused a
transfer
[11/3/2011 10:35:59 AM] CCG Podium: k ty
[11/3/2011 10:37:51 AM] Kirstin Nagy: Elizabeth Sisto need an atho letter mailed to her,
said wasn't in package
[11/3/2011 11:18:07 AM] Kirstin Nagy: Andrea Cazarez is emailing CS saying she isn't
understanding what the consultants are emailing her
[11/3/2011 11:21:34 AM] Kirstin Nagy: Consultants and IT Susan Dixon is emailing
saying that she thinks nothing has been done and you guys did a wonderful job on her
file, also she is stating that she can't get into SD2. please have a consultant call her and IT
help her log in, thank you
[11/3/2011 12:02:30 PM] Kirstin Nagy: James Rudolph is coming over again for IT help
[11/3/2011 12:02:39 PM] Kirstin Nagy: please help him he is getting upset
[11/3/2011 12:02:43 PM] Kirstin Nagy: ty
[11/3/2011 12:28:16 PM] keagan bash: hes good

139

[11/3/2011 12:31:02 PM] Kirstin Nagy: awesome ty
[11/3/2011 12:34:17 PM] keagan bash: np
[11/3/2011 12:58:17 PM] Kirstin Nagy: Do you have a hubertpayton anywhere?
[11/3/2011 12:58:25 PM] Kirstin Nagy: hubert payton
[11/3/2011 12:58:34 PM] keagan bash: one sec
[11/3/2011 12:58:36 PM] Kirstin Nagy: ty
[11/3/2011 12:59:52 PM] keagan bash: we do not.. maybe under a wifes name
[11/3/2011 12:59:57 PM] keagan bash: ?
[11/3/2011 1:00:09 PM] Kirstin Nagy: He never mentioned a wife
[11/3/2011 1:00:22 PM] Kirstin Nagy: try phone number 502-695-5185
[11/3/2011 1:00:29 PM] keagan bash: have an address
[11/3/2011 1:00:34 PM] keagan bash:  ok hold
[11/3/2011 1:00:59 PM] keagan bash: nothing
[11/3/2011 1:01:38 PM] Kirstin Nagy: one more address Pawnee trl frank fort KY 40601
[11/3/2011 1:02:26 PM] keagan bash: nope
[11/3/2011 1:03:16 PM] Kirstin Nagy: ok ty vm
[11/3/2011 1:03:35 PM] keagan bash: sorry
[11/3/2011 1:03:39 PM] Kirstin Nagy: its ok
[11/3/2011 1:53:08 PM] Kirstin Nagy: Gina Irelan needs IT help 712-249-2247 trying to transfer
[11/3/2011 1:54:20 PM] Kirstin Nagy: transferring now
[11/3/2011 3:48:08 PM] Karissa Dyar: epm good success track
[11/3/2011 3:48:13 PM] Karissa Dyar: ring any bells?
[11/3/2011 3:49:21 PM] Karissa Dyar: anywho, bank and a client coming your way
[11/3/2011 3:51:33 PM] Kirstin Nagy: sorry wasn't at desk looking now
[11/3/2011 3:51:45 PM] Kirstin Nagy: yes that is us
[11/3/2011 4:18:45 PM] Kirstin Nagy: How are we putting in clients that have been enrolled again that have the same phone number?
[11/3/2011 4:19:08 PM] Kirstin Nagy: I forgot
[11/3/2011 4:22:44 PM] Karissa Dyar: make up a number then tell me and i'll change it
[11/3/2011 4:22:53 PM] Karissa Dyar: put the right number in the secondary phone number spot
[11/3/2011 4:22:56 PM] Karissa Dyar: :)
[11/3/2011 4:24:09 PM] CCG Podium: k
[11/3/2011 4:26:55 PM] CCG Podium: 843 899 5697 is the wrong number 843 899 5694
[11/3/2011 4:27:39 PM] Karissa Dyar: ok gracias
[11/3/2011 4:28:24 PM] Kirstin Nagy: that's what we were were doing and i was told to stop that
[11/3/2011 4:28:29 PM] Karissa Dyar: all better now
[11/3/2011 4:30:38 PM] Kirstin Nagy: Christine Kiesling I need a really relly nice women to GOA with herm said she didn't like Keon
[11/3/2011 4:31:02 PM] Karissa Dyar: we have no one nice here
[11/3/2011 4:31:08 PM] Karissa Dyar: no nice women anyways
[11/3/2011 4:31:11 PM] Kirstin Nagy: She knows she isn't getting her $$ back happy about the 10% rate redusctions
[11/3/2011 4:31:24 PM] Kirstin Nagy: wants to know where the 14k savings comes from

**Goldstein Attach. A**
**p. 9 of 34**

**FTC 45**
**p. 9 of 178**

[11/3/2011 4:31:41 PM] Kirstin Nagy: Kelly can pretend to be nice
[11/3/2011 4:31:48 PM] Kirstin Nagy: lol
[11/3/2011 4:31:53 PM] Karissa Dyar: kelly's out for the day
[11/3/2011 4:32:04 PM] Karissa Dyar: and no she doesn't know how to even pretend
[11/3/2011 4:32:05 PM] Karissa Dyar: lol
[11/3/2011 4:32:19 PM] Kirstin Nagy: ok  we can you get someone other then keon
[11/3/2011 4:32:26 PM] Karissa Dyar: melissa's pretty good
[11/3/2011 4:32:49 PM] Kirstin Nagy: ok this person wants transferred
[11/3/2011 4:32:52 PM] Karissa Dyar: ok
[11/3/2011 4:33:16 PM] Kirstin Nagy: Ty Vm sending her now
[11/3/2011 4:33:25 PM] Karissa Dyar: yw
[11/3/2011 4:54:38 PM] Kirstin Nagy: Dixie Booth stop Neg's on her
[11/3/2011 4:55:11 PM] keagan bash: k
[11/3/2011 4:55:25 PM] Kirstin Nagy: ty
[11/3/2011 5:02:36 PM] Kirstin Nagy: Gerald Roberston have someone call him, we've have his papers since 10-26 wants to know that we are working on it
[11/3/2011 5:04:35 PM] keagan bash: k
[11/3/2011 5:04:44 PM] Kirstin Nagy: ty
[11/4/2011 9:31:45 AM] Karissa Dyar: alex ritchey was just tickled and said he already cancelled
[11/4/2011 9:32:27 AM] Kirstin Nagy: nioce ty
[11/4/2011 9:33:16 AM] Karissa Dyar: we don't have his paperwork, although looking at the statuses you would think we do. apparently my employees took it upon themselves to make up a new rule and i'm scared of how many they're screwed up.
[11/4/2011 9:33:39 AM] Kirstin Nagy: OMG, beat someone
[11/4/2011 9:33:45 AM] Karissa Dyar: I'
[11/4/2011 9:33:49 AM] Karissa Dyar: I'm about to
[11/4/2011 9:33:58 AM] Kirstin Nagy: where would they even come up with the thought that thats a good thing
[11/4/2011 9:35:17 AM] Karissa Dyar: I have no idea. They took it upon themselves that if someone says they cancelled, they would assign a consultant to remove them out of the tickles. Problem is, if the client ever calls in and says nothing was done, it looks like we have their damn file. the whole concept of what they decided to do doesn't make any sense.
[11/4/2011 9:37:38 AM] Kirstin Nagy: none at all, I would say that that's what the CXl req status is for.....
[11/4/2011 9:37:52 AM] Kirstin Nagy: that pulls them outta tickles
[11/4/2011 9:37:54 AM] Karissa Dyar: yeah!
[11/4/2011 9:38:04 AM] Karissa Dyar: omg this hurts my head
[11/4/2011 9:38:43 AM] Kirstin Nagy: but I wouldn't even do that, I would just let us know and we'll call and then CXL them or keep them in rotations cause then if they aren't a CXL then we have to egt you guys to put them back in the right status
[11/4/2011 9:40:07 AM] Karissa Dyar: yeah. I know. I'm gonna hurt someone. It's like no one thinks about anything, they just do it. And because no one wants to get anyone in trouble, no one will tell me who told them to do that

Goldstein Attach. A
p. 10 of 34

FTC 45
p. 10 of 178

[11/4/2011 9:41:20 AM] Kirstin Nagy: nice, Is there anyway yiou can find out how lomg they've been doing this and find the ones they've done it to?

[11/4/2011 9:41:46 AM] Karissa Dyar: I'm gonna try to figure out how to get all those names because if I don't this is gonna be a nightmare.

[11/4/2011 9:46:00 AM] Kirstin Nagy: ty

[11/4/2011 11:30:02 AM] keagan bash: francis l smith coming over.. contacted someone because she couldnt get a hold of who signed her up.

[11/4/2011 11:33:05 AM] Kirstin Nagy: ok is it your guys that she contacted or she contacted someone else?

[11/4/2011 11:34:04 AM] keagan bash: she contatcted someone else... authorities cs agent said

[11/4/2011 11:34:46 AM] Kirstin Nagy: ty

[11/4/2011 11:34:58 AM] keagan bash: np

[11/4/2011 12:27:14 PM] Kirstin Nagy: Patrica jucco wants to talk to torrie, we transfer her or and was sent back. came back over her saying let me talk to torrie

[11/4/2011 12:31:46 PM] Karissa Dyar: Vesta Nankivell was born in 1923

[11/4/2011 12:31:52 PM] Karissa Dyar: I thought you guys were against that

[11/4/2011 12:32:51 PM] Kirstin Nagy: was it put into telcom his DOB?

[11/4/2011 12:34:37 PM] Karissa Dyar: no it says 1954

[11/4/2011 12:35:05 PM] Karissa Dyar: but her dob is 11/2/23

[11/4/2011 12:35:14 PM] Kirstin Nagy: So then that would mean that the room lied about the client age on the deal sheet

[11/4/2011 12:36:03 PM] Karissa Dyar: yep

[11/4/2011 12:36:58 PM] Kirstin Nagy: nice, slimmpy (swear)

[11/4/2011 12:40:42 PM] Karissa Dyar: you want me to work the file or no?

[11/4/2011 12:43:15 PM] Kirstin Nagy: yes

[11/4/2011 12:44:17 PM] Karissa Dyar: work it

[11/4/2011 12:44:18 PM] Karissa Dyar: right

[11/4/2011 12:46:39 PM] Kirstin Nagy: yes ma'am

[11/4/2011 12:47:31 PM] Karissa Dyar: ok thanks

[11/4/2011 12:52:44 PM] Karissa Dyar: carol alves... great job enrolling her. 2 cards, one at 3.25 the other at 9

[11/4/2011 12:52:46 PM] Karissa Dyar: woohoo

[11/4/2011 12:54:01 PM] Karissa Dyar: we didn't meet her savings but analysis hasn't gone out yet

[11/4/2011 12:59:08 PM] Kirstin Nagy: nice

[11/4/2011 2:12:40 PM] CCG Podium: sharon clark need to speak with her consultant do you have some one that time to her

[11/4/2011 2:18:11 PM] Karissa Dyar: nah

[11/4/2011 2:24:50 PM] Karissa Dyar: what does it show up as on the billing statement?

[11/4/2011 2:25:04 PM] Karissa Dyar: help help

[11/4/2011 2:25:07 PM] Karissa Dyar: client on the phone

[11/4/2011 2:25:12 PM] Karissa Dyar: not in the system

[11/4/2011 2:26:25 PM] Kirstin Nagy: mysuccesstrack

[11/4/2011 2:26:36 PM] Karissa Dyar: not "travel"???

[11/4/2011 2:26:37 PM] Kirstin Nagy: or anything successtrack

142

[11/16/2011 11:32:05 AM] Kirstin Nagy: no never said that I tod you why we put it in as that

[11/16/2011 11:32:35 AM] Karissa Dyar: oh ok, I guess I said we wouldn't do it then

[11/16/2011 11:32:37 AM] Karissa Dyar: lol

[11/16/2011 11:33:22 AM] Kirstin Nagy: I thought taht your reps were going to use that status when they do tickle and the client wants to CXl to pull them out of tickles so they dont move it into paperwork recieved

[11/16/2011 11:33:54 AM] Kirstin Nagy: thats what that status was creted for, that was done at gateway

[11/16/2011 11:34:08 AM] Karissa Dyar: I took that status away from them a long time ago because it pulls them out of tickles and it doesn't allow anyone but me to put them back into tickles

[11/16/2011 11:34:15 AM] Karissa Dyar: it's lose lose either way

[11/16/2011 11:35:11 AM] Kirstin Nagy: got ya

[11/16/2011 11:35:49 AM] Karissa Dyar: would you rather me put the access back for them? I'm just worried about you guys saving them and me not knowing to put it back into tickles

[11/16/2011 11:39:42 AM] Kirstin Nagy: No i wouldn't, If we over turn we do let you know to put it back into the right status, but I just don't want the client to get lost in the shuffle

[11/16/2011 11:40:01 AM] Karissa Dyar: right

[11/16/2011 12:55:21 PM] keagan bash: joanne boner wants cxl

[11/16/2011 1:52:36 PM] keagan bash: james asmus wants cxl

[11/16/2011 4:17:13 PM] Karissa Dyar: Christina Whitworth, didn't meet guarantee

[11/16/2011 4:17:45 PM] Karissa Dyar: Sloma Brayall, didn't meet guarantee

[11/16/2011 4:18:27 PM] Karissa Dyar: Stevie Jones, didn't meet guarantee

[11/16/2011 4:20:29 PM] Kirstin Nagy: why are there so many failed on savings lately

[11/16/2011 4:20:59 PM] Karissa Dyar: the reps enrolling them

[11/16/2011 4:21:15 PM] Karissa Dyar: stevie jones has two cards 12.24 & 15.24 only 1200 in debt

[11/16/2011 4:21:58 PM] Karissa Dyar: Sloma Brayall has 3 cards, only 3400 in debt

[11/16/2011 4:22:14 PM] Karissa Dyar: 2 of her cards are 7.5 and 6

[11/16/2011 4:23:08 PM] Karissa Dyar: Christina Whitworth, 3 cards, 10.9, 9.24 and gas card 24.99 .... 9k in debt

[11/16/2011 4:25:26 PM] Karissa Dyar: I'm gonna have Melissa call Stevie Jones' installment debt to get the rate

[11/16/2011 4:25:32 PM] Karissa Dyar: then we should meet the guarantee

[11/16/2011 4:25:37 PM] Karissa Dyar: fingers crossed

[11/16/2011 4:25:47 PM] Kirstin Nagy: ok ty

[11/16/2011 4:40:24 PM] Kirstin Nagy: Vivian Love where is this client at with re-negs?

[11/16/2011 4:53:02 PM] Karissa Dyar: she's there

[11/16/2011 4:53:13 PM] Kirstin Nagy: ?

[11/16/2011 4:53:58 PM] Karissa Dyar: lol

[11/16/2011 4:54:14 PM] Karissa Dyar: torries got it, she'll call the client as soon as she's done

161

[11/23/2011 10:22:45 AM] Kirstin Nagy: Gross

[11/23/2011 10:36:39 AM] Kirstin Nagy: Please reship welcome package to Francis Ritger, re-vf'ed address and its correct

[11/23/2011 10:36:48 AM] keagan bash: laurie swigert is coming over... wants refund. didnt meet savings but did lower one card.. told her we can renego but she kept refusing

[11/23/2011 10:37:07 AM] keagan bash: swigart

[11/23/2011 10:51:43 AM] Karissa Dyar: um what's up with the 3 call transfer homie?

[11/23/2011 10:53:24 AM] Vernon Stang is threatening BBB

[11/23/2011 11:08:08 AM] Kirstin Nagy: vernon stagg wasn't transferred he HU on my rep, its in the call notes

[11/23/2011 11:11:05 AM] Karissa Dyar: ok

[11/23/2011 11:22:26 AM] Karissa Dyar: jonathan bickle ....

[11/23/2011 11:22:33 AM] Karissa Dyar: did you just transfer him back?

[11/23/2011 11:22:37 AM] Karissa Dyar: I'm guessing he's not yours

[11/23/2011 11:22:54 AM] Kirstin Nagy: yes,

[11/23/2011 11:22:57 AM] Karissa Dyar: ok sorry

[11/23/2011 11:23:12 AM] Karissa Dyar: he said card services signed him up and that's usually the room you guys bill for

[11/23/2011 11:23:30 AM] Karissa Dyar: but i shoulda known cuz he signed up a week ago and hasn't been data entered

[11/23/2011 11:23:36 AM] Kirstin Nagy: almost every room says that at some point in time,

[11/23/2011 11:23:58 AM] Karissa Dyar: yeah

[11/23/2011 11:26:09 AM] Kirstin Nagy: Vivian Love needs a call was promised a call after re-negs were completed and they were done on 11/16/11

[11/23/2011 11:26:18 AM] Karissa Dyar: ok

[11/23/2011 11:26:22 AM] Kirstin Nagy: ty

[11/23/2011 1:14:26 PM] Kirstin Nagy: please hold off NEg'ion on judy gohlsen

[11/23/2011 1:15:26 PM] Karissa Dyar: ok

[11/23/2011 1:25:55 PM] keagan bash: noreen lightcap is coming your way to cxl.. says she had another death in the family

[11/23/2011 2:09:52 PM] Kirstin Nagy: Shirley Whitford can I get tracking on her welcome package

[11/23/2011 2:12:28 PM] Karissa Dyar: 9405510200882205730731

[11/23/2011 3:25:32 PM] Karissa Dyar: Mildred Banks sent ppwk back blank with a note ... cancel application, was told no fee by 2 representatives, 3rd said there was a fee - not accredited at BBB

[11/23/2011 4:04:10 PM] Karissa Dyar: Kelly Thayer .... she has no cc's

[11/23/2011 4:04:18 PM] Karissa Dyar: do you have one on file

[11/23/2011 4:07:56 PM] Kirstin Nagy: i'll look

[11/23/2011 4:08:08 PM] Karissa Dyar: the only thing she has is a loan with BOA

[11/23/2011 4:08:47 PM | Removed 4:11:04 PM] Kirstin Nagy: This message has been removed.

[11/23/2011 4:09:15 PM] Karissa Dyar: got it

[11/23/2011 4:09:23 PM] Karissa Dyar: she says it's a loan though, if that's the same one

[11/23/2011 4:29:04 PM] Kirstin Nagy: did you call that CC

169

[11/23/2011 4:29:14 PM] Karissa Dyar: no
[11/23/2011 4:29:22 PM] Kirstin Nagy: would you please
[11/23/2011 4:29:34 PM] Karissa Dyar: torrie went to and saw the notes about a refund
[11/23/2011 4:29:55 PM] Kirstin Nagy: thats why i m asking you to call it please, cause I am gonna beat some reps ass
[11/23/2011 4:30:00 PM] Karissa Dyar: ok
[11/25/2011 10:40:43 AM] keagan bash: are your csa lines off today?
[11/25/2011 11:24:14 AM] Kirstin Nagy: yes
[11/25/2011 11:24:33 AM] keagan bash: k
[11/25/2011 1:25:45 PM] Kirstin Nagy: [Wednesday, November 23, 2011 3:57 PM] Karissa Dyar:

<<< Kelly Thayer .... she has no cc'shave you guys called this yet to double check if this is or isn't a CC?
[11/25/2011 2:23:13 PM] keagan bash: i dont know if she has. i want to say yes but i will have to check with karissa.
[11/25/2011 2:24:02 PM] keagan bash: i wanted to let you know also, im going to shut it down at 2
[11/25/2011 6:49:27 PM] CCG Podium: mari mayer is put in under 7187464241 should be number 7187464244
[11/28/2011 10:04:03 AM] Kirstin Nagy: Terry Lamb please have some call him, he keeps emailing CS saying nothing has been done, can't reply back to him, you guys did a grat job on his file please have someone follow up with him
[11/28/2011 10:06:38 AM] Karissa Dyar: do you have Mohammad Rasheed waiting to be data entered?
[11/28/2011 10:07:07 AM] Kirstin Nagy: we have  a lot of deals that came in over the wkend, give me a sec and i will see
[11/28/2011 10:07:19 AM] Karissa Dyar: ok
[11/28/2011 10:07:33 AM] Kirstin Nagy: also CX lines will be down till about 10 am
[11/28/2011 10:07:35 AM] Karissa Dyar: I just have the guy on the phone and he wants to cxl
[11/28/2011 10:07:38 AM] Karissa Dyar: ok
[11/28/2011 10:08:50 AM] Kirstin Nagy: is that the correct spelling of his last name? and does he have a confo #
[11/28/2011 10:10:38 AM] Kirstin Nagy: I have a mohammad rehaman
[11/28/2011 10:10:57 AM] Kirstin Nagy: and a mohammad rashid
[11/28/2011 10:11:17 AM] Kirstin Nagy: and rashid is waiting for billing
[11/28/2011 10:13:06 AM] Karissa Dyar: oops
[11/28/2011 10:13:37 AM] Karissa Dyar: are you serious?
[11/28/2011 10:13:49 AM] Kirstin Nagy: yes why?
[11/28/2011 10:14:00 AM] Karissa Dyar: [9:06:47 AM] Karissa Dyar: [9:06 AM] Karissa Dyar:

<<< do you have Mohammad Rasheed waiting to be data entered?
[9:09:29 AM] Michelle Rigby: good morning
[9:09:34 AM] Michelle Rigby: i will check

170

[9:12:18 AM] Michelle Rigby: no...he just signed up yesterday

[9:12:26 AM] Michelle Rigby: so he hasnt even been billed yert

[9:12:28 AM] Michelle Rigby: yet

[11/28/2011 10:14:16 AM] Karissa Dyar: that's from DF

[11/28/2011 10:16:59 AM] Kirstin Nagy: I have a mohammad rashid that enrolled yesterday that hasn't been billed yet

[11/28/2011 10:17:35 AM] Kirstin Nagy: now I am worried to bill this clinet

[11/28/2011 10:18:29 AM] Kirstin Nagy: did you get a phone number that he called off of so I can check it against the client we have to make sure they aren't dups

[11/28/2011 10:25:30 AM] Karissa Dyar: ok hold on

[11/28/2011 10:25:56 AM] Karissa Dyar: 201-358-6281

[11/28/2011 10:28:32 AM] Kirstin Nagy: ok no the # I have is a 718

[11/28/2011 10:28:55 AM] Karissa Dyar: ok cool

[11/28/2011 10:28:58 AM] Karissa Dyar: that kinda confused me

[11/28/2011 10:29:00 AM] Karissa Dyar: lol

[11/28/2011 10:43:17 AM] Karissa Dyar: Donald Anderson from Friday: Linda Driver (Negotiator)  20 day follow up; client stated that he didn't want to hear from us again that enrollment fee wasn't talked about and he also stated that he called us and told us he didnt want to do it no notes in regards to this; passed message  11/25/2011 - 12:21:09

[11/28/2011 10:47:21 AM] Kirstin Nagy: Kelly Thayer i asked on Friday if you guys had called to double check if it was a CC or not Keagan said he wasn't sure that he would need to wait and talk with karissa, has it been confirmed if it is or isn't a CC?

[11/28/2011 10:47:47 AM] Karissa Dyar: hold on one sec

[11/28/2011 10:48:18 AM] Kirstin Nagy: k ty

[11/28/2011 10:50:36 AM] Karissa Dyar: torrie had the file and she's on the phone with a bank. gimme a few minutes

[11/28/2011 10:51:20 AM] Karissa Dyar: the file's complete

[11/28/2011 10:51:31 AM] Karissa Dyar: the card you gave us is a cc, wells fargo

[11/28/2011 10:51:55 AM] Kirstin Nagy: ty vm, just needed to know if it was a CC or not, she kept trying to say it was a BOA loan

[11/28/2011 10:52:01 AM] Karissa Dyar: ok np

[11/28/2011 11:03:52 AM] Karissa Dyar: Cynthia White Linda Driver (Negotiator) Welcome call complete; client didnt know who we were so I explained she then stated not interested asked her to hold while I transferred her to ccg but she kept saying no no no no...... I could get a word in over her saying no  11/28/2011 - 09:59:21

[11/28/2011 12:05:50 PM] Kirstin Nagy: We are a few people down so please go easy on us today

[11/28/2011 12:06:24 PM] Karissa Dyar: yeah, remember when I told you that on Wednesday and you transferred a million calls lol

[11/28/2011 12:07:08 PM] Kirstin Nagy: I probably didn't transfer any

[11/28/2011 12:07:14 PM] Karissa Dyar: :)

[11/28/2011 12:22:44 PM] CCG Podium: Dixie Booth was sale cxl on 11/3 and you guys still worked her account nego was done on 11/22 please pull her file she had been refuned

[11/28/2011 12:23:11 PM] Karissa Dyar: lovely

[11/28/2011 2:49:00 PM] Karissa Dyar: Kelly Thayer savings not met

[11/28/2011 3:06:17 PM] Karissa Dyar: Tiare Macias transferred

Goldstein Attach. A
p. 15 of 34

FTC 45
p. 15 of 178

[11/28/2011 3:11:36 PM] CCG Podium: donald sterner GOA coming over
[11/28/2011 3:41:06 PM] keagan bash: loretta pennise wants money back.. she said she lowered them herself
[11/28/2011 3:41:15 PM] keagan bash: trxed
[11/28/2011 3:48:47 PM] Kirstin Nagy: karrisa
[11/28/2011 3:49:13 PM] Kirstin Nagy: robert zahursky is on the line wanting to know who his consultant is, wants a name
[11/28/2011 3:49:26 PM] keagan bash: one sec
[11/28/2011 3:51:13 PM] keagan bash: Randy Richey.. who is no longer in this department. was promoted to nother department
[11/28/2011 3:51:30 PM] Kirstin Nagy: ok so please give anther name
[11/28/2011 3:51:56 PM] Kirstin Nagy: or just tell him randy
[11/28/2011 3:53:47 PM] keagan bash: give him randy as the last one that worked his file and when he is up for renegos someone else will be assigned to it.
[11/28/2011 3:54:10 PM] Kirstin Nagy: ok ty
[11/28/2011 3:57:25 PM] keagan bash: ya
[11/28/2011 4:00:33 PM] Kirstin Nagy: Daisy Oehler coming over
[11/28/2011 4:00:40 PM] Kirstin Nagy: says never got welcome package
[11/28/2011 4:00:47 PM] keagan bash: ok
[11/28/2011 4:11:31 PM] Kirstin Nagy: Robert zahursky want the analysis emailed AND Autho Letter emailed to phinvestor@hotmail.com
[11/28/2011 4:14:13 PM] keagan bash: k
[11/28/2011 4:17:16 PM] Kirstin Nagy: ty vm
[11/28/2011 4:17:24 PM] keagan bash: np
[11/28/2011 5:42:57 PM] Kirstin Nagy: Belinda Walker coming over says have sent analysis VIA email X2 client never claiming to have received it please have someone talk to her now she's upset
[11/28/2011 5:44:03 PM] keagan bash: on it
[11/28/2011 5:49:42 PM] Kirstin Nagy: client coming over for status update
[11/28/2011 6:06:02 PM] keagan bash: that lady is not letting a word in.. you go to say something \she just keeps saying " refund me".. i explained the email and offered to get her a printed one out and she isnt having anyone give a word
[11/28/2011 6:54:54 PM] CCG Podium: Nealine Bundor 7188248599 is the number in telecom right number is 7188248594
[11/29/2011 10:20:21 AM] Karissa Dyar: Clare Lewis was to cxl because of enrollment fee, wouldn't allow a transfer
[11/29/2011 11:57:35 AM] Kirstin Nagy: Linda Sue Buie please have a consultant follow up with her she is wanting to know why nothing is completed yet
[11/29/2011 11:58:07 AM] Kirstin Nagy: phone number 936-598-7473
[11/29/2011 11:58:42 AM] Karissa Dyar: did you talk to this lady?
[11/29/2011 11:59:38 AM] Kirstin Nagy: she left a message
[11/29/2011 12:35:22 PM | Removed 12:35:29 PM] Kirstin Nagy: This message has been removed.
[11/29/2011 12:44:17 PM] Karissa Dyar: why are the sales floors still promising rates
[11/29/2011 12:44:40 PM] Kirstin Nagy:  Telemarkerters suck
[11/29/2011 12:44:41 PM] Kirstin Nagy: lol

172

[12/5/2011 1:24:32 PM] Kirstin Nagy: and on whitt how did the analysis go out? Paper or email?

[12/5/2011 1:28:04 PM] keagan bash: mailed.... last number is the analysis #.. wp-9405515901057640081640

[12/5/2011 1:30:39 PM] Kirstin Nagy: ty

[12/5/2011 3:33:52 PM] Kirstin Nagy: Tracking on Brian Houlihan please

[12/5/2011 3:36:10 PM] Karissa Dyar: 9405510200829159120553

[12/5/2011 3:36:20 PM] Kirstin Nagy: as well as tracking  on Concepcion Schleft

[12/5/2011 3:37:09 PM] Kirstin Nagy: with her sidned autho letter and analysis tracking

[12/5/2011 3:40:28 PM] Karissa Dyar: wp 9405515901057640082579 analysis 9405510200883165863422

[12/5/2011 3:44:36 PM] Karissa Dyar: heads up, only her husband signed, it was all his cards

[12/5/2011 3:45:26 PM] *** Karissa Dyar sent Concepcion Schleft.pdf,... ***

[12/5/2011 3:49:09 PM] Karissa Dyar: earlier tickle call for Raymond Cloutier .... inda Driver (Negotiator)  Welcome call complete; client states got disconnected twice and no one returned the call says not happy and not sure if he will fill out paper work; trans ccg 12/05/2011 - 12:21:45

[12/5/2011 4:56:04 PM] Kirstin Nagy: All info please on Susan Iden

[12/5/2011 4:56:18 PM] Kirstin Nagy: please

[12/5/2011 5:00:50 PM] keagan bash: k

[12/5/2011 5:09:39 PM] *** Karissa Dyar sent scan0002.jpg,... ***

[12/5/2011 5:09:46 PM] Karissa Dyar: wp=9405515901057640089516. she was sent vie email on 11/3

[12/5/2011 5:11:48 PM] Kirstin Nagy: ty

[12/5/2011 5:12:06 PM] keagan bash: yw

[12/5/2011 5:14:21 PM] Kirstin Nagy: what email address

[12/5/2011 5:18:21 PM] keagan bash: 1 sec

[12/5/2011 5:19:04 PM] keagan bash: idens@wcoil.com is what we have

[12/5/2011 5:22:13 PM] Kirstin Nagy: k ty

[12/6/2011 10:11:17 AM] keagan bash: earnest connor is coming over.. wants cxl. doesnt see how we can help him... h

[12/6/2011 10:25:20 AM] Karissa Dyar: kirstin

[12/6/2011 10:26:10 AM] Karissa Dyar: the email you sent me late yesterday, sorry I didn't respond I went home sick. I thought you guys spoke with Richie about taking the Consumer Credit Group wording off of the welcome letter, but it never happened

[12/6/2011 10:34:29 AM] Kirstin Nagy: I Was under the impression that Brett had taken care of all that.

[12/6/2011 10:34:47 AM] Kirstin Nagy: Sorry I had to rebut my dang computer, its being a butt head today

[12/6/2011 10:34:59 AM] Karissa Dyar: I can email richie for you

[12/6/2011 10:35:13 AM] Kirstin Nagy: OK, if you would, please and thank you

[12/6/2011 10:36:58 AM] Karissa Dyar: no problem

[12/6/2011 10:37:16 AM] Karissa Dyar: no data entry yesterday?

[12/6/2011 10:39:54 AM] Kirstin Nagy: No, we had to focus on some other things yesterday

Goldstein Attach. A
p. 17 of 34

FTC 45
p. 17 of 178

[12/6/2011 10:40:02 AM] Karissa Dyar: ok

[12/6/2011 10:47:52 AM] Karissa Dyar: yesterday todd spoke with Linda Hatter, here are the notes: Todd Corbissero (Negotiator)  stc about the 1st round's ,she told me that she payed off the 5/3 bank account and she thinks that this is not for her told linda to let her account's go thru there review's so when we re-nego in 90 day's we can see what we mite be-able to do for her she said no thanks.  12/05/2011 - 04:06:24

[12/6/2011 10:48:04 AM] Karissa Dyar: but I have a note on my desk that says she's calling ccg

[12/6/2011 10:48:53 AM] Kirstin Nagy: ok ty

[12/6/2011 11:48:54 AM] keagan bash: just got off the phone.. hes pissed he was traansfered to us to be told his package was sent to you guys. he sent it to the address on the MST page. so he says you have it

[12/6/2011 11:49:15 AM] keagan bash: sorry.... william garret

[12/6/2011 11:54:37 AM] Kirstin Nagy: huu?

[12/6/2011 11:54:41 AM] Kirstin Nagy: huh?

[12/6/2011 12:02:22 PM] keagan bash: someone in your office talked to a william garret and told them that he sent his paper work in to the address on the MST sheet. the person he talked to said he was transfering him to us. cs here answered and the guy was pissed calling this a scam and cs calmed him down. found out what he was calling for... then he was pissed that he was transfered to us when he told the firrst person that he sent it to that address. dont know. he wanted to make sure that this was relayed... just giving a heads up in case he calls in to gripe

[12/6/2011 12:12:22 PM] Kirstin Nagy: ok ty

[12/6/2011 12:12:29 PM] keagan bash: yw

[12/6/2011 12:24:58 PM] Karissa Dyar: kirstin I just emailed you a cancellation letter I received in the mail today from Charles Eklund but didn't realize it was already cancelled in telecom

[12/6/2011 12:24:59 PM] Karissa Dyar: my bad

[12/6/2011 12:33:09 PM] Kirstin Nagy: ok ty

[12/6/2011 1:24:23 PM] keagan bash: linda smith your way to cxl

[12/6/2011 1:25:48 PM] Kirstin Nagy: k

[12/6/2011 2:15:22 PM] Kirstin Nagy: Deborah Fitzpatrick moved back into billed and ready this is a good client address updated and please make sure the welcome package goes out to her

[12/6/2011 2:15:40 PM] Karissa Dyar: yes ma'am

[12/6/2011 2:16:54 PM] Kirstin Nagy: ty

[12/6/2011 2:20:25 PM] Karissa Dyar: do you want me to go through the tickle calls with her?

[12/6/2011 2:24:39 PM] Kirstin Nagy: yes please

[12/6/2011 2:25:03 PM] Karissa Dyar: thought so, I knew it was a stupid question lol

[12/6/2011 2:25:31 PM] Kirstin Nagy: No question is stupid my dear

[12/6/2011 2:25:37 PM] Kirstin Nagy: its better to ask then assum

[12/6/2011 2:25:38 PM] Karissa Dyar: lol thanks :)

[12/6/2011 2:57:35 PM] Karissa Dyar: why is your website onesuccesstrack.com?

[12/6/2011 3:08:47 PM] Kirstin Nagy: mysuccesstrack.com

Goldstein Attach. A
p. 18 of 34

FTC 45
p. 18 of 178

[12/7/2011 1:13:00 PM] *** Karissa Dyar sent William Aspinwall.pdf,... ***

[12/7/2011 1:13:13 PM] Karissa Dyar: Naomi Franklin - 9405510200830200465585

[12/7/2011 1:14:35 PM] Kirstin Nagy: ty

[12/7/2011 1:14:42 PM] Karissa Dyar: yeppers

[12/7/2011 1:39:05 PM] Kirstin Nagy: whats going on with Heidi Baker

[12/7/2011 1:40:02 PM] keagan bash: dont know... lemme check.. why? so i have something to go on

[12/7/2011 1:42:12 PM] Kirstin Nagy: She was missing info then file completed but, no savings not analysis printed and shipped

[12/7/2011 1:43:14 PM] keagan bash: yea. im lookingf for it now.. one sec

[12/7/2011 1:43:21 PM] Kirstin Nagy: k ty

[12/7/2011 1:45:15 PM] keagan bash: she submited 1 card and its a zero balance

[12/7/2011 1:46:47 PM] keagan bash: im getting a call out to check that now though.. hold one secpls

[12/7/2011 1:52:27 PM] keagan bash: its a seas card at 14.9 (bra) zero balance and last payment was recieved in july so its been paid for some time

[12/7/2011 1:52:37 PM] keagan bash: sears

[12/7/2011 2:00:28 PM | Removed 2:00:37 PM] CCG Podium: This message has been removed.

[12/7/2011 4:58:23 PM] Karissa Dyar: Lynn Rusciana follow up call, husband answered and said he received the wp and threw it out, then hung up

[12/7/2011 5:06:46 PM] Karissa Dyar: question

[12/7/2011 5:06:53 PM] Karissa Dyar: catherine capp .... born in 1924

[12/7/2011 5:07:06 PM] Karissa Dyar: have her ppwk but someone put in telecom 1944

[12/7/2011 5:07:43 PM] CCG Podium: the DOB we put in telecom it what DOB is on the deal sheet

[12/7/2011 5:08:07 PM] Karissa Dyar: is this still gonna be a valid deal?

[12/7/2011 5:08:13 PM] Karissa Dyar: thought there was an age limit

[12/7/2011 5:09:59 PM] Karissa Dyar: anything?

[12/7/2011 5:10:01 PM] Karissa Dyar: just work it?

[12/7/2011 5:10:07 PM] Karissa Dyar: I will, I swear

[12/7/2011 5:11:30 PM] Kirstin Nagy: lol wow, yeah, they sent it back so work it

[12/7/2011 5:11:40 PM] Karissa Dyar: okie dokie

[12/8/2011 11:05:31 AM] Karissa Dyar: follow up call on Michael Gorman, said he's not interested and hung up

[12/8/2011 11:09:48 AM] Kirstin Nagy: k ty

[12/8/2011 12:04:02 PM] Kirstin Nagy: Linda Taylor can you pull that file and work it today or this wk please very important

[12/8/2011 12:04:48 PM] Kirstin Nagy: the one in Mooreville NC

[12/8/2011 12:08:58 PM] Karissa Dyar: pulled

[12/8/2011 12:09:54 PM] Karissa Dyar: Leah McElhaney didn't meet savings

[12/8/2011 12:10:15 PM] Karissa Dyar: 2 cards at 14.24 and 10.99 little over 1500 balance total

[12/8/2011 12:14:38 PM] Karissa Dyar: Terry Barley follow up call Emily Grot (Negotiator)  tried to complete 10 day client advised me they pulled out from our

188

program when i tried to ask why client hung up passed message to karissa  12/08/2011 - 10:46:26

[12/8/2011 12:20:27 PM] Kirstin Nagy: ty for pulling that file and working it now and

[12/8/2011 12:20:36 PM] Karissa Dyar: well there's a snag

[12/8/2011 12:20:40 PM] Kirstin Nagy: on leah mc.. you're saying only sent in 1.5k

[12/8/2011 12:20:57 PM] Karissa Dyar: yeah on leah

[12/8/2011 12:21:20 PM] Karissa Dyar: there's a snag on the linda taylor, password on the citi account and she's not answering her phone

[12/8/2011 12:24:24 PM] Kirstin Nagy: ok we'll try too and if we get her on the line, i will let you know and transfer her to you

[12/8/2011 12:25:30 PM] Karissa Dyar: ok thanks

[12/8/2011 12:29:59 PM] Kirstin Nagy: we are geting no answer either we left her a message with both numbers

[12/8/2011 12:30:16 PM] Karissa Dyar: ok

[12/8/2011 12:30:20 PM] Karissa Dyar: thanks for your help

[12/8/2011 12:42:58 PM] Karissa Dyar: wanda brown wants to cxl coming over to you

[12/8/2011 12:53:56 PM] Karissa Dyar: Alice Guaimano transferred doesn't want to be bothered with program, husband passed away

[12/8/2011 1:28:09 PM] Kirstin Nagy: Linda Tayor is on our line and we are transferring to you to collect the info needed

[12/8/2011 1:30:14 PM] Kirstin Nagy: Do you have all the info you need from her or do you need to talk to her

[12/8/2011 1:37:25 PM] Karissa Dyar: sorry I was pulling files

[12/8/2011 1:38:19 PM] Kirstin Nagy: Also you rep told her that you guys weren't trying to call her today, when you had told me you were and couldn't get through, this is amking this client very confused

[12/8/2011 1:39:25 PM] Kirstin Nagy: go smack her for me please lol

[12/8/2011 1:39:35 PM] Karissa Dyar: yeah idk what that was all about lol it's emily

[12/8/2011 1:40:12 PM] Karissa Dyar: I'm thinking that there were too many linda taylors in the system

[12/8/2011 1:41:07 PM] Kirstin Nagy: Understood, we know the drill, If there's multi's have them VF address and blah blah blah,

[12/8/2011 1:41:16 PM] Karissa Dyar: yeah I know

[12/8/2011 1:41:19 PM] Kirstin Nagy: and read call notes

[12/8/2011 1:41:20 PM] Karissa Dyar: some people are just silly

[12/8/2011 1:41:21 PM] Kirstin Nagy: lol

[12/8/2011 2:15:04 PM] Karissa Dyar: Kirstin

[12/8/2011 2:30:35 PM] Kirstin Nagy: yes, sorry I was at lunch

[12/8/2011 2:30:44 PM] Karissa Dyar: it's ok

[12/8/2011 2:30:47 PM] Karissa Dyar: [Monday, November 28, 2011 10:43 AM] Karissa Dyar:

<<< Donald Anderson from Friday: Linda Driver (Negotiator)  20 day follow up; client stated that he didn't want to hear from us again that enrollment fee wasn't talked about and he also stated that he called us and told us he didnt want to do it no notes in regards to this; passed message  11/25/2011 - 12:21:09

189

[12/14/2011 1:04:22 PM] Karissa Dyar: Nancy Munden transferred
[12/14/2011 1:44:24 PM] Kirstin Nagy: Do you have a harold or ramona mendy anywhere?
[12/14/2011 1:49:23 PM] Karissa Dyar: you do
[12/14/2011 1:49:27 PM] Karissa Dyar: mendy
[12/14/2011 1:49:32 PM] Karissa Dyar: just type that in
[12/14/2011 1:49:39 PM] Karissa Dyar: Douglas Hamilton transferred
[12/14/2011 1:49:47 PM] Karissa Dyar: Willie-Mae Seals transferred
[12/14/2011 1:50:14 PM] Kirstin Nagy: ty I couldn't pull it up for some reason
[12/14/2011 1:50:29 PM] Karissa Dyar: it's because the first name is spelled different
[12/14/2011 1:50:42 PM] Karissa Dyar: I remember having to get tracking for a chargeback for that one yesterday
[12/14/2011 1:52:03 PM] Kirstin Nagy: from me?
[12/14/2011 1:52:21 PM] Karissa Dyar: for Dale
[12/14/2011 1:52:26 PM] Kirstin Nagy: ok ty
[12/14/2011 1:52:33 PM] Karissa Dyar: np
[12/14/2011 2:36:35 PM] Karissa Dyar: Dianne Wirth .... cancel & called the BBB, said can't afford it & we don't need to talk to her anymore. hung up.
[12/14/2011 2:36:52 PM] Karissa Dyar: Agnes Crim, transferred, not signing paperwork
[12/14/2011 2:37:41 PM] Karissa Dyar: Karen Hansen transferred to go over terms & conditions & refund policy
[12/14/2011 2:38:41 PM] Karissa Dyar: Nancy Danko was also transferred
[12/14/2011 2:41:31 PM] Kirstin Nagy: How come your CS reps can't go over the terms and the refund policy?
[12/14/2011 2:41:40 PM] Kirstin Nagy: or don't go over I should say
[12/14/2011 2:41:58 PM] Karissa Dyar: are you serious right now?
[12/14/2011 2:42:03 PM] Kirstin Nagy: yes
[12/14/2011 2:42:20 PM] Kirstin Nagy: do they not know the terms of the services or the refund policy?
[12/14/2011 2:42:29 PM] Karissa Dyar: we have never done that. it's your department's job
[12/14/2011 2:42:58 PM] Karissa Dyar: of course they know all of that. but if we were to do that and screw something up, dale would have my ass
[12/14/2011 2:43:08 PM] Karissa Dyar: we do negotiations here
[12/14/2011 2:45:51 PM] Kirstin Nagy: oh
[12/14/2011 2:49:26 PM] keagan bash: goldie pitchford transferred... refund
[12/14/2011 3:07:40 PM] Karissa Dyar: someone just called in saying that your rep told them they'd get their money back from us
[12/14/2011 3:11:58 PM] Kirstin Nagy: Did you get a name
[12/14/2011 3:18:00 PM] Karissa Dyar: client was Sidney Hand ... rep was Joe Zukosky
[12/14/2011 3:19:24 PM] Kirstin Nagy: Sidney called in spoke wtih joe wanting to know the status of his accounts rep transfered to consultants, Are you serious? You just made it clear that you don't handle anything like that
[12/14/2011 3:20:21 PM] Karissa Dyar: I know that. I'm telling you that this client just told Linda that he was transferred here because he was told that he needed to speak with us to get his money back.

Goldstein Attach. A
p. 21 of 34

FTC 45
p. 21 of 178

[12/19/2011 1:47:02 PM] Kirstin Nagy: ok well keep trying and we will too

[12/19/2011 1:47:17 PM] Karissa Dyar: ok

[12/19/2011 2:22:51 PM] Karissa Dyar: Patricia Philpot, called for 10 day. still wants to cxl, claims she never talked to you guys but clearly you did by the notes in telecom. wouldn't allow transfer, didn't have time for it.

[12/19/2011 3:59:39 PM] Karissa Dyar: Derrick Stewart transferred twice, says account with credit union is the lowest possible and only has a home depot other than that

[12/19/2011 4:42:00 PM] Karissa Dyar: Erika Burke transferred says money was taken from her checking account and this is a scam, disputed the charge

[12/19/2011 4:42:04 PM] Karissa Dyar: confusing

[12/20/2011 10:51:37 AM] Karissa Dyar: Vincenza Morrone transferred, charged and got an extra charge (overseas fee I'm guessing) put a stop on it thru the bank

[12/20/2011 10:58:55 AM] Kirstin Nagy: Can I get tracking on Dianne Coffey

[12/20/2011 10:59:19 AM] Kirstin Nagy: she's on the line with me now

[12/20/2011 10:59:32 AM] keagan bash: k

[12/20/2011 11:00:57 AM] Karissa Dyar: 9405510200830168915160

[12/20/2011 11:01:08 AM] Kirstin Nagy: great job ty

[12/20/2011 11:05:56 AM] Kirstin Nagy: Ok this lady is adamit that she didn't get it and that she knows exactly what the package should look like...... Please reship a new one. She is claiming to have never received it.

[12/20/2011 11:06:13 AM] keagan bash: ok

[12/20/2011 11:09:02 AM] Kirstin Nagy: 888-272-7064 This our new customer servce number to go with the new website the rooms should be using it on clients sold tomorrow

[12/20/2011 11:10:53 AM] Karissa Dyar: wait wait

[12/20/2011 11:11:11 AM] Karissa Dyar: is this for the new program or the current program that you enter into the old telecom

[12/20/2011 11:11:13 AM] Karissa Dyar: or is it both

[12/20/2011 11:11:34 AM] Karissa Dyar: I think Brett just answered my question.

[12/20/2011 11:11:40 AM] Karissa Dyar: it's for the success coach right?

[12/20/2011 11:12:06 AM] Kirstin Nagy: no its  for all client moving forward,

[12/20/2011 11:12:25 AM] Karissa Dyar: ok

[12/20/2011 11:12:37 AM] Karissa Dyar: so I need to give out that number instead of the old number

[12/20/2011 11:12:50 AM] Kirstin Nagy: only for clients sold starting tomorrow

[12/20/2011 11:13:04 AM] Karissa Dyar: ok

[12/20/2011 11:13:05 AM] Karissa Dyar: got it

[12/20/2011 11:13:08 AM] Karissa Dyar: so confusing

[12/20/2011 11:13:22 AM] Kirstin Nagy: we don't want any old client having old info, we are trying to get them off of CCG name

[12/20/2011 11:13:40 AM] Kirstin Nagy: Old clients have new info lol

[12/20/2011 11:13:44 AM] Karissa Dyar: so at 9 am tomorrow, I give that number out

[12/20/2011 11:14:07 AM] Kirstin Nagy: yes but only for client added to telecom on tomorrows date

[12/20/2011 11:14:46 AM] Karissa Dyar: sorry, I know you're probably laughing your ass of at my stupid questions but I just wanna make sure I get this right. so sales from 9/21 on get new info

206

[1/3/2012 10:17:36 AM] Kirstin Nagy: Because there is 12k clients in the old telecom, You guys have a ton of clients,

[1/3/2012 10:18:08 AM] Karissa Dyar: no but they're calling in and not in telecom

[1/3/2012 10:18:53 AM] Kirstin Nagy: Who knows about that. If you are getting people like that try and get me names and you can give them the correct number

[1/3/2012 10:18:58 AM] Kirstin Nagy: if they are for the other telecom

[1/3/2012 10:19:19 AM] Karissa Dyar: ok

[1/3/2012 10:19:39 AM] Karissa Dyar: do I need to have someone call Christine Baker? I see a note from amanda murphy yesterday.

[1/3/2012 10:22:45 AM] Kirstin Nagy: let me ask her

[1/3/2012 10:25:07 AM] Kirstin Nagy: give me a few min, she's on a call

[1/3/2012 10:29:24 AM] Karissa Dyar: ok I just emailed you something from her. She doesn't want to ever speak to anyone again.

[1/3/2012 10:31:35 AM] Kirstin Nagy: ok ty, and the rep said no she doesn't need called

[1/3/2012 10:31:47 AM] Karissa Dyar: ok thanks

[1/3/2012 10:32:21 AM] Karissa Dyar: Kevin Sturman transferred, doesn't want to continue with service

[1/3/2012 10:40:42 AM] Kirstin Nagy: I didn't get your email karissa

[1/3/2012 10:40:48 AM] Karissa Dyar: oh

[1/3/2012 10:40:53 AM] Karissa Dyar: lemme try again

[1/3/2012 10:41:08 AM] Kirstin Nagy: knagy28@yahoo.com

[1/3/2012 10:41:22 AM] Karissa Dyar: oh i sent it to the live one

[1/3/2012 10:41:39 AM] Karissa Dyar: now it's going to your yahoo

[1/3/2012 10:41:59 AM] Kirstin Nagy: all he does is forward it to me, you can just CC me on it

[1/3/2012 11:19:09 AM] Karissa Dyar: I got a vm from Ralph Doughtry ... he lost connection with the sales rep yesterday and wanted a call back 828-963-5967

[1/3/2012 12:09:19 PM] Karissa Dyar: Phyllis Hanson transferred, during welcome call doesn't wanna be billed & not sure who we are

[1/3/2012 12:09:45 PM] Karissa Dyar: Nick Minier hung up. said he's not gonna continue with service and wouldn't allow transfer.

[1/3/2012 1:04:29 PM] Karissa Dyar: Ivil Young

[1/3/2012 1:04:41 PM] Karissa Dyar: is she a refund cuz she said she got her money back

[1/3/2012 1:07:29 PM] Kirstin Nagy: sorry let me look

[1/3/2012 1:08:35 PM] Kirstin Nagy: no but I'll have someone call her

[1/3/2012 1:09:01 PM] Karissa Dyar: yeah that's probably a good idea

[1/3/2012 1:09:02 PM] Karissa Dyar: thank you

[1/3/2012 1:17:40 PM] Karissa Dyar: Mary Flynn said the money was supposed to be put back in her account, she doesn't know who and said she's gonna check into it by calling her cc company

[1/3/2012 1:17:49 PM] Kirstin Nagy: [Tuesday, January 03, 2012 12:56 PM] Karissa Dyar:

<<< Ivil Youngcoming back over wants to give her info over phone

[1/3/2012 1:18:49 PM | Removed 1:19:08 PM] Kirstin Nagy: This message has been removed.

222

[1/3/2012 2:04:10 PM] Kirstin Nagy: ty
[1/3/2012 2:31:45 PM] Kirstin Nagy: will you try tacking please, the sites not working for me
[1/3/2012 2:32:38 PM] Kirstin Nagy: see if this sites working for you please
[1/3/2012 2:38:17 PM] Karissa Dyar: Lynn Ruscianna Delivered
 December 05, 2011, 9:55 am
 MINNEAPOLIS, MN 55422
[1/3/2012 2:38:37 PM] Kirstin Nagy: damn why isn't mine working
[1/3/2012 2:38:49 PM] Karissa Dyar: idk dude
[1/3/2012 2:42:09 PM] Karissa Dyar: Sandi Leonard transferred doesn't want the service anymore
[1/3/2012 2:43:03 PM] Karissa Dyar: Shawn Chater hung up on Linda when trying to do a 10 day follow up
[1/3/2012 2:44:37 PM] Kirstin Nagy: we already talked to sandi did she call again?
[1/3/2012 2:45:56 PM] Karissa Dyar: idk i just saw the message in my box
[1/3/2012 2:46:04 PM] Karissa Dyar: it was placed there within the last 10 minutes
[1/3/2012 2:47:06 PM] Kirstin Nagy: k ty
[1/3/2012 3:52:26 PM] Karissa Dyar: Gary Harrison was transferred earlier, no longer wants the service
[1/3/2012 3:52:38 PM] Karissa Dyar: so was Margie Orillion, doesn't want to do it
[1/3/2012 4:00:41 PM] Karissa Dyar: Lorraine Paolucci
[1/3/2012 4:01:37 PM] Karissa Dyar: on the phone with Melissa right now. Says when she talked to your department about a refund she was told by your department they were told not to mess with that button and came over here after being told that Melissa would have to initiate the cancel.
[1/3/2012 4:02:32 PM] Karissa Dyar: sending her your way
[1/3/2012 4:02:50 PM] Karissa Dyar: her savings wasn't met
[1/3/2012 4:02:53 PM] Karissa Dyar: also btw
[1/3/2012 4:03:23 PM] Kirstin Nagy: what day was this call
[1/3/2012 4:03:32 PM] Karissa Dyar: 12/15
[1/3/2012 4:03:42 PM] Karissa Dyar: that's the last time your office spoke with her
[1/3/2012 4:03:54 PM] Kirstin Nagy: ok so your just going by call notes
[1/3/2012 4:03:56 PM] Karissa Dyar: but she's been playing phone tag with melissa
[1/3/2012 4:04:34 PM] Karissa Dyar: she said that when she talked to your office a while back.
[1/3/2012 4:04:44 PM] Kirstin Nagy: k ty
[1/3/2012 4:04:50 PM] Karissa Dyar: yw
[1/3/2012 4:15:32 PM] Kirstin Nagy: Pulled recording of that call, client told her that she's have to wait for the negs to be completed first before we could determin if she is eligable for a refund or not. And told client straight out that she can't CXl.

[1/3/2012 4:15:51 PM] Kirstin Nagy: Client asked who can I speak to to CXl and rep responded you can't CXL
[1/3/2012 4:15:53 PM] Karissa Dyar: ok cool
[1/3/2012 4:16:04 PM] Karissa Dyar: idk these people are crazy
[1/3/2012 4:16:11 PM] Kirstin Nagy: then rep said well I am waiting to talk to Mellissa

Goldstein Attach. A
p. 24 of 34

FTC 45
p. 24 of 178

[1/4/2012 3:54:21 PM] Kirstin Nagy: ty
[1/4/2012 3:54:29 PM] Karissa Dyar: yw
[1/4/2012 3:56:14 PM] Karissa Dyar: got a letter coming over from minnesota a.g. which email you want it to go to?
[1/4/2012 4:03:28 PM] Karissa Dyar: Joan Rowe sent back welcome letter, says: I'm not going to do this now. Please cancel my application. Please don't start calling.
[1/4/2012 4:08:29 PM] Karissa Dyar: Charles Harden sent back welcome letter, says: I am writing in concern at this time I will not need you all help. I am (something) my house at my bank. I would greaty appreciate that you retun the money back to chase. thanks if I need your help I will contact you.
[1/4/2012 4:08:36 PM] Karissa Dyar: I didn't correct his grammer
[1/4/2012 4:11:58 PM] Kirstin Nagy: wow ok
[1/4/2012 4:12:09 PM] Karissa Dyar: just finished opening the mail so I have no more
[1/4/2012 4:29:32 PM] Karissa Dyar: Jessie Noel during tickle said she's not interested and hung up
[1/4/2012 4:49:47 PM] Karissa Dyar: is your telecom down?
[1/4/2012 4:57:29 PM] Karissa Dyar: hello
[1/4/2012 4:58:08 PM] keagan bash: need answer pls with sugar
[1/4/2012 5:03:19 PM] Karissa Dyar: are you people alive?
[1/4/2012 5:04:08 PM] CCG Podium: no
[1/4/2012 5:05:10 PM] Karissa Dyar: oh then you're zombies
[1/4/2012 5:06:08 PM] keagan bash: aim for the head
[1/4/2012 5:46:59 PM] Kirstin Nagy: I have clients paperwork here
[1/4/2012 5:47:26 PM] Kirstin Nagy: i will be scanning it and emailing it to you in the AM clients name is lenda Brooks
[1/4/2012 5:49:20 PM] keagan bash: k
[1/5/2012 9:59:23 AM] Kirstin Nagy: Jeffrey Carr emailed CS asking to be called after 5pm, I forwarded Karissa the email. Please follow up with him, Thank you
[1/5/2012 10:00:47 AM] Karissa Dyar: ok
[1/5/2012 10:08:37 AM] Kirstin Nagy: There is 2 pages I sent with it too that doesn't pertain to the client, Could figure out how to delete
[1/5/2012 10:09:24 AM] Karissa Dyar: ok
[1/5/2012 10:45:58 AM] Karissa Dyar: Kirstin
[1/5/2012 10:46:13 AM] Kirstin Nagy: Karissa
[1/5/2012 10:46:17 AM] Karissa Dyar: lol
[1/5/2012 10:46:23 AM] Kirstin Nagy: and Keagan
[1/5/2012 10:46:25 AM] Kirstin Nagy: all K's
[1/5/2012 10:46:34 AM] Karissa Dyar: they're getting ready to forward the success track number over to my office
[1/5/2012 10:46:43 AM] Kirstin Nagy: nice
[1/5/2012 10:46:50 AM] Karissa Dyar: so all negotiations will be in this office now
[1/5/2012 10:47:00 AM] Kirstin Nagy: So people will be answering the phone nowe!!
[1/5/2012 10:47:03 AM] Kirstin Nagy: *now
[1/5/2012 10:47:04 AM] Karissa Dyar: you know it!
[1/5/2012 10:47:08 AM] Kirstin Nagy: Awsome
[1/5/2012 10:47:14 AM] Karissa Dyar: lol

**Goldstein Attach. A**
**p. 25 of 34**

**FTC 45**
**p. 25 of 178**

[1/11/2012 5:00:36 PM] Kirstin Nagy: As detailed as you can. You don't have to leave anything out. I need to keep record of this client as best as possiable

[1/11/2012 5:01:14 PM] keagan bash: ok im going to have her put it in word for word...... tammy fisher

[1/11/2012 5:02:03 PM] Kirstin Nagy: I hate that (swear) room, They are still yelling about this client. You guys did a great job on her file and they are trying to tell us its a dead deal because they couldn't squeeze anymore $$ out of ehr

[1/11/2012 5:03:33 PM] keagan bash: thats sh**ty... explains why he got real lippy when he thought he was on hold

[1/11/2012 5:07:31 PM] Kirstin Nagy: Ty for handling it on your end.

[1/11/2012 5:12:25 PM] keagan bash: yea... sorry it wasnt more of what you were really looking for

[1/11/2012 5:16:34 PM] Kirstin Nagy: Its ok, Its better then nothing!! :)

[1/11/2012 5:20:07 PM] keagan bash: k

[1/11/2012 5:22:59 PM | Removed 5:29:35 PM] CCG Podium: This message has been removed.

[1/11/2012 5:31:17 PM] keagan bash: victoria borealla transffered... has questions about the other services

[1/11/2012 5:46:51 PM] Kirstin Nagy: Elsie Foli, calling in saying that no one ever went over anything with her, siad she spoke to Torri for 5 mins then was told to call us her, she doesn't understand the analysis wants to GOA, told her you guys were gone for the day she is expecting a call from you tomrrorow

[1/11/2012 5:50:34 PM] keagan bash: i wilol make torrie call her first thing in the morning... i bet torrie called to let her know that negos were complete and to call when she received analysis

[1/11/2012 5:51:01 PM] Kirstin Nagy: not sure, just passing the message

[1/11/2012 5:51:13 PM] keagan bash: yea no problem

[1/11/2012 5:51:18 PM] keagan bash: thank you

[1/11/2012 5:55:13 PM] keagan bash: torrie went over it with her... she kept saying she is paying off her accounts and wants a refund... torrie told her she doesnt know how that works... i have her calling her in the am

[1/11/2012 5:55:38 PM] Kirstin Nagy: ok ty for the update

[1/12/2012 9:36:34 AM] Kirstin Nagy: Leroy Giese I need tracking on WP please

[1/12/2012 10:12:07 AM] Karissa Dyar: 9405510200793035271663

[1/12/2012 10:12:31 AM] Kirstin Nagy: ty

[1/12/2012 10:20:42 AM] Kirstin Nagy: Leroy Giese is claiming to have never received the welcome package, please reship another one. Thank you

[1/12/2012 10:20:56 AM] Karissa Dyar: ok

[1/12/2012 10:29:32 AM] Karissa Dyar: Veronica Dodd transferred

[1/12/2012 10:41:24 AM] Kirstin Nagy: Jean Gillin what was the out come of her NEG's

[1/12/2012 10:41:58 AM] Karissa Dyar: plz hold

[1/12/2012 10:42:03 AM] Kirstin Nagy: k np

[1/12/2012 10:42:35 AM] Karissa Dyar: no rates lowered

[1/12/2012 10:43:08 AM] Karissa Dyar: cap one 22.9, boa 18.24, jcpenney 26.99, kohls 21.9

Goldstein Attach. A
p. 26 of 34

FTC 45
p. 26 of 178

[1/17/2012 5:03:54 PM] Karissa Dyar: Paul Patterson
[1/17/2012 5:04:32 PM] Karissa Dyar: has fraudulent charges, from St. Petersburg
[1/17/2012 5:07:01 PM] Kirstin Nagy: looking him up
[1/17/2012 5:07:42 PM] Kirstin Nagy: can you get him to fax statements
[1/17/2012 5:10:22 PM] Kirstin Nagy: This info is not reflected in the call notes.
[1/17/2012 5:10:43 PM] Kirstin Nagy: did the rep not collect any info or transfer him?
[1/17/2012 5:12:03 PM] Kirstin Nagy: r u there
[1/17/2012 5:14:22 PM] Kirstin Nagy: hola?
[1/17/2012 5:14:31 PM] Karissa Dyar: sorry I'm here
[1/17/2012 5:14:33 PM] Kirstin Nagy: lol
[1/17/2012 5:14:44 PM] Karissa Dyar: he was transferred your way
[1/17/2012 5:15:03 PM] Kirstin Nagy: on we never got the transfer
[1/17/2012 5:15:16 PM] Karissa Dyar: do I need to have jessica call him back?
[1/17/2012 5:23:24 PM] Kirstin Nagy: 1 sec
[1/17/2012 5:25:19 PM] Kirstin Nagy: Marie Germain-Mojica coming wants to know why no one has called her back
[1/17/2012 5:26:20 PM] Kirstin Nagy: and on paul yes, we tried him a couple times and he didn't answer
[1/17/2012 5:26:26 PM] Kirstin Nagy: see if you can get him on the line please
[1/17/2012 5:39:26 PM] Karissa Dyar: ok so paul
[1/17/2012 5:40:33 PM] Karissa Dyar: he says he got 2 $500 charges on his cc, plus someone in Orlando jtried to get a copy of his cc mailed to them. He refuses to fax anything, just wants his money back because he's paying off his cards. he was transferred to your office.
[1/17/2012 5:41:28 PM] CCG Podium: we had him on the line and then he said something about 1800 and hung up
[1/17/2012 5:42:18 PM] Karissa Dyar: oh man
[1/17/2012 5:42:20 PM] Karissa Dyar: wtf
[1/17/2012 5:42:50 PM] CCG Podium: got him back now
[1/17/2012 5:42:54 PM] Karissa Dyar: yay
[1/17/2012 5:43:06 PM] CCG Podium: hes not very happy lol
[1/17/2012 5:43:17 PM] Karissa Dyar: I wouldn't be either
[1/17/2012 5:43:20 PM] Karissa Dyar: oi vey what a day
[1/18/2012 10:21:07 AM] Kirstin Nagy: Lajan Taylor coming over wants to go over
[1/18/2012 10:21:20 AM] Kirstin Nagy: wants to go over paperwork she provided
[1/18/2012 10:21:29 AM] keagan bash: k
[1/18/2012 10:33:10 AM] Kirstin Nagy: Angela Allen please OVERNIGHT welcome opackage to client, updated address in telecom
[1/18/2012 10:48:00 AM] Kirstin Nagy: Christine Boney please reship yet another package, claiming to still have not received any sent to her. The address is on file is correct.
[1/18/2012 10:50:03 AM] Karissa Dyar: oh man
[1/18/2012 10:50:23 AM] Kirstin Nagy: i know
[1/18/2012 10:50:34 AM] Karissa Dyar: I've sent her a pkg twice
[1/18/2012 10:50:35 AM] Karissa Dyar: wtf
[1/18/2012 10:51:58 AM] Kirstin Nagy: Iknow. the 2nd one says it was delivered at 2 am

[1/19/2012 4:02:12 PM] Karissa Dyar: so Brenda Jones

[1/19/2012 4:02:22 PM] Karissa Dyar: This man isn't a very good liar

[1/19/2012 4:02:53 PM] Karissa Dyar: he didn't even speak to torrie for over a minute. He put his wife on the phone as soon as she started going over his cc acounts.

[1/19/2012 4:03:20 PM] Karissa Dyar: She went over how the savings was met, how to make the payments & how they work and went over all credit cards with his wife.

[1/19/2012 4:03:38 PM] Karissa Dyar: Never once mentioned that he hadn't received the analysis

[1/19/2012 4:03:50 PM] Kirstin Nagy: this is why you having your line recorded would be helpful

[1/19/2012 4:03:52 PM] Karissa Dyar: and he was on hold for only 1 minute, rather than 15 to 20 minutes

[1/19/2012 4:03:57 PM] Karissa Dyar: I know

[1/19/2012 4:04:05 PM] Karissa Dyar: we're putting a server inhouse to hold recordings

[1/19/2012 4:05:48 PM] Karissa Dyar: h has only a boa and a cap one too

[1/19/2012 4:05:48 PM] Karissa Dyar: idk

[1/19/2012 4:05:58 PM] Karissa Dyar: i've repremanded her but I feel she did her job

[1/19/2012 4:06:18 PM] Kirstin Nagy: I'd figure befor a consultant went over an analysis they would make sure the client had it in front of them

[1/19/2012 4:06:36 PM] Karissa Dyar: because he's saying everything but he didn't even speak with her for any length of time, she spoke with the wife

[1/19/2012 4:06:40 PM] Karissa Dyar: sorry  you had to refund

[1/19/2012 4:07:00 PM] Kirstin Nagy: its cool that account is closed anyways

[1/19/2012 4:07:12 PM] Karissa Dyar: nice

[1/19/2012 4:07:35 PM] Kirstin Nagy: I pushed it off for 2 months so by then hopefully he can't even charge back

[1/19/2012 4:07:47 PM] Karissa Dyar: smart you are!

[1/19/2012 4:07:53 PM] Kirstin Nagy: I try to be

[1/19/2012 4:19:19 PM] Kirstin Nagy: Kathy Mick did her n

[1/19/2012 4:19:36 PM] Karissa Dyar: um

[1/19/2012 4:19:37 PM] Karissa Dyar: what

[1/19/2012 4:20:13 PM] Kirstin Nagy: I was going to ask you if her analysis had went out of not but I already asked you to stop the process

[1/19/2012 4:20:36 PM] Karissa Dyar: right

[1/19/2012 4:20:37 PM] Kirstin Nagy: I am so over worked right now (doh)

[1/19/2012 4:20:41 PM] Karissa Dyar: lol

[1/19/2012 4:20:42 PM] Karissa Dyar: I'm sorry

[1/19/2012 4:20:48 PM] Karissa Dyar: we're trying to go easy on you today

[1/19/2012 4:21:25 PM] Kirstin Nagy: Man then I go back and read my type and its a total fail today lol, thank goodness that you guys are smart enough and can read my typos

[1/19/2012 4:21:54 PM] Karissa Dyar: we've been well trained lol

[1/19/2012 4:22:05 PM] Kirstin Nagy: awesome

[1/19/2012 4:24:09 PM] Kirstin Nagy: Can I have Cynithia strouds aigned letter please

[1/19/2012 4:29:28 PM] Karissa Dyar: ok hold please

[1/19/2012 4:30:35 PM] Kirstin Nagy: (music) (music) (music)

[1/19/2012 4:30:44 PM] Kirstin Nagy: don't forget my music, I like music when I hold

[2/3/2012 11:13:59 AM] keagan bash: im working with lora kennel right now. just a heads up she is very upset with some office and how rude they were... she wants to bbb ag. im getting her info and trying to save
[2/3/2012 11:14:22 AM] Kirstin Nagy: ok ty
[2/3/2012 11:14:28 AM] keagan bash: damm i think she ust put me on her christmas card list
[2/3/2012 11:14:32 AM] Karissa Dyar: Cheyna Stafford heads up. 2 cc one at 13.99 the other at 15.99
[2/3/2012 11:14:33 AM] keagan bash: just
[2/3/2012 11:14:55 AM] Kirstin Nagy: lol is the christmas card list a good thing?
[2/3/2012 11:15:26 AM] keagan bash: yes... she is pretty smothed over and no bbb/ag.
[2/3/2012 11:15:30 AM] Karissa Dyar: omg these clients suck today
[2/3/2012 11:15:35 AM] Karissa Dyar: I'm going on strike
[2/3/2012 11:15:43 AM] keagan bash: for real
[2/3/2012 11:15:59 AM] Kirstin Nagy: Its Friday, Friday is always crazy with CS calls and CXl's
[2/3/2012 11:16:44 AM] Kirstin Nagy: lora kennel is back on the phone wanting to CXl
[2/3/2012 11:16:47 AM] Karissa Dyar: omg fuck this!
[2/3/2012 11:16:52 AM] Kirstin Nagy: I think she played you keagan
[2/3/2012 11:19:57 AM] Kirstin Nagy: FYI please don't tell clients that enrolled after 12/16/11 that they are with liveforsuccesstoday, they are mysuccesstrack clients
[2/3/2012 11:20:15 AM] Kirstin Nagy: please make sure all your reps know thing and thank you
[2/3/2012 11:20:20 AM] Karissa Dyar: omg kirstin
[2/3/2012 11:20:23 AM] Karissa Dyar: I qui
[2/3/2012 11:20:24 AM] Karissa Dyar: t
[2/3/2012 11:21:21 AM] Karissa Dyar: I was told different .... that because of the blogs we needed to stop saying my success track
[2/3/2012 11:22:12 AM] Kirstin Nagy: No we don't want to have clients with MST connect and start filing complaints for lfst, thats the whole point of getting a new name was to start fresh and have no complaints
[2/3/2012 11:22:53 AM] Kirstin Nagy: you only say MSY to MST client we started selling LFST 12/16/11
[2/3/2012 11:22:59 AM] Karissa Dyar: yep ok got it
[2/3/2012 11:23:18 AM] Kirstin Nagy: Anyways its been hard to keep them separat because the paperwork is still going out MST
[2/3/2012 11:32:33 AM] keagan bash: umm yea so lora kennels husband set her off again
[2/3/2012 11:33:16 AM] keagan bash: she was transfered over....all she keeps saying is i want my money back. you lowared one card for 1000
[2/3/2012 11:37:54 AM] Kirstin Nagy: Tracking on WP please
Brenda Vaughn
Thomas Serna
Theressa Bax
[2/3/2012 11:38:47 AM] Kirstin Nagy: Ora Gipson
Monique Goin
Beradine Taylor

299

[2/22/2012 3:45:40 PM] keagan bash: because of the holiday we are also informing the tickles it might be an extra day or so to receive their package

[2/22/2012 3:46:03 PM] Kirstin Nagy: ok ty very much]

[2/22/2012 3:46:38 PM] keagan bash: np

[2/22/2012 4:46:29 PM] keagan bash: eileen long is on the phone... im sending her over.. says she has been charged by liveforsuccess twice this

[2/22/2012 4:57:49 PM] Kirstin Nagy: She wasn't our clinet, is someone else sending you deals for the LFST?

[2/22/2012 4:57:59 PM] Kirstin Nagy: its wasn't the long from 2010

[2/22/2012 5:04:01 PM] keagan bash: no.. she was the only one i could find in either systems and i verified before transfer with the city and state... i asked her" are you in exeter ca.?" she said yes... weird

[2/22/2012 5:04:48 PM] Kirstin Nagy: That is very weird. She isn't ours, she was just billed on the 20th of this months

[2/22/2012 5:17:51 PM] Podium 2:  William Thorton transfer coming consultant l/m for him to return call

[2/22/2012 5:18:01 PM] keagan bash: k

[2/22/2012 5:23:37 PM] CCG Podium: steven hanlon coming over

[2/22/2012 5:39:36 PM] keagan bash: you deal with a company called Card Services?

[2/22/2012 5:44:08 PM] Kirstin Nagy: half the room will can themselves card services till they get a CC # then they wil tell them their Co Name

[2/22/2012 5:44:15 PM] Kirstin Nagy: *rooms

[2/22/2012 5:52:26 PM] keagan bash: great... that sucks... i just got a call from some guy and he said "he is receiving call from  "card services"  on multiple occasions  that are harrassing and when the guy gave me the Mysuccesstrack website. i told them to please not call me. he then launched into violent profanity saying that that wont ever happen calling me a F***it, F**king Prick, and multiple other things then hung up". gave a number

[2/22/2012 5:53:26 PM] Kirstin Nagy: No one sells MST anymore that we work for

[2/22/2012 5:53:33 PM] Kirstin Nagy: they all see LFST

[2/22/2012 5:54:07 PM] keagan bash: i dont know.. he got our number off of what ever site the guy told him...

[2/22/2012 5:54:26 PM] Kirstin Nagy: its he gave you a phone number give it to me and I'll send it out to the rooms,

[2/22/2012 5:54:54 PM] Kirstin Nagy: Its weird that he'd be calluing you and not us, sounds like this same co that sold the long lady, she had your # not ours

[2/22/2012 5:55:38 PM] keagan bash: he said that he googled the number, what ever site he had and came up with all kinds of boards where people are having the same thing and other companies associated with these calls... im gonna look and see exactly what companies are named

[2/22/2012 5:56:33 PM] keagan bash: so weird.... one of the numbers was a 800 number the other is 6122227091

[2/22/2012 5:57:06 PM] Kirstin Nagy: Someone is scaming right now I feel

[2/22/2012 5:58:11 PM] keagan bash: yea...if you google the 612 number first few entries is scam alerts and stuff

[2/22/2012 5:59:22 PM] Kirstin Nagy: 612. looks like the press on release co

Goldstein Attach. A
p. 30 of 34

FTC 45
p. 30 of 178

[2/29/2012 10:44:51 AM] Kirstin Nagy: I know that name
[2/29/2012 10:45:33 AM] keagan bash: it was one of the ones from yesterday that you asked for the rtracking and new wp
[2/29/2012 10:45:44 AM] keagan bash: towards the end of the day
[2/29/2012 10:46:11 AM] Kirstin Nagy: No the tracking an new package is for
[2/28/2012 4:17:12 PM] Kirstin Nagy: Timothy Sheehan I need tracking client
[2/29/2012 10:46:30 AM] Karissa Dyar: ok so that's the one that needs to be overnighted
[2/29/2012 10:46:36 AM] Kirstin Nagy: i think laquita was jes seeing if that client was anywhere
[2/29/2012 10:46:41 AM] Kirstin Nagy: yes
[2/29/2012 10:46:51 AM] Karissa Dyar: ok ty
[2/29/2012 11:43:53 AM] Kirstin Nagy: Melvin Rice Coming over wants to know what happened
[2/29/2012 11:44:00 AM] Karissa Dyar: no
[2/29/2012 11:44:02 AM] Karissa Dyar: nonono
[2/29/2012 11:44:36 AM] Kirstin Nagy: lol
[2/29/2012 11:44:41 AM] Karissa Dyar: haha
[2/29/2012 12:06:56 PM] Karissa Dyar: Robert Kerns .... stc went over the 2 round he was upset that his apr didn't go down ,said he talk to anthony about a refund ,said that he told him he will call him by wed to let him no what is going to take place's with his file. 02/13/2012 - 04:43:35
[2/29/2012 12:07:04 PM] Karissa Dyar: I'm trying to clean off my desk
[2/29/2012 12:13:03 PM] Podium 2: he a client where i saved by saying let us renegotiate if we fail will accomodate him one of those
[2/29/2012 12:13:31 PM] Karissa Dyar: ok thanks
[2/29/2012 12:17:59 PM] Kirstin Nagy: Need tracking on
Kimberly Bower and copy of Autho letter
Mary Stokes plus analysis and copy of Autho letter
[2/29/2012 12:24:11 PM] Karissa Dyar: bower 9405515901057640082081
[2/29/2012 12:24:19 PM] Karissa Dyar: stokes 9405510200793046214246
[2/29/2012 12:25:18 PM] Kirstin Nagy: And its bowers that I need tracking on analysis, not stokes sorry about that
[2/29/2012 12:26:07 PM] Karissa Dyar: 9405510200882193010280
[2/29/2012 12:26:28 PM] *** Karissa Dyar sent Mary Stokes.pdf,... ***
[2/29/2012 12:26:50 PM] *** Karissa Dyar sent Kimberly Bower.pdf,... ***
[2/29/2012 12:27:01 PM] Kirstin Nagy: ty
[2/29/2012 12:27:09 PM] Karissa Dyar: welcome
[2/29/2012 12:29:47 PM] Karissa Dyar: hey I have a question
[2/29/2012 12:29:59 PM] Karissa Dyar: do you happen to have a spreadsheet with all of your cancellations?
[2/29/2012 12:30:07 PM] Karissa Dyar: I'd like to clean up the filing cabinet
[2/29/2012 12:30:11 PM] Kirstin Nagy: yes and no
[2/29/2012 12:30:21 PM] Karissa Dyar: lol
[2/29/2012 12:30:22 PM] Karissa Dyar: ok
[2/29/2012 12:31:29 PM] Kirstin Nagy: Dale would have a more accoriate one then me, But there is a lot of  CXL's that we haven't refunded

**Goldstein Attach. A**
**p. 31 of 34**

**FTC 45**
**p. 31 of 178**

[3/1/2012 3:29:34 PM] Karissa Dyar: lol yeah exactly

[3/1/2012 3:29:47 PM] Karissa Dyar: it doesn't happen very often nowadays but back then it did

[3/1/2012 3:30:11 PM] Kirstin Nagy: Yeah I agree, it has got better. I don't know what was happening back then either

[3/1/2012 4:47:34 PM] Podium 2: Steven tracey cci said he was expecting a call from consultant i didnt see anything in notes but i transferred and skyped

[3/1/2012 5:11:46 PM] Kirstin Nagy: Elizabeth Gates coming over wants to know whats going on why she didn't get any calls

[3/1/2012 5:28:42 PM] keagan bash: rudy romero transferred to cxl

[3/1/2012 5:32:48 PM] Podium 2: Rudy Romero is fine willing to set up date with success coach to negotiate im going to send back over to u k

[3/1/2012 5:33:02 PM] keagan bash: k

[3/1/2012 5:44:32 PM] CCG Podium: Deborah Castro coming over

[3/2/2012 9:46:01 AM] Kirstin Nagy: Valinda London wants to know what

[3/2/2012 9:46:29 AM] Kirstin Nagy: going on with her file. Please have someone call her

[3/2/2012 11:36:41 AM] Karissa Dyar: Jeff Barton 801-815-1641 has been getting calls from card member services and wants someone to call and confirm that we are them

[3/2/2012 12:02:39 PM] Karissa Dyar: Charles Kark is gonna be calling you. he's mad that we didn't reduce his mortgage interest rate.

[3/2/2012 12:06:12 PM] Kirstin Nagy: nice

[3/2/2012 12:29:31 PM] Kirstin Nagy: when you guys call you call from corp offices right?

[3/2/2012 12:29:41 PM] Karissa Dyar: no

[3/2/2012 12:30:11 PM] Karissa Dyar: we call from whatever company the client enrolled with

[3/2/2012 12:30:32 PM] Kirstin Nagy: they all are differnt rooms

[3/2/2012 12:30:38 PM] Kirstin Nagy: they don't use our comapny name

[3/2/2012 12:30:44 PM] Karissa Dyar: but they all sell the same program name

[3/2/2012 12:31:00 PM] Kirstin Nagy: ok so you say liveforsuccess then

[3/2/2012 12:31:06 PM] Karissa Dyar: right

[3/2/2012 12:31:08 PM] Kirstin Nagy: ok got ya

[3/2/2012 12:43:17 PM] Kirstin Nagy: I need tracking please on

Debra Dayton plus copy of signed autho letter

Judith Erstad

Lonie Bryce

Janet Anderson

[3/2/2012 12:47:44 PM] Kirstin Nagy: Rick Turkian need tracking asap on that

[3/2/2012 12:49:25 PM] Karissa Dyar: Rick Turkian 9405510200793188818135

[3/2/2012 12:49:30 PM] Kirstin Nagy: ty

[3/2/2012 12:49:42 PM] Karissa Dyar: Debra Dayton 9405510200882205728783

[3/2/2012 12:49:52 PM] Karissa Dyar: Judith Erstad 9405510200883256065681

[3/2/2012 12:50:02 PM] Karissa Dyar: Lonie Bryce 9405510200882207170467

[3/2/2012 12:50:17 PM] Karissa Dyar: Janet Anderson 9405510200830263677970

[3/2/2012 12:50:36 PM] *** Karissa Dyar sent Debra Dayton.pdf,... ***

[3/7/2012 10:24:35 AM] Karissa Dyar: lol

[3/7/2012 10:24:37 AM] Kirstin Nagy: dale has to get with the dialer Co, not sure how long that will take

[3/7/2012 10:24:42 AM] Kirstin Nagy: I know right, that's men for you

[3/7/2012 10:25:04 AM] Karissa Dyar: lol

[3/7/2012 10:39:37 AM] Kirstin Nagy: Ok I beleive we are up, Testing everything now

[3/7/2012 10:39:42 AM] Karissa Dyar: lol

[3/7/2012 10:39:58 AM] CCG Podium: (clap)

[3/7/2012 10:41:40 AM] Karissa Dyar: Jeanne Carter, said she paid off accounts and wants to cxl. transferred and gave your number

[3/7/2012 11:28:44 AM] Podium 2: judith farley coming over says her rates were not lowered (check telecom) and we said we did transferring

[3/7/2012 11:53:05 AM] Kirstin Nagy: Jeanne Rossetsky coming over, claims mailed paperwork in july, wants to know why we don't have it, Didn't ask to CXl or for her $$ back

[3/7/2012 12:04:06 PM] Karissa Dyar: Jeanne Rossetsky transferred back wants to cxl

[3/7/2012 12:23:17 PM] CCG Podium: is there any way we can get a copy of the paperwork and the cover letter that is going out to the clients

[3/7/2012 12:23:40 PM] Karissa Dyar: why

[3/7/2012 12:24:04 PM] CCG Podium: so we can confrim the info the client is getting

[3/7/2012 12:24:17 PM] Karissa Dyar: Linda Way, are you aware that your charge made her go over the limit?

[3/7/2012 12:25:00 PM] Kirstin Nagy: No and we have no control of that.

[3/7/2012 12:25:20 PM] Karissa Dyar: you don't verify they have enough funds?

[3/7/2012 12:25:56 PM | Edited 12:26:01 PM] CCG Podium: the rooms do that

[3/7/2012 12:26:20 PM] CCG Podium: but back to the info can you do that

[3/7/2012 12:26:23 PM] Karissa Dyar: how is that possible if you're the ones processing

[3/7/2012 12:26:44 PM] CCG Podium: we dont check the accounts

[3/7/2012 12:26:52 PM] Karissa Dyar: ok that's odd

[3/7/2012 12:27:08 PM] Karissa Dyar: as far as the welcome pkg, wait til i get the new stuff on pdf

[3/7/2012 12:27:47 PM] CCG Podium: can you scan and email what you have now that your sending out

[3/7/2012 12:28:45 PM] Podium 2: whats odd is were selling live for success and the clients are receiving mst paperwork still i got a clients lenora lightbourne 2/22 , carlena spicer 2/28,ruth mattern 2/16 all mst info what r we doing this is not going to work

[3/7/2012 12:29:09 PM] Karissa Dyar: I've already spoken to Dale about this yesterday

[3/7/2012 12:29:28 PM] CCG Podium: yes and he inform us that you change the paperwork 2 week ago

[3/7/2012 12:29:42 PM] CCG Podium: but we been doing LFST since Dec 16th

[3/7/2012 12:29:57 PM] Karissa Dyar: I took out the page that had your address on it 2 weeks ago

[3/7/2012 12:30:17 PM] Karissa Dyar: and said consumer credit group

[3/7/2012 12:30:40 PM] CCG Podium: so does the client data form say MST or lFST

[3/7/2012 12:30:40 PM] Karissa Dyar: because he had called me and told me about the situation

Goldstein Attach. A
p. 33 of 34

FTC 45
p. 33 of 178

lowered still nothing and simply wants a refund. Explained refund process.  03/19/2012 - 01:51:26

[3/19/2012 1:56:02 PM] Karissa Dyar: we don't guarantee lowered interest rates, just wanted to clarify that. that's what sales floors do, they sell it wrong

[3/19/2012 1:56:11 PM] Karissa Dyar: dammit wrong room

[3/19/2012 2:00:26 PM] Kirstin Nagy: Mary will probably be calling you guys back to GOA she says you did nothing for her that it was her banks that lowered her rates and so forth

[3/19/2012 2:04:39 PM] Karissa Dyar: oh man

[3/19/2012 2:04:45 PM] Karissa Dyar: these stupid people

[3/19/2012 2:04:52 PM] Kirstin Nagy: yup that's what I was thinking

[3/19/2012 2:04:57 PM] Karissa Dyar: lol

[3/19/2012 2:24:41 PM] Karissa Dyar: Priscilla Heitman says she's not returning ppwk tried to give number but hung up

[3/19/2012 2:36:02 PM] Karissa Dyar: Marilyn Leubner returned her wp. says return to sender, refused

[3/19/2012 2:54:21 PM] Karissa Dyar: Elizabeth Shepperson wrote a letter as well as cxl all over every page. Sirs, I have changed my mind. will not participate in your plan. please cancel everything.

[3/19/2012 3:08:31 PM] Karissa Dyar: Lynn Bousqeut wrote on her welcome letter ... this must be a mistake. i never signed up for this and i do not want it

[3/19/2012 3:13:49 PM] Karissa Dyar: Bernadine Thompson wrote on her welcome letter ... any charges to my credit card - please give a credit to my credit card

[3/19/2012 3:13:54 PM] Karissa Dyar: kinda backwards

[3/19/2012 3:20:06 PM] Kirstin Nagy: We don't do SD2 you guys are to do SD2, we do MST and LFST

[3/19/2012 3:20:15 PM] Karissa Dyar: I know that

[3/19/2012 3:20:31 PM] Kirstin Nagy: Todd just sent someone over to ask for tony to get help with SD2

[3/19/2012 3:20:43 PM] Kirstin Nagy: on friday

[3/19/2012 3:20:46 PM] Karissa Dyar: i think he's high today

[3/19/2012 3:21:00 PM] Karissa Dyar: what was the client's name

[3/19/2012 3:21:27 PM] Kirstin Nagy: Eileen Simons and shes already in SD2

[3/19/2012 3:21:46 PM] *** Karissa Dyar sent Jeanie Goodwin 2.pdf,... ***

[3/19/2012 3:22:52 PM] Karissa Dyar: she told todd it was the mst site

[3/19/2012 3:23:05 PM] Kirstin Nagy: ok

[3/19/2012 3:24:13 PM] Karissa Dyar: oops

[3/19/2012 3:24:20 PM] Karissa Dyar: that was for the wrong person

[3/19/2012 3:24:23 PM] Karissa Dyar: sorry about that

[3/19/2012 3:24:27 PM] Kirstin Nagy: ok I was like I dont have her

[3/19/2012 3:24:32 PM] Karissa Dyar: lol

[3/19/2012 3:32:35 PM | Edited 3:32:58 PM] CCG Podium: Elieeen Simonson need to add account info was told by todd she had to add it to site to do so. we dont know how thats done is there any way someone there can get the info by phone

[3/19/2012 3:33:36 PM] CCG Podium: yes no maybe so

[3/19/2012 3:33:44 PM] Karissa Dyar: oh um

# CONFIDENTIAL DATA AGREEMENT & AUTHORIZATION LETTER

## 1. Primary Account Holder

| Last Name | First Name | MI |
|---|---|---|
| LONG | FRED | W. |

Date of Birth   Social Security Number

☒ Male   ☐ Female

Address _____

City _____

State ___ CA ___   Zip Code _____

Home Phone _____

Work Phone ( ___ ) _____

Other Phone ( ___ ) _____

Email Address _____

Occupation ___ RETIRED ___

If Self Employed, Name of Business _____

and Position Held _____

Gross Income: Monthly _____ or Yearly _____

Name of Primary Bank ___ LOCKHEED FED. CREDIT UNION ___

Mother's Maiden Name _____

## 1. Co-Applicant

| Last Name | First Name | MI |
|---|---|---|
| LONG | MARY | I. |

Date of Birth   Social Security Number

☐ Male   ☒ Female

Address _____

City _____

State ___ CA ___   Zip Code _____

Home Phone _____

Work Phone ( ___ ) _____

Other Phone ( ___ ) _____

Email Address _____

Occupation ___ RETIRED ___

If Self Employed, Name of Business _____

and Position Held _____

Gross Income: Monthly _____ or Yearly _____

Name of Primary Bank ___ U.S. BANK ___

Mother's Maiden Name _____

I/We expressly give First Financial, its agents and representatives permission to communicate with my/our creditors for the sole purpose of negotiating to lower interest rates and that I/We remain primarily obligated to those creditors. Further, I/We understand that in certain circumstances, including, but not limited to, balances too close to credit limits, extensive cash advances or internal policies prohibiting rate reductions, may affect First Financial ability or success in reducing such rates. As such, I/We instruct and authorize First Financial to communicate and negotiate with banks, creditors, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/We would be permitted to do so myself; obtain records, validations and any other supporting documentation related to my/our accounts and to communicate and negotiate the interest rates on those accounts with my/our permission. I/We understand that membership in the First Financial Wellness Plan is not subject to cancellation or refund unless the savings guarantees are not met. First Financial is authorized to use any such information regarding my/our financial status in communications and negotiations with third parties.

| _Fred W. Long_ | 2-19-11 | _Mary J. Long_ | 2/19/11 |
|---|---|---|---|
| Applicant Signature | Date | Co-Applicant Signature | Date |

FTC-GON-00002685

Goldstein Attach. B
p. 1 of 14
FTC 45
p. 35 of 178



# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month"). Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputing your creditors' information in the following order.

1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder**   Name   FRED  W.  LONG

1. Creditor   CHOICE  PRIVILEGES  VISA   Account Number ▮▮▮▮

Creditor Phone #   1-866-599-5070

Balance $ 4414   Rate 16.24 %   Minimum Monthly Payment $150

Age of Account   0 ½ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name   MARY  T.  LONG

2. Creditor   BANK  OF  AMERICA  VISA   Account Number ▮▮▮▮

Creditor Phone #   1-800-789-6701

Balance $ 918   Rate 9.9 %   ▮▮▮ Monthly Payment $16

Age of Account   7 years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name   FRED  W.  LONG

3. Creditor   BANKAMERICARD  VISA   Account Number ▮▮▮▮

Creditor Phone #   1-800-421-2110

Balance $ 515   Rate 7.99 %   Minimum Monthly Payment $15

Age of Account   0 ¾ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Although it is not a requirement, you may send copies of your statements
in an effort to speed up the process and insure accuracy!

FTC-GON-00002686

Goldstein Attach. B
p. 2 of 14
FTC 45
p. 36 of 178

Name _Berry_
Date _4-28-11_

Client Name _Fred W. Long_          Password _____

Lender _Choice   Visa_          Acct # ██████ ████ ████ ████

Contact _866-599-5070_                    17₀

PR _16.24_ %     BAL _$1099.47_   NEG RATE _16.24%_    MIN PMT _$ 25_

   Promo_____   End_____    LOL  New Rate _____

CA____ %     BAL_____   NEG RATE_____    MIN PMT_____

   Promo_____   End_____    LOL  New Rate _____

BT _16.24_ %   BAL _3800_   NEG RATE _16.24_   MIN PMT _$ 89_

   Promo _0%_   End _7-1-12_   LOL  New Rate _16.24%_

BT____ %     BAL_____   NEG RATE_____    MIN PMT_____

   Promo_____   End_____    LOL  New Rate _____

BT____ %     BAL_____   NEG RATE_____    MIN PMT_____

   Promo_____   End_____    LOL  New Rate _____

                                       17₀
Total Balance _$4,899.47_   Min Pmt %_____    Total Min Payment _$114_

Last Two Payments _50.8_  Date_____         _____  Date_____

Total Credit Limit_____         Available Credit _$100.53_____

Bal Trans Offers_____   Offer Expires_____  Fees_____

Reason if N/N _____ _Best rate available until reviews_

_____ _are done. Most of the balance_

_____ _is at 0% as it is_

_____

_____

FTC-GON-00002687

Goldstein Attach. B
p. 3 of 14
FTC 45
p. 37 of 178

Name _____
Date _____

Client Name   Fred W. Long          Password _____
Lender   BoFA Visa                  Acct # ██████████
Contact   800-421-2110

PR 9.99 %   BAL #8   NEG RATE 9.99%   MIN PMT #8
   Promo____  End____   LOL. New Rate____
CA___ %   BAL____   NEG RATE____   MIN PMT____
   Promo____  End____   LOL. New Rate____
BT___ %   BAL____   NEG RATE____   MIN PMT____
   Promo____  End____   LOL. New Rate____
BT___ %   BAL____   NEG RATE____   MIN PMT____
   Promo____  End____   LOL. New Rate____
BT___ %   BAL____   NEG RATE____   MIN PMT____
   Promo____  End____   LOL. New Rate____

Total Balance  #8    Min Pmt %____   Total Min Payment  $8
Last Two Payments  224.26  Date 3-8-11 ____   Date____
Total Credit Limit____   Available Credit  $4,992
Bal Trans Offers____   Offer Expires____   Fees____

Reason if N/N    At a floor rate currently
_____
_____
_____
_____

FTC-GON-00002688

Goldstein Attach. B
p. 4 of 14
FTC 45
p. 38 of 178

Name _____
Date _____

Client Name   Fred Long _____   Password _____

Lender  U.S. Bank Visa _____   Acct # ████████████

Contact  800-285-8585 _____

PR 7.24 %   BAL $7,897.99   NEG RATE 7.24%   MIN PMT $130

   Promo _____   End _____   LOL  New Rate _____

CA ____ %   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL  New Rate _____

BT 7.24 %   BAL $1,007.87   NEG RATE 7.24%   MIN PMT $13

   Promo 2.99%   End 8-1-11   LOL  New Rate 7.24%

BT ____ %   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL  New Rate _____

BT ____ %   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL  New Rate _____

Total Balance $8905.86   Min Pmt % _____   Total Min Payment $143

Last Two Payments $560   Date 3-18-11 _____   Date _____

Total Credit Limit   11,000   Available Credit $2095

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N  _____  Well below floor rate as it is.

_____

_____

_____

_____

FTC-GON-00002689

Goldstein Attach. B
p. 5 of 14
FTC 45
p. 39 of 178

Name _____
Date _____

Client Name _Frederick W. Long_   Password _____

Lender _Chase Nat'l Geo. LLC_   Acct # ████████████

Contact _____888 - 590 - 2583_____

PR _14.24_ %   BAL _$16,788.72_   NEG RATE _14.24%_   MIN PMT _$371_

   Promo _____   End _____   LOL  New Rate _____

CA _____%   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL. New Rate _____

BT _____%   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL  New Rate _____

BT _____%   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL. New Rate _____

BT _____%   BAL _____   NEG RATE _____   MIN PMT _____

   Promo _____   End _____   LOL  New Rate _____

Total Balance _$16,788.72_   Min Pmt % _____   Total Min Payment _$371_

Last Two Payments _____   Date _____   _____ Date _____

Total Credit Limit _____   Available Credit _$1,111_

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N ____C_IT 2009 because of balance being so high____

_____ review in July will ____

_____ $391.57 was credited by ____

_____ "Sarah Tomlinson" Springfield Mo ____

FTC-GON-00002690

Name melissa
Date 4.13.11

Client Name  Mary I. Long                Password _____
Lender  Chase   Slate Visa               Acct # ████████████████
Contact  800-945-2000

PR 8.99 %   BAL 16,502.04  NEG RATE 8.99   MIN PMT  289
     Promo_____  End_____   LOL  New Rate_____
CA ____%    BAL_____  NEG RATE_____   MIN PMT_____
     Promo_____  End_____   LOL  New Rate_____
BT ____%    BAL_____  NEG RATE_____   MIN PMT_____
     Promo_____  End_____   LOL  New Rate_____
BT ____%    BAL_____  NEG RATE_____   MIN PMT_____
     Promo_____  End_____   LOL  New Rate_____
BT ____%    BAL_____  NEG RATE_____   MIN PMT_____
     Promo_____  End_____   LOL  New Rate_____

Total Balance 16,502.04  Min Pmt %_____   Total Min Payment 289 estimate
Last Two Payments 500  Date 4-11-11  _____  Date_____
Total Credit Limit_____   Available Credit 4,397
Bal Trans Offers_____   Offer Expires_____  Fees_____

Reason if N/N _____  Best Available Rate _____
_____  • below for rate
_____  • no CR - competitive rate + account just
_____  received a series of adjustments to credit so
_____  Marcie CR interest $120.00

FTC-GON-00002691

Goldstein Attach. B
p. 7 of 14
FTC 45
p. 41 of 178

Name: m-lood
Date 4.11.11

Client Name  Mary I. Long          Password _____

Lender  BofA Visa                  Acct # ████████████

Contact  800-789-6701

PR 9.9 %   BAL 986.59   NEG RATE 9.9   MIN PMT $ ✗ 20-
  Promo_____   End_____   LOL  New Rate _____

CA ___ %   BAL_____   NEG RATE_____   MIN PMT_____
  Promo_____   End_____   LOL  New Rate _____

BT ___ %   BAL_____   NEG RATE_____   MIN PMT_____
  Promo_____   End_____   LOL  New Rate _____

BT ___ %   BAL_____   NEG RATE_____   MIN PMT_____
  Promo_____   End_____   LOL  New Rate _____

BT ___ %   BAL_____   NEG RATE_____   MIN PMT_____
  Promo_____   End_____   LOL  New Rate _____

Total Balance  986.59   Min Pmt %_____   Total Min Payment $ ✗ 20-  5-4-11

Last Two Payments  200   Date 3.22 11   _____   Date_____

Total Credit Limit _____   Available Credit  4,013.41

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N _____  Best Available Rate
          @ floor Rate client can call
          credit service dept + have credit
          check done for lower rate but rep
          states BofA does not normally offer rates
          lower than this

FTC-GON-00002692

Goldstein Attach. B
p. 8 of 14
FTC 45
p. 42 of 178

Re-Negos

Name _____
Date _____

Client Name  Fred W. Long          Password _____

Lender  Choice          Acct # ████████████

Contact  866-599-5050

PR 16.24   BAL  1024.16       NEG RATE 14.24   MIN PMT 15
     Promo _____ End _____ LOL   New Rate _____

CA _____ BAL _____          NEG RATE _____   MIN PMT _____
     Promo _____ End _____ LOL   New Rate _____

BT 16.24   BAL  2400          NEG RATE _____   MIN PMT 22
     Promo 0 End July 1 12   New Rate _____

BT _____ BAL _____          NEG RATE _____   MIN PMT _____
     Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____          NEG RATE _____   MIN PMT _____
     Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____          NEG RATE _____   MIN PMT _____
     Promo _____ End _____ LOL   New Rate _____

Total Balance  3624.16    Min Pmt % _____    Total Min Payment  37
Last 2 Pmts  200   Date Jan 6   _____  Date _____
Total Credit Limit _____   Available Credit  137384
Bal Trans Offers _____  Offer Expires _____  Fees _____
Reason if N/N _____  rate average lowered 16.24 to 14.24
                              Summer - TPMGPT

FTC-GON-00002679

Goldstein Attach. B
p. 9 of 14
FTC 45
p. 43 of 178

Name _____
Date _____

Client Name _____     Password _____

Lender _BofA Visa_     Acct # ████████████

Contact _____

PR _9.99_   BAL _4228.60_     NEG RATE _____   MIN PMT _77_

   Promo _____ End _____ LOL   New Rate _____

CA _____   BAL _____     NEG RATE _____   MIN PMT _____

   Promo _____ End _____ LOL   New Rate _____

BT _____   BAL _____     NEG RATE _____   MIN PMT _____

   Promo _____ End _____ LOL   New Rate _____

BT _____   BAL _____     NEG RATE _____   MIN PMT _____

   Promo _____ End _____ LOL   New Rate _____

BT _____   BAL _____     NEG RATE _____   MIN PMT _____

   Promo _____ End _____ LOL   New Rate _____

BT _____   BAL _____     NEG RATE _____   MIN PMT _____

   Promo _____ End _____ LOL   New Rate _____

Total Balance _4228.64_     Min Pmt % _____     Total Min Payment _77_

Last 2 Pmts _400_   Date _Jan 7_     Date _588.52_

Total Credit Limit _____     Available Credit _588.52_

Bal Trans Offers _____     Offer Expires _____   Fees _____

Reason if N/N _____     _floor rate_

_____

_____

FTC-GON-00002680

Goldstein Attach. B
p. 10 of 14
FTC 45
p. 44 of 178

Name _____
Date _____

Client Name  Fred Long          Password _____

Lender  U.S. Bank Visa         Acct # ████████████

Contact  800-285-8585

PR 13.99   BAL 1823.00     NEG RATE ____   MIN PMT 40

old PL
CA 7.24   BAL 7648.98     NEG RATE ____   MIN PMT 122

   Promo ___ End ___ LOL   New Rate ____

BT ___ BAL ___   NEG RATE ___ MIN PMT ___
   Promo ___ End ___ LOL   New Rate ___

BT ___ BAL ___   NEG RATE ___ MIN PMT ___
   Promo ___ End ___ LOL   New Rate ___

BT ___ BAL ___   NEG RATE ___ MIN PMT ___
   Promo ___ End ___ LOL   New Rate ___

BT ___ BAL ___   NEG RATE ___ MIN PMT ___
   Promo ___ End ___ LOL   New Rate ___

Total Balance 9471.98     Min Pmt % ____     Total Min Payment 162
Last 2 Pmts 500  Date Dec 27 _____  Date ____
Total Credit Limit 11,400    Available Credit 1480
Bal Trans Offers ____   Offer Expires ____   Fees ____
Reason if N/N ____    Change in terms feb 11
                      future tract out

FTC-GON-00002681

Goldstein Attach. B
p. 11 of 14
FTC 45
p. 45 of 178

Name _____
Date _____

Client Name _____   Password _____

Lender  Chase Nat'l Geo Anca ▮▮▮▮▮▮▮
                              mc
Contact  888-590-2583 _____

PR 14,24   BAL _____   NEG RATE ____   MIN PMT _____
           Promo _____ End _____ LOL  New Rate ____

CA ____   BAL _____   NEG RATE ____   MIN PMT _____
           Promo _____ End _____ LOL  New Rate ____

BT ____   BAL _____   __ ___   MIN PMT _____
           Promo _____ 3 _____

BT ____   BAL _____   __ ___   MIN PMT _____
           Promo _____ __ ___   _____

BT ____   SA__ _____   NEG RATE ____   MIN PMT _____
           Promo _____ __ ___   New Rate ____

BT ____   BA_ _____   NEG RATE ____   MIN PMT _____
           Promo _____ __ ___   New Rate ____

Total Balance  14,417 29   Min Pmt % _____   Total Min Payment  321
Last 2 Pmts  400   Date Jan 9 _____   Date _____
Total Credit Limit _____   Available Credit  3482
Bal Trans Offers _____   Offer Expires _____   Fees _____
Reason if N/N _____   Rate freeze
_____
_____

FTC-GON-00002682

Goldstein Attach. B
p. 12 of 14
FTC 45
p. 46 of 178

Name: Melissa
Date  1-12-13

Client Name  Mary                        Password
Lender  Chase Slate                      Acct #

PR 8.99  BAL 18,852.03      NEG RATE 8.99    MIN PMT 330

          Promo ____ End ____ LOL   New Rate ____

CA ____   BAL _____      NEG RATE ____    MIN PMT ____

          Promo ____ End ____ LOL   New Rate ____

BT ____   BAL _____      NEG RATE ____    MIN PMT ____

          Promo ____ End ____ LOL   New Rate ____

BT ____   BAL _____      NEG RATE ____    MIN PMT ____

          Promo ____ End ____ LOL   New Rate ____

BT ____   BAL _____      NEG RATE ____    MIN PMT ____

          Promo ____ End ____ LOL   New Rate ____

BT ____   BAL _____      NEG RATE ____    MIN PMT ____

          Promo ____ End ____ LOL   New Rate ____

Total Balance  18,852.03  Min Pmt % ____    Total Min Payment  330

Last 2 Pmts ____ Date ____                  ____ Date ____ (BT bal. 1,462.05)

Total Credit Limit  20,900                  Available Credit  2,039
                    Good Until
Bal Trans Offers  0%  Offer Expires  3-19-13   Fees  2
                  3.99                        2-19-13        0%
Reason if N/N

                    Best Available Rate
                    Below Floor Rate

FTC-GON-00002683

Goldstein Attach. B
p. 13 of 14
FTC 45
p. 47 of 178

Name _Amels000_
Date _1-13-12_

Client Name _Mary I. Long_    Password _____

Lender _BoFA_    Acct # ████████████████████

Contact _800 - 789 - 6701_

PR _9.9_    BAL _2,755.64_    NEG RATE _9.9_    MIN PMT _49_

    Promo _____ End _____ LOL    New Rate _____

CA _____    BAL _____    NEG RATE _____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT _____    BAL _____    NEG RATE _____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT _____    BAL _____    NEG RATE _____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT _____    BAL _____    NEG RATE _____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT _____    BAL _____    NEG RATE _____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

Total Balance _2,755.64_    Min Pmt % _____    Total Min Payment _49_ _2-4-12_

Last 2 Pmts _____ Date _____    _____ Date _____

Total Credit Limit _____    Available Credit _2,244.36_

Bal Trans Offers _____    Offer Expires _____    Fees _____

Reason if N/N _____ _Best Available Rate_

_Scheduled For a Review Feb 2,12_

FTC-GON-00002684

Goldstein Attach. B
p. 14 of 14
FTC 45
p. 48 of 178

Co-ed

## 1. Primary Account Holder

## 1. Co-Applicant

| Last Name | First Name | MI |
|-----------|-----------|-----|
| Vaszlavik | Janice | L. |

| Last Name | First Name | MI |
|-----------|-----------|-----|
| Vaszlavik | Bela | — |

**Date of Birth**     **Social Security Number**

**Date of Birth**     **Social Security Number**

☐ Male    ☒ Female

☒ Male    ☐ Female

Address

City

State

Home Phone (

Work Phone (_____)

Other Phone (_____)

Email Address

Occupation _Teacher_

If Self Employed, Name of Business

and Position Held

Gross Income: Monthly _____ or Ye

Name of Primary Bank

Mother's Maiden Name

Address

City

State _SAME_    Zip Code

Home Phone (_____)

Work Phone (_____)

Other Phone (_____)

Occupation _Fire Fighter_

If Self Employed, Name of Business

and Position Held

Name of Primary Bank

I / We expressly give My Success Track (MST), its agents and representatives permission to communicate with my/our creditors for the sole purpose of negotiating lower interest rates and that I / We remain primarily obligated to those creditors. Further, I / We understand that in certain circumstances, including, but not limited to, balances too close to credit limits, extensive cash advances or internal policies prohibiting rate reductions, may effect (MST) ability or success in reducing such rates. As such, I / We instruct and authorize (MST) to communicate and negotiate with banks, creditors, financial institutions, collection agencies, and all other related entities and individuals relating to my / our accounts to the extent that I/ We would be permitted to do so myself; obtain records, validations and any other supporting documentation related to my/ our accounts and to communicate and negotiate the interest rates on those accounts with my/ our permission. I / We authorize My Success Track (MST) to charge my/ our credit card a previously agreed upon one time fee. Your My Success Track (MST) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Savings Club, ID Theft Protection. My Success Track (MST) is authorized to use such information regarding my/ our financial status in communications and negotiations with third parties

Applicant Signature    Date 1/16/12

Co-Applicant Signature    Date 1/16/12

FTC-GON-00002703



# ACCOUNT INFORMATION FORM

*1 of 5*

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account in each account area. Thank you.

Please begin by imputting your creditors' information in the following order:
- 1. Mortgage
- 2. Installment Debts (Auto, PWVs, etc.)
- 3. Student Loans
- 4. Medical Bills
- 5. Credit Cards
- 6. Personal Loans
- 7. Business Loans
- 8. Other

**Primary Holder**   Name _Bela + Janice Vaszlavit_

1. Creditor _American Express_   Account Number ▮▮▮▮

Creditor Phone # _1-888-blue-741_

Balance $ _-O-_   Rate _14.24_ %   Minimum Monthly Payment ▮▮▮▮

Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Janice + Bela Vaszlavik_

2. Creditor _Sears Master Card Citi_   Account Number ▮▮▮▮

Creditor Phone # _800-669-8488_

Balance $ _-O-_   Rate _____ %   Minimum Monthly Payment ▮▮▮▮

Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Janice Vaszlavik + Bela_

3. Creditor _amazon.com Chase Visa_   Account Number ▮▮▮▮

Creditor Phone # _888-247-4080_

Balance $ _728-_   Rate _14.24_ %   Minimum Monthly Payment ▮▮▮▮

Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*Although it is not a requirement, you may send copies of your statements
in an effort to speed up the process and insure accuracy!*

FTC-GON-00002704

# ACCOUNT INFORMATION FORM
### Continued

*2 of 5*

**Primary Holder** Name Bela + Janice Vaszlavik
4. Creditor American Express        Account Number ▮▮▮▮▮▮▮▮
Creditor Phone # 888-246-1076
Balance $ 87884 Rate____% Minimum Monthly Payment____
Age of Account 2009 years   Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Bela + Janice Vaszlavik
5. Creditor VISA BJ's Wholesaler        Account Number ▮▮▮▮▮
Creditor Phone # 866-386-7833
Balance $ 198 — Rate____% Minimum Monthly Payment____
Age of Account____ years   Expiration Date ▮▮▮   
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Janie + Bela Vaszlavik
6. Creditor Chase VISA Disney Account Number ▮▮▮▮
Creditor Phone # 800-300-8575
Balance $ 100 — Rate____% Minimum Monthly Payment____
Age of Account____ years   Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Janice + Bela Vaszlavik
7. Creditor Bank America VISA 444 Account Number ▮▮▮▮
Creditor Phone # 800-807-3068
Balance $ —0— Rate____% Minimum Monthly Payment ▮▮▮
Age of Account____ years   Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Ø Bela + Janice Vaszlavik
8. Creditor PNC Mortgage        Account Number ▮▮▮▮
Creditor Phone #____
Balance $ 154,411.23 Rate 4.75 % Minimum Monthly Payment 1,244.54
Age of Account____ years   Expiration Date____   CVC 3 numbers on back of card ____
Account Type: ☒ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*If you cannot fill all of the Account information on this form, simply attach an additional page.*

FTC-GON-00002705

# ACCOUNT INFORMATION FORM

### Continued

3 of 5

**Primary Holder**   Name Chase Coldwater Creek   Bela + Janice Vaszlavik
9. Creditor _____   Account Number ▮▮▮▮
Creditor Phone # 800-231-2568
Balance $ -0-   Rate ____ %   ___um Monthly Payment ____
Age of Account 2008 years   Expiration Date ▮▮▮   CVC 3 numbers on back of card ____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business) ____

**Primary Holder**   Name Bela Vaszlavik + Janice
10. Creditor VISA Capital One _____   Account Number ▮▮▮▮
Creditor Phone # 1-800-955-7070
Balance $ 604.77 Rate 15.40 %   Monthly Payment ____
Age of Account ____ years   Expiration Date/ ▮▮   CVC 3 numbers on back of card ____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business) ____

**Primary Holder**   Name Bela + Janice Vaszlavik
11. Creditor VISA PNC Bank _____   Account Number ▮▮▮▮
Creditor Phone # 800-558-8472
Balance $ 2,990.86 Rate ▮▮ % 7.24   ___m Monthly Payment ____
Age of Account ____ years   Expiration Date ▮▮   CVC 3 numbers on back of card ____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business) ____

**Primary Holder**   Name Bela Vaszlavik + Janice
12. Creditor VISA DirecTV Rewards Account Number ▮▮▮▮
Creditor Phone # 800-261-4569
Balance $ -0-   Rate ____ %   ___um Monthly Payment ____
Age of Account ____ years   Expiration Date ▮▮   CVC 3 numbers on back of card ____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business) ____

**Primary Holder**   Name Bela + Janice Vaszlavik
13. Creditor Mastercard Bank of America _____   Account Number ▮▮▮▮
Creditor Phone # 800-250-6628
Balance $ -0-   Rate 9.9 %   Minimum Monthly Payment ____
Age of Account ____ years   Expiration Date ____   CVC 3 numbers on back of card ▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business) ____

*If you cannot fit all of the Account Information on this form, simply attach an additional page.*

FTC-GON-00002706

# ACCOUNT INFORMATION FORM
### Continued

4 of 5

**Primary Holder** Name Janice Vaszlavik
14. Creditor Old Navey _____ Account Number ▮▮▮▮
Creditor Phone # _____
Balance $ -0- Rate 21.90 % _____
Age of Account _____ years  Expiration Date _____ CVC 3 numbers on back of card 799
Minimum Monthly Payment _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Janice Vaszlavik
15. Creditor Kohl's _____ Account Number ▮▮▮▮
Creditor Phone # 1-80-564-5740
Balance $ 199 ⁴⁸ Rate _____ %   Minimum Monthly Payment _____
Age of Account 2007 years  Expiration Date _____ CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Bela Vaszlavik
16. Creditor 6th Ave. Electronics Account Number ▮▮▮▮
Creditor Phone # 866-396-8254
Balance $ -0- Rate _____ %   Minimum Monthly Payment _____
Age of Account _____ years  Expiration Date _____ CVC 3 numbers on back of card ▮▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

**Primary Holder** Name Janice Vaszlavik
17. Creditor JC Penny _____ Account Number ▮▮▮▮
Creditor Phone # _____
Balance $ _____ Rate _____ %   Minimum Monthly Payment _____
Age of Account _____ years  Expiration Date _____ CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name Janice Vaszlavik
18. Creditor G E Money _____ Account Number ▮▮▮▮
Creditor Phone # 866-396-8254
Balance $ 1086.20 Rate 0 % till march 10, 2013  Minimum Monthly Payment _____
Age of Account _____ years  Expiration Date _____ CVC 3 numbers on back of card ▮▮▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*If you cannot fit all of the Account information on this form, simply attach an additional page.*

FTC-GON-00002707

# ACCOUNT INFORMATION FORM

### Continued

*5of6*

**Primary Holder**   Name  Janice Vaszlavik

4. Creditor  Lord + Taylor _____  Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %        Minimum Monthly Payment _____

Age of Account  2008  years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

5. Creditor _____  Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %        Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

6. Creditor _____  Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %        Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

7. Creditor _____  Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %        Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

8. Creditor _____  Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %        Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*If you cannot fit all of the Account information on this form, simply attach an additional page.*

FTC-GON-00002708

Name _____
Date _____

Client Name Bela Vazlaui  Password _____
Lender Amex _____  Acct # [redacted]
Contact 888 - blue-241

PR ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____
CA ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____
BT ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____
BT ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____
BT ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____
BT ____ BAL _____ NEG RATE ____ MIN PMT ____
    Promo ____ End ____ LOL New Rate ____

Total Balance _____ Min Pmt % _____ Total Min Payment _____
Last 2 Pmts _____ Date _____ _____ Date _____
Total Credit Limit _____ Available Credit _____
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _____
_____
_____

FTC-GON-00002694

Goldstein Attach. C
p. 7 of 15
FTC 45
p. 55 of 178

Name _____
Date _____

Client Name _____    Password _____

Lender _Amex_____    Acct # ████████████████████

Contact _888·246·1076_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PR ____ | BAL _____ | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |
| CA ____ | BAL _____ | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |
| BT ____ | BAL _____ | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |
| BT ____ | BAL _____ | | NEG RATE ____ | MIN PMT ____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |
| BT ____ | BAL _____ | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |
| BT ____ | BAL _____ | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL | New Rate ____ |

Total Balance _____    Min Pmt % _____    Total Min Payment _____

Last 2 Pmts _____    Date _____    _____ Date _____

Total Credit Limit _____    Available Credit _____

Bal Trans Offers _____    Offer Expires _____    Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002695

Goldstein Attach. C
p. 8 of 15
FTC 45
p. 56 of 178

Name _____
Date _____

Client Name _____          Password _____

Lender _B.J.s Wholesale_ Acct # ████████████████

Contract 866 - 366 - 7633

PR _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____

CA _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____

BT _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____

BT _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____

BT _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____

BT _____     BAL _____     NEG RATE _____     MIN PMT _____
          Promo _____ End _____ LOL   New Rate _____


Total Balance _____     Min Pmt % _____     Total Min Payment _____

Last 2 Pmts _____   Date _____     _____ Date _____

Total Credit Limit _____     Available Credit _____

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002696

Name _____
Date _____

Client Name _____                              Password _____
Leader  Chase Coldwater Creadt#  ▉▉▉▉▉▉▉▉
Contact _____

PR ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

CA ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____
        Promo ____  End ____  LOL  New Rate ____

Total Balance _____      Min Pmt % _____      Total Min Payment _____
Last 2 Pmts _____    Date _____              _____  Date _____
Total Credit Limit _____              Available Credit _____
Bal Trans Offers _____        Offer Expires _____    Fees _____
Reason if N/N _____

_____
_____

FTC-GON-00002697

Name _____
Date _____

Client Name _____        Password _____

Lender Capital One                    Acct # ████████████

Contact _____

PR ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

CA ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____

BT ____    BAL _____        NEG RATE ____    MIN PMT _____

    Promo _____ End _____ LOL    New Rate _____


Total Balance _____    Min Pmt % _____    Total Min Payment _____

Last 2 Pmts _____    Date _____    _____ Date _____

Total Credit Limit _____    Available Credit _____

Bal Trans Offers _____    Offer Expires _____    Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002698

Name _____
Date _____

Client Name _____         Password _____

Lender  P.U.C.                    Acct # ▮▮▮▮▮▮▮▮▮▮▮

Contact  558-8472

PR _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____

CA _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____

BT _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____

BT _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____

BT _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____

BT _____  BAL _____     NEG RATE _____   MIN PMT _____

    Promo _____  End _____  LOL  New Rate _____


Total Balance _____   Min Pmt % _____   Total Min Payment _____

Last 2 Pmts _____   Date _____   _____ Date _____

Total Credit Limit _____   Available Credit _____

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002699

Name _____
Date _____

Client Name _____     Password _____

Lender Direct N. Rewards Acct # ████████████████

Contact 2101 · 45169 _____

PR _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

CA _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

BT _____ BAL _____     NEG RATE _____     MIN PMT _____

    Promo _____ End _____ LOL   New Rate _____

Total Balance _____     Min Pmt % _____     Total Min Payment _____

Last 2 Pmts _____ Date _____     _____ Date _____

Total Credit Limit _____     Available Credit _____

Bal Trans Offers _____   Offer Expires _____     Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002700

Name _____
Date _____

Client Name _____        Password _____
Lender _B. of A._              Acct # ███████████
Contact _____

PR _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____

CA _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____

BT _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____

BT _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____

BT _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____

BT _____  BAL _____      NEG RATE _____   MIN PMT _____
       Promo _____ End _____ LOL   New Rate _____


Total Balance _____     Min Pmt % _____   Total Min Payment _____

Last 2 Pmts _____ Date _____   _____ Date _____

Total Credit Limit _____        Available Credit _____

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N _____

_____
_____

FTC-GON-00002701

Name _____
Date _____

Client Name _____   Password _____

Lender  10th AVE. ELECTRONICS #_____

Contact  866-396-6254 _____

| PR ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
|---|---|---|---|---|---|
| | Promo ____ | End ____ | LOL. | New Rate ____ | |
| CA ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL. | New Rate ____ | |
| BT ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL. | New Rate ____ | |
| BT ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL. | New Rate ____ | |
| BT ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL. | New Rate ____ | |
| BT ____ | BAL _____ | | | NEG RATE ____ | MIN PMT _____ |
| | Promo ____ | End ____ | LOL. | New Rate ____ | |

Total Balance _____   Min Pmt % _____   Total Min Payment _____

Last 2 Pmts _____   Date _____   _____ Date _____

Total Credit Limit _____   Available Credit _____

Bal Trans Offers _____   Offer Expires _____   Fees _____

Reason if N/N _____

_____

_____

FTC-GON-00002702

Goldstein Attach. C
p. 15 of 15
FTC 45
p. 63 of 178

JUSTICE   TORRIES

| NAME OF CREDITOR | CONTACT INFO | ALTERNATE CONTACT INFO | NOTES |
|---|---|---|---|
| AAA  Arvest | (800) 807-3081  800-832-7759 | (800) 472-7708; (800) 472-7708; (800) 807-3068; RATE DEPT. 866-472-4129 | |
| AAA FINANCIAL | (800) 421-4200 | | FINANCIAL INSTITUTIONS DO NOT LOWER RATES |
| AARP AKA CHASE | (800) 283-1211 | | |
| ACTION CARD | (800) 839-6641 | (866) 285-1771 | |
| ACTION CARD/BANK FIRST | (866) 285-1771 | | |
| ADVANTA (Business Acct) | (800) 705-7255 | | THIS IS A BUSINESS ACCT THERE PURCH RATE IS ALWAYS A HIGH INTEREST RATE THEY ALSO HAVE GREAT B/T OFFERS |
| ALVERVILLE CREDIT UNION | (306) 929-4714 | | CREDIT UNION'S RARELY LOWER RATES |
| AMALGAMATED BANK | (800) 365-6464 | | |
| AMERICAN EAGLE OUTFITTERS | (800) 843-0875 | | |
| AMERICAN EXPRESS | (800) 528-4800 | | Usually need clt's mothers don to access acct. their b/t offers are usually for life of the loan |
| AMERICAN EXPRESS BLUE | (888) 258-3741 (automated) | (877) 621-2639 | Use the alt number if you wnt to apply for a ames blue. b/t is 4.99% life of the loan 3% fee will have 30 days of activation of card in order to |
| AMERICAN TRUST | (800) 321-1355 | | |
| AMERIQUEST | (800) 379-7999 | | |
| AMTRUST | (800) 223-7046 | | |
| ANNUAL CREDIT REPORT | (877) 322-8228 | | Give this number for client to call to receive a free credit report from each agency clients can do this once in a 12 month rolling cycle |
| AOL | (800) 789-6685 | | |
| APPLIED | (484) 840-2705 | | |
| APPLIED CARD | (800) 225-5030 (automated) | (800) 472-7708 or (484) 840-2705 | THIS IS A START UP CARD THEY DO NOT LOWER |

BOA - 1800 - 205 - 6247
visa signature

12/4/2008

FTC-GON-00003059

Goldstein Attach. D
p. 1 of 12
FTC 45
p. 64 of 178

| | | | |
|---|---|---|---|
| ASPIRE | (866) 705-3607 | | THIS IS A START UP CARD THEY DO NOT LOWER |
| ASSOCIATES | (800) 950-5114 | | |
| ASST. NAT'L BANK | (800) 553-5600 | | |
| AT&T | (800) 423-4343 | | |
| BANANA REPUBLIC | (800) 234-7455 | | STORE CARD THEY DO NOT LOWER |
| BANK CORP | (800) 844-2723 | | |
| BANK OF AMERICA  Retention Dept.  1-800-911-4517  8 Am-12 nm + | (800) 789-6685  Credit Analyst Dept.  8o-310-6315 | (888) 346-5425; RATE DEPT 877-208-3078; 800-718-5391 | If creditor begins to ask for personal info ie. household income & clt's falls under the scope of debt to income ratio do not neg. this creditor could reduce clt's credit limits on all existing accts and/or close the acct do in they are pulling up a credit report on clt |
| BANK OF AMERICA (BUSINESS) | (888) 449-2273 | | |
| BANK OF AMERICA GOLD OPTION | (800) 892-8349 | | If creditor begins to ask for personal info ie: household income & clt's falls under the scope of debt to income ratio do not neg. this creditor could reduce clt's credit limits on all existing accts and/or close the acct do to they are pulling up a credit report on clt |
| BANK ONE | (800) 955-9900 | (866) 789-6685 | |
| BARCLAY BANK | (888) 232-0780 | | |
| BB&T | (800) 476-4228 | | |
| BC MOORES | (704) 694-2171 | | |
| BEALLS | (800) 324-0324 | | THIS IS A STORE CARD THEY DO NOT LWR |
| BELKS | (800) 324-0324 | 800-668A-6550 | THIS IS A STORE CARD THEY DO NOT LWR |
| BENEFICIAL HSBC | (800) 374-0440 | | |
| BEST BUY | (800) 365-0292 | | THIS IS A STORE CARD THEY DO NOT LWR |
| BILL ME LATER | (866) 528-3733 | | |
| BLAIR | (866) 422-4471 | | |
| BLOOMING DALES | (800) 950-0047 | | STORE CARD THEY DO NOT LOWER |



FTC-GON-00003060

Goldstein Attach. D
p. 2 of 12

DOSCOVS (HSBC) 1-800-755-7872

| | | | |
|---|---|---|---|
| BOA GOLD OPTION | (800) 892-8349 | | |
| BON TON | (800) 942-0739 | | |
| BP | (800) 850-6266 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| BRYLANE HOMES | (888) 621-3809 | | Gas cards are not lowering right now |
| CABELA'S | (800) 850-8402 | Visa 2 1-888-460-7630 | ~~THIS IS A STORE CARD THEY DO NOT LOWER~~ |
| CALIFORNIA FEDERAL | (201) 263-3011 | | |
| CAPITAL ONE | (800) 955-7070 | (800) 707-0489 RATE DEPT- (800) 800-889-9939 or (877) 513-9959 | They will lower if clt has been late; however if more then 2 late pmts w/in a 12 mnth calender period they will not lower, they would need 6 on time pmts before they are willing to neg; most b/t offers are for life of the loan |
| CAPITAL ONE (RETENTION) | (866) 829-7369 | | |
| CARE CREDIT | (866) 893-7864 | | THEY DO NOT LWR THIS IS AN ACCT FOR MEDICAL USAGE ONLY |
| CARSON EIRIE SCOTT | (800) 535-2460 | | |
| CATHERINES | (800) 995-9450 | | THIS IS A STORE CARD THEY DO NOT LOWER |
| CATO | (704) 556-7018 | | THIS IS A STORE CARD THEY DO NOT LOWER |
| CENTRAL VALLEY CU | (209) 572-3600 | | CREDIT UNION BANKS DO NOT LOWER |
| CHASE | (800) 945-2000 | (888) 298-5623 COLLECTIONS 888-729-1403 OR (888) 871-4715 | 1 late pmt they will not lower; will need 6 on time pmts before they neg;most b/t offers are for lol; ask for a product change to see if one is avail at a lwr rate |
| CHASE BUSINESS | (800) 346-3558 | | YOU MUST KNOW THE NAME OF BUSINESS |
| CHASE BUSINESS FAX | (888) 643-9628 | | |
| CHEVRON | (800) 243-8766 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| CHILDRENS PLACE | (800) 810-3202 | | |
| CHOICE | (800) 934-2788 | | |
| CIRCUIT CITY | (866) 522-7587 | | THIS IS A STORE CARD THEY DO NOT LOWER |
| CIRRUS | (800) 703-0918 | | |

Citadel E.C.U. 610-380-6000

12/02008 12:52 PM

FTC-GON-00003061

Goldstein Attach. D
p. 3 of 12

file:///C:/Documents%20and%20Settings/admin/Desktop/Credit%20C...

| | | | |
|---|---|---|---|
| CITGO | (800) 756-2484 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| CITI FINANCIAL | (800) 922-6235 | (800) 486-1750 | FINANCIAL INSTITUTIONS DO NOT LOWER RATES |
| Citi Master/Gateway | (866) 510-2761 | | |
| CITI/AMEX | (866) 459-2484 | | These are 15 digit accts |
| CITIBANKS/CITI CARDS | (800) 950-5114 | | |
| CITIFLEX | (800) 720-2495 | | |
| CITIZENS BANK | (800) 423-7503 (Visa's) | (800) 223-7046 RATE DEPT 866-293-2805 | 800-684-2222 |
| COMMERCE BANK | (800) 645-2103 | | NEED ACCESS NUMBER TO ACCESS ANY ACCTS |
| COMPASS BANK | (800) 239-5175 | | |
| CONOCO/PHILLIPS66 | (800) 722-2617 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| COUNTRY DOOR | (608)324-6140 | | |
| COUNTRYWIDE | (866) 200-6071 | | |
| CREDIT CARD DEPT | (336) 727-2663 | | |
| CREDIT ONE | (877) 825-3242 | | THEY DO NOT LWR THIS IS AN ACCT FOR MEDICAL USAGE ONLY |
| CRESTAR | (800) 368-7700 | | |
| CROSS COUNTRY | (866) 863-0861 | | |
| DAVID'S BRIDAL | (800) 365-8394 | | STORE CARD THEY DO NOT LOWER |
| DELL | (877) 577-3355 | (877) 319-5272 OR (800) 283-2210 CC# | Store card that will lower |
| DELL BUSINESS | (877) 663-3355 | | |
| DILLARDS | (800) 643-8278 | | STORE CARD THEY DO NOT LOWER |
| DIRECT MERCHANTS | (800) 379-7999 | | They lower c/a rates. Their b/t offers have an end date |
| DISCOVER | (800) 347-2683 | (866) 219-0214 RATE DEPT (800) 347-2911 | If creditor does not have an offer for a lwr rate while you are on the phne w/them they will mail out to clt a rate application for a req to lwr interest rate, clt would have to fill out then mail bck to creditor |
| DRESS BARN | (888) 427-7790 | | |
| E TRADE | (800) 427-7790 | | |
| ELAN | (800) 558-3424 | | |

Citi (800) 633-7300



12/4/2008 12:41 PM

FTC-GON-00003062

Goldstein Attach. D
p. 4 of 12

file:///C:/Documents%20and%20Settings/admin/Desktop/Credit%20C

| ELDER BEARMAN | (800) 811-7268 | | ʺ |
|---|---|---|---|
| ELITE | (800) 282-7541 | | |
| EMERGE | (866) 705-3603 | | |
| EQUIFAX | (800) 685-1111 | | |
| EXPERIAN | (888) 397-3742 | | |
| EXPRESS | (800) 695-8202 | | |
| EXXON | (800) 344-4355 | % 24.99 Standard | Gas cards are not lowering right now |
| FARM BEREAU | (888) 817-9996 | | |
| FARM PLAN | (800) 356-9033 | | |
| FARMERS & MERCHANTS | (800) 221-5920 | | |
| FASHION BUG | (800) 767-1309 | | STORE CARD THEY DO NOT LOWER |
| FECCA | (800) 808-7230 | | |
| FIA CARD SERVICES aka BOA | (800) 223-7046 | | CREDITOR WILL PULL CREDIT REPORT IF THEY START ASKING INCOME Q'S THEN DO NOT NEG |
| FIFTH THIRD BANK | (800) 972-3030 | | THEY DO NOT LOWER BY CUST REQ; THEY ONLY WILL ONLY DO A ONE TIME B/T OFFER AND THAT IS WHEN ACCT IS FIRST OPENED |
| FINGER HUT | (800) 325-6168 | (800) 208-2500 | |
| FIRE STONE | (800) 762-9000 | | STORE CARD THEY DO NOT LOWER |
| FIRST AMERICAN BANK | (404) 841-7614 | | |
| FIRST BANK/FIRST CARD | (800) 444-9375 | | |
| FIRST CITIZENS | (800) 405-5433 | | |
| FIRST HORIZONS | (800) 239-2890 | | |
| FIRST INTERNATIONAL BANK | (888) 848-3428 | | |
| FIRST INTERSTATE | (800) 955-5050 | | |
| FIRST NATIONAL BANK | (800) 477-6761 | | |
| FIRST NATIONAL BANK OF OMAHA | (866) 530-3626 | | |
| FIRST PREMIERE aka WAMU | (800) 987-5521 | | |

12/4/2008 12:43 PM

FTC-GON-00003063

Goldstein Attach. D
p. 5 of 12

| | | | |
|---|---|---|---|
| FIRST UNION aka WACHOVIA | (800) 359-3862 | | |
| FIRST USA | (800) 456-2585 | | |
| FLEET | (800) 456-2585 | | |
| FOLEYS | (713) 776-7300 | | STORE CARD THEY DO NOT LOWER |
| GAP | (800) 877-1198 | | STORE CARD THEY DO NOT LOWER |
| GATEWAY | (866) 510-2761 | (800) 676-6100 | |
| GE MONEY | (800) 679-6300 | (866) 396-8254 OR (866)893-7864 | STORE CARD THEY DO NOT LOWER |
| GE MONEY RATE SPECIALIST | (800) 759-3298 | | |
| GECU CREDIT UNION | (800) 442-4757 | | Credit Unions usually do not lower |
| GINNY'S | (800) 544-1590 | | |
| GM CARD | (800) 947-2000 | (800) 947-1000 ➡ | GM Platinum M/C (HSBC) |
| GMAC | (800) 441-9977 | | |
| GOOD YEAR | (800) 767-0291 | | STORE CARD THEY DO NOT LOWER |
| GOODY'S | (800) 224-3114 | — | STORE CARD THEY DO NOT LOWER |
| GORDMANS | (866) 322-1316 | | |
| GOTTSCHALKS | (800) 457-5779 | (866) 457-5779 | STORE CARD THEY DO NOT LOWER |
| HARLEY DAVIDSON | (800) 699-2281 | | STORE CARD THEY DO NOT LOWER |
| HERBERGER'S | (800) 398-7896 | | STORE CARD THEY DO NOT LOWER |
| HOME DEPOT | (800)677-0252 | | STORE CARD THEY DO NOT LOWER |
| HOME SHOPPING | (800) 234-3476 | | |
| HOUSEHOLD | (800)477-6000 | (503) 245-9280 | |
| HOUSEHOLD FINANCE | (877) 812-6523 | | FINANCIAL INSTITUTIONS DO NOT LOWER RATES |
| HSBC | (888) 385-8916 | | |
| HSBC BUSINESS | (800) 544-4882 | | YOU MUST KNOW THE NAME OF BUSINESS |
| HSBC DISCOVER | (888) 333-2201 | | |
| HUNTINGTON CREDIT LINE | (800) 922-2053 | | |

 GM Platinum M/C (HSBC) 1-800-947-1000

12/4/2008 12:45 PM

FTC-GON-00003064

Goldstein Attach. D
p. 6 of 12

| | | | |
|---|---|---|---|
| HUNTINGTON NAT'L BANK | (800)362-6299 | | |
| JACK AND JILL | (800) 329-9717 | | STORE CARD THEY DO NOT LOWER |
| JC PENNY | (800)527-0881 | | STORE CARD THEY DO NOT LOWER |
| JC PENNY MASTERCARD | (866) 227-5213 | | |
| JUNIPER | (888) 232-0780 | 877 526 0478 | |
| KATHERINES | (866) 288-9023 | | STORE CARD THEY DO NOT LOWER |
| KEY BANK | ((800) 539-2968 | (800) 444-4539 | |
| KIRKLANDS | (866) 230-0175 | | |
| KMART | (800) 830-7524 | | STORE CARD THEY DO NOT LOWER |
| KOHL'S | (800) 564-5740 | | STORE CARD THEY DO NOT LOWER |
| KROGER FINANCIAL | (888) 257-6437 | | NEED CVC TO ACCESS ACCT |
| LANE BRYANT | (800) 888-9237 | (888) 320-3788 | STORE CARD THEY DO NOT LOWER |
| LEDGE LIGHT | (800) 388-1806 | | |
| LINENS-THINGS | (866) 568-4464 | | STORE CARD THEY DO NOT LOWER |
| LL BEAN | (800) 297-2326 | | |
| LORD & TAYLOR | (800) 223-7440 | | STORE CARD THEY DO NOT LOWER |
| LOWE'S | (800) 444-1408 | | STORE CARD THEY DO NOT LOWER |
| MACY'S | (866)-282-8697 | (800) 654-2813 OR (866) 593-7543 | STORE CARD THEY DO NOT LOWER |
| MAJESTIC | (800) 348-8743 | | |
| MASTERCARD UNIVERSAL | (800) 622-7747 | | Use this number if clt does not provide a phne number on their profile |
| MAURICES | (866) 880-4385 | | |
| MBNA | (800) 336-2974 | | BOA AND AMEX TOOK OVER THIS LENDER |
| MECHANICHS BANK | (501) 741-7500 | | |
| MEIJER | (866) 789-6041 | | |
| MENARDS | (800) 871-2800 | | |
| MENS WAREHOUSE | (800) 400-3761 | | |



FTC-GON-00003065

Goldstein Attach. D
p. 7 of 12

| | | | |
|---|---|---|---|
| MERCHANTILE | (800) 775-4070 | | · |
| MERRICK BANK | ((515) 576-8797 | (800) 253-2322 | |
| MERRIL LYNCH | (404) 231-2400 | | |
| MERVYN'S | (800) 480-5014 | | |
| MILEAGE PLUS | (888) 287-9219 | | |
| NANA | (800) 626-2558 | | |
| NATIONAL BANK | (800) 759-6262 | RATE DEPT: (866) 856-4091 | |
| NATIONAL CITY | (800) 282-7541 | | |
| NAVY FEDERAL CREDIT UNION | (800) 424-9990 | | THESE ACCTS ARE MILITARY YOU MUST OBTAIN RANK, WHERE CLT IS STATIONED AND AND HOW LONG THEY HAVE BEEN IN THE SERVICE, AND HOW ARE PMTS MADE |
| NORSTROM BANK | (888) 242-1008 | | |
| NORTHWAY BANK | (888) 295-5540 | | |
| NORWEST | (800) 542-3847 | | |
| NY & CO. | (877) 795-6399 | | STORE CARD THEY DO NOT LOWER |
| OFFICE MAX | (877) 633-4236 | | STORE CARD THEY DO NOT LOWER |
| ⚡ OLD NAVY. | ~~(877) 222-8668~~ 866-450-5294 | | STORE CARD THEY DO NOT LOWER |
| OLD PUEBLO TRADERS | (800) 362-8430 | | |
| ORCHARD BANK | (503) 245-9280 | (800) 462-2016, (800) 724-4964, (503) 293-4037 | THIS LENDER IS ALSO HSBC, THEIR B/T OFFERS HAVE AN END DATE |
| PARISIAN | (866) 817-1999 | | |
| PAY PAL 888-221-1161 | (866) 817-1999 Belks) | | THIS IS A ON LINE ACCT THEY DO NOT LOWER |
| PEEBLES | (800) 723-4548 | | STORE CARD THEY DO NOT LOWER |
| PENTAGON FCU | (800) 247-5626 | | THESE ACCTS ARE MILITARY YOU MUST OBTAIN RANK, WHERE CLT IS STATIONED AND AND HOW LONG THEY HAVE BEEN IN THE SERVICE. |
| PEOPLE BANK | (800) 426-1114 | | |
| PHILLIPS 66 | (877) 645-1898 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| PNC BANK | (800) 441-9977 | 888-762-2265 | |

800-282-7541   BOA ↑

8 of 11   Retention # on last page →

FTC-GON-00003066

Goldstein Attach. D
p. 8 of 12

| PROVIDIAN AKA WAMU | (800) 356-0011 | (800) 215-7318 | * |
|---|---|---|---|
| PRUDENTIAL | (800) 322-2369 | | |
| QCARD | (800) 367-9444 | | NEED MEMBER # & 4 DIGIT CODE TO ACCESS ACCT, THIS IS A STORE CARD THEY DO NOT LWR |
| QVC | (800) 367-9444 | | NEED MEMBER # & 4 DIGIT CODE TO ACCESS ACCT, THIS IS A STORE CARD THEY DO NOT LWR |
| RADIO SHACK | (800)767-4556 | | STORE CARD THEY DO NOT LOWER |
| RBS | (800) 426-1114 | | NEED CVC TO ACCESS ACCT |
| REGIONS BANK | (800) 441-9977 | | |
| RETAIL SERVICES | (877) 441-2813 | | |
| ROMANS | (800) 695-1088 | | |
| ROYAL BANK | (800) 769-2512 | | |
| SALUT | (877) 821-0024 | | |
| SAM'S CLUB | (800) 964-1917 | | STORE CARD THEY DO NOT LOWER |
| SAMS CLUB BUSINESS | (800) 746-7726 | | |
| SAMS CLUB/DISCOVER | ((866) 220-0254 | | STORE CARD THEY DO NOT LOWER |
| SAMS DISCOVER BUSINESS | (866) 220-2760 | | |
| SEAR'S | (800) 669-8488 | (866) 705-2030 | If there is a lwr rate avail on the acct, lender will not lower unless you threaten to cancel |
| SEAR'S RETENTION | (888) 788-0217 | | |
| SECURITY BANK | (800)-356-8085 | | |
| SERVICE MERCHANDISE | (800) 695-6950 | | |
| SEVENTH AVE | (608) 324-7077 | | STORE CARD THEY DO NOT LOWER |
| SHELL | (800) 490-9119 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| SONOCO | (800) 278-6626 | | THIS IS A GAS CARD THEY DO NOT LOWER |
| SOUTHTRUST | (866) 357-0736 | | |
| SPIEGEL | (516) 576-8706 | (866) 507-6738 | STORE CARD THEY DO NOT LOWER |

12/4/2008 12:45 PM

FTC-GON-00003067

Goldstein Attach. D
p. 9 of 12

| | | | |
|---|---|---|---|
| SPOKANE TEACHERS C/U | (800) 858-3750 | | |
| SST CARD SERVICES | (800) 388-1806 | | THE ONLY WAY CREDITOR WILL LWR IF CLT CLOSES THE ACCT |
| STAPLES | (800) 733-2713 | | STORE CARD THEY DO NOT LOWER |
| STATE FARM BANK | 1-877-734-8472 | | STORE CARD THEY DO NOT LOWER |
| STEINMART | (866) 864-2149 | | STORE CARD THEY DO NOT LOWER |
| SUNOCO | (800) 278-6626 | | Gas cards are not lowering right now |
| SUNTRUST | (800) 223-7046 | | |
| TALBOT'S | 800 225 8204 | | STORE CARD THEY DO NOT LOWER |
| TARGET | 668 755 5856 | | They have lowered if acct is a visa/mastercard |
| TD BANK | 800462366666 | | |
| THE HELP CARD | 8007506795 | | |
| THE SWISS COLONY | 800 844 1456 | | STORE CARD THEY DO NOT LOWER |
| THRIVENT FIN Bank | 800 2237046 | | |
| TRACTOR SUPPLY CO. | 800 268 0691 | | |
| TRANS UNION | 600 888 4213 | | |
| TRIBUTE | 1-877-888-0664 | | THIS IS A START UP CARD THEY DO NOT LOWER |
| UNION PLUS | 800 622 2580 | | |
| US BANK | (888) 852-5786 | (800) 285-8585 | Will lower rate for a year on exisiting balance and new purch's |
| US BANK BUSINESS ACCT | (877) 524-3697 | | NEED THE NAME OF BUSINESS |
| USAA | (800) 922-9092 | | THESE ACCTS ARE MILITARY YOU MUST OBTAIN RANK. WHERE CLT IS STATIONED AND AND HOW LONG THEY HAVE BEEN IN THE SERVICE. |
| VALERO | (800) 333-3560 | | Gas cards are not lowering right now |
| VERIZON | (800) 533-5600 | | |

Toys R US - 888-868-8618

12/4/2008 11:43 PJ

FTC-GON-00003068

Goldstein Attach. D
p. 10 of 12

| | | | |
|---|---|---|---|
| VICTORIA SECRET | (800) 695-1526 | | STORE CARD THAT WILL LOWER |
| VISA UNIVERSAL | (800) 847-2911 | BUSINESS- (800) 673-1044 | Use this number if clt does not provide a phne number on their profile |
| WACHOVIA | (800) 477-9131 | | |
| WAL-MART | (877) 294-7880 | | STORE CARD THEY DO NOT LOWER |
| WALMART/DISCOVER | (866) 611-1148 | | STORE CARD THEY WILL PUT IN A REQ FOR LWR RATE, THE CLT WILL KNW W/IN 1-2 BILLING CYCLES ON THEIR STMT IF RATE WAS LWRD |
| WASHINGTON MUTUAL | ( 800) 356-0011 | (925) 738-5472; (866) 892-9268 | There b/t offers have an end date and once up it does not go to the purch rate, usually the go to rate is higher then the purch rate |
| WASHINGTON MUTUAL RATE SPECIALIST | (800) 215-7318 | RETENTION DEPT. (800) 280-0561 | |
| WELLS FARGO BANK | (800) 642-4720 | | |
| WELLS FARGO BUSINESS | (800) 225-5935 | | NEED THE NAME OF BUSINESS |
| WELLS FARGO FINANCIAL BANK | (800) 247-9215 | | FINANCIAL INSTITUTIONS DO NOT LOWER RATES |
| WFCB | (888) 304-3974 | | |
| WINSTON SALEM | (608) 836-2362 | | |
| WOMAN WITHIN | (888) 520-5340 | | STORE CARD THEY DO NOT LOWER |
| ZALES | (800) 225-5935 | (888) 438-6255 | STORE CARD THEY DO NOT LOWER |
| ZIONS | (888) 758-5349 | | STORE CARD THEY DO NOT LOWER |

Tires Plus: 1-800-440-4167 local #
Tires Plus credit card #: 1-800-321-395

FTC-GON-00003069

Goldstein Attach. D
p. 11 of 12

Merrimac Vally FCU = 800-558-3424

Saks 5th Ave - 877-551-7257

Neiman Marcus - 888-888-4757

Avenue - 800-967-1398

NY & CO - 800-889-0494

Menards - 1-800-871-2800

Woman within - 800-228-3120

younkers - 800-345-9211

AAFES - 800-527-2345

Boscovs' - 1-800-755-7822

JTV  Perfered Visa accounts
Starts w/ #6.
800-550-8393

T.J. Maxx  1-800 926 6299
shopnBC - 1-800-6710-5023
the Limited - 1-877-583-1963
Costco  1-800-774-2618
won.

*Security Bank card*
800-356-8085 *

* Manddee
877-756-1958

GM Plat M/C (HSBC)
1-800-947-1000

PNC = 866-856-4091 Retention Dept.
GE. Cap.  866-396-8254  WFHB: 888-575-2480

FTC-GON-00003070

Goldstein Attach. D
p. 12 of 12

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,                    Case: 8:09-cv-352-T-26-MAP

Plaintiff,

v.

GROUP ONE NETWORKS, INC., et al.,

Defendants.

## STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AS TO DEFENDANT BRETT FISHER

On February 25, 2009, Plaintiff, the Federal Trade Commission ("FTC" or

"Commission"), filed its Complaint for permanent injunction and other relief pursuant to

Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b)

and 57b, and the Telemarketing and Consumer Fraud and Abuse Prevention Act

("Telemarketing Act"), 15 U.S.C. §§ 6101 *et seq.*, charging Defendants James Nicholson, Brett

Fisher, Group One Networks, Inc., US Gold Line, LLC, and My Online Credit Store, LLC with

violating Section 5 of the FTC Act, 15 U.S.C. § 45, and the FTC's Telemarketing Sales Rule

("TSR"), 16 C.F.R. Part 310. Thereafter, on April 14, 2009, the FTC filed its Amended

Complaint, naming Credit First Financial Solution, LLC, Group One Administrative, Inc., Tall

Pines Administrative Services, LLC, and Suncoast Data Services, LLC as defendants; and

alleging several additional violations of Section 5 of the FTC Act and the TSR.

Plaintiff FTC and Defendant Brett Fisher have agreed to the entry of this Stipulated Final

Judgment and Order for Permanent Injunction ("Order") by this Court to resolve all matters of

dispute between them in this action.

FTC-GON-00002172

Goldstein Attach. E
p. 1 of 27



NOW, **THEREFORE**, Plaintiff Federal Trade Commission and Defendant Brett Fisher having requested the Court to enter this Order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

### FINDINGS

1.      This Court has jurisdiction over the subject matter and the parties.

2.      Venue is proper in the Middle District of Florida.

3.      The activities of Defendant Fisher while an officer or director of Group One Networks, Inc., Group One Administrative, Inc., US Gold Line, LLC, My Online Credit Store, LLC, Credit First Financial Solution, LLC, and Suncoast Data Services, LLC are or were in or affecting commerce, as defined in the FTC Act, 15 U.S.C. § 44.

4.      Defendant Fisher is an officer or director of Group One Networks, Inc., Group One Administrative, Inc., US Gold Line, LLC, My Online Credit Store, LLC, Credit First Financial Solution, LLC, and Suncoast Data Services, LLC, and a telemarketer or seller for the purposes of the TSR.

5.      The Amended Complaint states a claim upon which relief may be granted against Defendant Fisher under Sections 5(a)(1), 13(b), and 19 of the FTC Act, 15 U.S.C. §§ 45(a)(1), 53(b), and 57b; and under the TSR, 16 C.F.R. Part 310, for purposes of Rule 12 of the Federal Rules of Civil Procedure.

6.      Defendant Fisher has waived any and all rights that may arise under the Equal Access to Justice Act, 28 U.S.C. § 2412, *amended by* Pub. L. 104-121, 110 Stat. 847, 863-64 (1996), pertaining to any claim by the FTC arising out of this case.

7.      This Order is in addition to, and not in lieu of, any other civil or criminal remedies that may be provided by law.

Page 2 of 25



FTC-GON-00002173

**Goldstein Attach. E
p. 2 of 27**

8.      Plaintiff and Defendant Fisher waive all rights to seek appellate review or otherwise challenge or contest the validity of this Order. Defendant Fisher further waives and releases any claim he may have against the Commission, its employees, agents, and representatives arising out of this action and under the terms of this Order.

9.      Defendant Fisher waives his share of any and all claims to the assets of Group One Networks, Inc., US Gold Line, LLC, My Online Credit Store, LLC, Credit First Financial Solution, LLC, Group One Administrative, Inc., Tall Pines Administrative Services, LLC, and Suncoast Data Services, LLC, including any assets currently in possession of the Receiver appointed by the Court in this matter, Mark Bernet, Esq., and further stipulates that his share of any of these assets are to be transferred to the FTC to be used for equitable relief as described in Section IV.

10.     Entry of this Order is in the public interest.

11.     This Order is for settlement purposes only, and does not constitute and shall not be interpreted to constitute an admission by Defendant Fisher or a finding that the law has been violated as alleged in the Amended Complaint, or that the facts alleged in the Amended Complaint, other than jurisdictional facts, are true. Defendant Fisher specifically denies the allegations in the Amended Complaint.

12.     Nothing in this Order shall be construed to limit Defendant Fisher's rights under the Fifth Amendment of the United States Constitution or under the Florida Constitution.

## ORDER

## DEFINITIONS

1.      "**Assets**" means any legal or equitable interest in, right to, or claim to, any real and personal property, including, but not limited to, chattel, goods, instruments, equipment,

Page 3 of 25



Goldstein Attach. E
p. 3 of 27

fixtures, general intangibles, inventory, checks, notes, leaseholds, effects, contracts, mail or other deliveries, shares of stock, lists of consumer names, accounts, credits, premises, receivables, funds, and cash, wherever located, whether in the United States or abroad.

2. **"Assisting others"** includes, but is not limited to: (1) performing customer service functions, including, but not limited to, receiving or responding to consumer complaints; (2) developing or providing or arranging for the development or provision of sales scripts and other marketing materials; (3) providing names of, or arranging for the provision of, names of potential customers; or (4) performing marketing services of any kind.

3. **"Clear and Conspicuous" or "Clearly and Conspicuously"** means:

    a. in print communications, the message shall be in a type size and location sufficiently noticeable for an ordinary consumer to read and comprehend it, in print that contrasts with the background against which it appears;

    b. in communications disseminated orally, the message shall be delivered in a cadence sufficient for an ordinary consumer to hear and comprehend it;

    c. in communications made through an electronic medium (such as television, video, radio, and interactive media such as the Internet, online services and software), the message shall be presented simultaneously in both the audio and visual portions of the communication. In any communication presented solely through visual or audio means, the message may be made through the same means in which the communication is presented. In any communication disseminated by means of an interactive electronic medium such as software, Internet, or online services, a disclosure must be unavoidable and presented prior to

Page 4 of 25



FTC-GON-00002175

Goldstein Attach. E
p. 4 of 27

the consumer incurring any financial obligation. Any audio message shall

be delivered in a volume and cadence sufficient for any ordinary

consumer to hear and comprehend it. Any visual message shall be of a

size and shade, with a degree of contrast to the background against which

it appears and shall appear on the screen for a duration and in a location

sufficiently noticeable for an ordinary consumer to read and comprehend

it; and

d.      regardless of the medium used to disseminate it, the message shall be in

understandable language and syntax. Nothing contrary to, inconsistent

with, or in mitigation of the message shall be used in any communication.

4.      **"Corporate Defendants"** means Group One Networks, Inc., also d/b/a Credit Line Gold

Card, The USA Workers, TheUSAWork.com, and TheUSAWorkers.com; US Gold Line, LLC,

also d/b/a USGoldLine.com, Gainesway Credit, and GaineswayCredit.com; My Online Credit

Store, LLC, also d/b/a MyOnlineCreditStore.com, MYOnlinecr.com, Diamond Executive,

NewECredit, and NewECredit.com; Credit First Financial Solution, LLC, also d/b/a Credit First

Financial Solutions, LowerMyInterestToday.com; Group One Administrative, Inc.; Tall Pines

Administrative Services, LLC; and Suncoast Data Services, LLC; and their successors and

assigns.

5.      **"Credit-Related Goods or Services"** means any good or service that is

marketed, advertised, offered for sale, or sold to consumers as a method by which consumers

may directly or indirectly, establish or obtain any extension of credit or credit device, including,

but not limited to, credit cards, merchandise buying club membership cards that offer an

extension of credit, loans, or refinancing; or as a method to restore, repair, or improve derogatory

Page 5 of 25



FTC-GON-00002176

**Goldstein Attach. E
p. 5 of 27**

information contained in consumers' credit reporting files; or as a method to consolidate or liquidate debts. Furthermore, for the purposes of this Order, "credit-related goods and services" shall include: interest rate reduction, credit counseling, and debt negotiation.

6.   **"Defendant"** means Individual Defendant Brett Fisher.

7.   **"Defendants"** means James Nicholson, Brett Fisher, and the Corporate Defendants, individually, collectively, or in any combination.

8.   **"Document" or "Documents"** is synonymous in meaning and equal in scope to the usage of the term in Federal Rule of Civil Procedure 34(a), and encompasses both paper documents and electronically stored information, including writings, drawings, graphs, charts, photographs, audio and video recordings, images, and other data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation by Defendant into a reasonably usable form. A draft or nonidentical copy is a separate document within the meaning of the term.

9.   **"Material"** means likely to affect a person's choice of, or conduct regarding, goods or services.

10.  **"Person"** means a natural person, an organization or other legal entity, including a corporation, partnership, sole proprietorship, limited liability company, association, cooperative, or any other group or combination acting as an entity.

11.  **"Receiver"** means Mark J. Bernet, Esq., the Receiver appointed by the Court in this matter over Corporate Defendants.

12.  **"Seller"** means any person who, in connection with a telemarketing transaction, provides, offers to provide, or arranges for others to provide goods or services to the customer in exchange for consideration.



FTC-GON-00002177

**Goldstein Attach. E
p. 6 of 27**

13.    "**Telemarketer**" means any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor.

14.    "**Telemarketing**" means a plan, program, or campaign which is conducted to induce the purchase of goods or services or a charitable contribution, by use of one or more telephones and which involves more than one interstate telephone call. The term does not include the solicitation of sales through the mailing of a catalog which: contains a written description or illustration of the goods or services offered for sale; includes the business address of the seller; includes multiple pages of written material or illustrations; and has been issued not less frequently than once a year, when the person making the solicitation does not solicit customers by telephone but only receives calls initiated by customers in response to the catalog and during those calls takes orders only without further solicitation. For purposes of the previous sentence, the term "further solicitation" does not include providing the customer with information about, or attempting to sell, any other item included in the same catalog which prompted the customer's call or in a substantially similar catalog.

## I.

## PERMANENT BAN

**IT IS THEREFORE ORDERED** that:

Defendant Brett Fisher, whether acting directly or through any corporation, limited liability company, subsidiary, division or other device, is hereby permanently restrained and enjoined from requesting or receiving payment of any fee or consideration in advance of obtaining a loan or other extension of credit when Defendant or any third-party sellers or marketers acting on behalf of or in concert with Defendant have guaranteed or represented a high likelihood of success in obtaining or arranging a loan or other extension of credit for a person, or

Page 7 of 25



FTC-GON-00002178

Goldstein Attach. E
p. 7 of 27

assisting others in the same.

Nothing in this Order shall be construed as an exception to this Section I.

## II.

## PROHIBITED BUSINESS ACTIVITIES

**IT IS FURTHER ORDERED** that in connection with the advertising, promoting, offering for sale, or sale of Credit-Related Goods or Services, Defendant and his agents, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, affiliates, and those persons in active concert or participation with him, who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device are hereby restrained and enjoined from:

A.    Making or assisting others in making, directly or by implication, any false or misleading oral or written statement or representation of material fact;

B.    Misrepresenting, either orally or in writing, expressly or by implication, that:

1.    consumers will receive a general-purpose credit card;

2.    consumers will or are likely to be able to secure cash advances against a credit card's line of credit;

3.    Defendant reports consumers' credit histories to any credit bureaus;

4.    consumers will receive a reduction in the interest rate on their outstanding debts;

5.    consumers will obtain a minimum amount of savings;

6.    Defendant will provide consumers a full refund; and

7.    the length of time Defendant has been in business and that he has a working relationship with any lending institutions;

Page 8 of 25



FTC-GON-00002179

**Goldstein Attach. E
p. 8 of 27**

    C.   Failing to disclose Clearly and Conspicuously:

        1.    any Material term or condition, including, but not limited to:

            a.    all fees and expenses;

            b.    any restrictions on use of a credit card or credit device, including any required down payment prior to making purchases, and any requirement that the credit card or credit device can be used only to make purchases from a limited catalog of items; and

            c.    any restrictions on use of vouchers provided to consumers by Defendant;

        2.    any Material aspect of the nature or terms of a refund, cancellation, exchange, or repurchase policy for the goods or services; and

        3.    the total cost to purchase, receive, or use, and the quantity of, any goods or services that are subject of the sales offer;

    D.    Debiting a consumer's bank, credit, or other financial account, or otherwise assessing charges to a consumer, without first obtaining the consumer's express verifiable authorization as defined by Section 310.3(a)(3) of the TSR, 16 C.F.R. § 310.3(a)(3); and

    E.    Violating, or assisting others in violating, as defined by Section 310.3(b) of the TSR, 16 C.F.R. § 310.3(b), any provision of the TSR, 16 C.F.R. Part 310, including, but not limited to:

        1.    Section 310.3(a)(1)(i) of the TSR, 16 C.F.R. § 310.3(a)(1)(i), by failing to disclose truthfully, in a Clear and Conspicuous manner, before a consumer pays for the goods or services offered, the total cost to purchase, receive,

<div align="center">Page 9 of 25</div>


FTC-GON-00002180

Goldstein Attach. E
p. 9 of 27

or use the goods or services that are the subject of the sales offer;

2.    Section 310.3(a)(1)(ii) of the TSR, 16 C.F.R. § 310.3(a)(1)(ii), by failing to disclose truthfully, in a Clear and Conspicuous manner, before a consumer pays for the goods or services offered, all Material restrictions, limitations, or conditions to purchase, receive, or use the goods or services that are the subject of the sales offer;

3.    Section 310.3(a)(1)(iii) of the TSR, 16 C.F.R. § 310.3(a)(1)(iii), by failing to disclose truthfully, in a Clear and Conspicuous manner, before a consumer pays for the goods or services offered, if the seller has a policy of not making refunds, cancellations, exchanges, or repurchases;

4.    Section 310.3(a)(2)(iii) of the TSR, 16 C.F.R. § 310.3(a)(2)(iii), by misrepresenting, directly or by implication, Material aspects of the performance, efficacy, nature, or central characteristics of goods or services that are the subject of the sales offer;

5.    Section 310.3(a)(2)(iv) of the TSR, 16 C.F.R. § 310.3(a)(2)(iv), by misrepresenting, directly or by implication, any Material aspect of the nature or terms of the seller's refund, cancellation, exchange, or repurchase policies;

6.    Section 310.3(a)(4) of the TSR, 16 C.F.R. § 310.3(a)(4), by making a false or misleading statement to induce any person to pay for goods or services or to induce a charitable contribution;

7.    Section 310.4(b)(1)(iii)(A) of the TSR, 16 C.F.R. § 310.4(b)(1)(iii)(A), by engaging in or causing others to engage in initiating any outbound

Page 10 of 25



FTC-GON-00002181

Goldstein Attach. E
p. 10 of 27

telemarketing call to a person when that person has previously stated that he or she does not wish to receive an outbound telephone call made by or on behalf of Defendant;

8.  Section 310.4(b)(1)(iii)(B) of the TSR, 16 C.F.R. § 310.4(b)(1)(iii)(B), by engaging in or causing others to engage in initiating an outbound telephone call to a person's telephone number that is on the National Do Not Call Registry;

9.  Section 310.8 of the TSR, 16 C.F.R. § 310.8, by failing to pay the required annual fee for access to the telephone numbers within that area code that are included in the National Do Not Call Registry; and

10. Section 310.4(a)(5) of the TSR, 16 C.F.R. § 310.4(a)(5), by disclosing or receiving, for consideration, unencrypted consumer account numbers for use in telemarketing, including, but not limited to: (1) encrypted consumer account numbers along with a key to unencrypt the data; and (2) a portion of an unencrypted consumer account number, such as the last four digits of the account number, and entrusting the remainder of the account number to a third party, such as an escrow agent; *provided, however,* that this provision shall not apply to the disclosure or receipt of a customer's or donor's billing information to process a payment for goods or services or a charitable contribution pursuant to a transaction.

Page 11 of 25



FTC-GON-00002182

Goldstein Attach. E
p. 11 of 27

## III.

## PROHIBITION ON SELLING OF CUSTOMER LISTS

**IT IS FURTHER ORDERED** that Defendant, and his agents, employees, independent contractors, corporations, subsidiaries, affiliates, and all other persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, are permanently restrained and enjoined from:

A.     Disclosing, using, or benefitting from customer information, including the name, address, telephone number, email address, social security number, other identifying information, or any data that enables access to a customer's account (including a credit card, bank account, or other financial account), of any person which any Corporate Defendant obtained prior to entry of this Order in connection with any Credit-Related Goods or Services offered for sale by Defendants; and

B.     Failing to dispose of such customer information in all forms in their possession, custody, or control within thirty (30) days after entry of this Order.  Disposal shall be by means that protect against unauthorized access to the customer information, such as by burning, pulverizing, or shredding any papers, and by erasing or destroying any electronic media, to ensure that the customer information cannot practicably be read or reconstructed.

*Provided, however,* that customer information need not be disposed of, and may be disclosed, to the extent requested by a government agency or required by a law, regulation, or court order.

## IV.

## EQUITABLE MONETARY RELIEF

**IT IS FURTHER ORDERED** that monetary judgment is entered in favor of the Commission and against Defendant in the amount of Seventeen Million Two Hundred and

Page 12 of 25



FTC-GON-00002183

**Goldstein Attach. E
p. 12 of 27**

Twenty-Six Thousand Four Hundred and Eighty-Six Dollars and Sixty-Eight Cents, ($17,226,486.68); *provided however*, that based on the sworn representations in the financial statements of Defendant, dated March 3, 2009, full payment of the foregoing amount shall be suspended upon satisfaction of the obligations set forth in subparagraphs A through C of this Section, and subject to the conditions set forth in subparagraphs E, F, and G of this Section:

    A.    For each bank or brokerage account listed in Attachment A of this Order, the financial institution identified on Attachment A to this Order shall, within five (5) days of entry of this Order, remit the entire balance of each account to the Commission by certified check(s) or other guaranteed funds payable to the Federal Trade Commission, Financial Management Office, or by wire transfer in accordance with directions provided by the Commission. The check(s) or written confirmation of the wire transfer(s) shall be delivered to: Associate Director, Division of Marketing Practices, 600 Pennsylvania Avenue, NW, H-286, Washington, DC 20580;

    B.    For all other non-liquid assets listed in Attachment B, Defendant shall, within ten (10) days of entry of this Order, execute such documents as necessary to transfer title of those assets to the Commission or its designated transferee, and Defendant shall, within five (5) days of entry of this Order, deliver physical custody of such assets to the Receiver. *Provided however*, that Defendant, in lieu of transferring to the Receiver the Mobile Home listed in Attachment B, may satisfy this obligation by providing the Receiver with Three Thousand Eight Hundred and Thirty-One Dollars and Twenty-Eight Cents ($3,831.28) within ten (10) days of entry of this Order. Upon execution of this Order, Defendant shall have no further obligations for insuring or preserving those assets listed;

    C.    The Receiver shall, as soon as practicable upon receipt of such assets and transfer of titles pursuant to Section IV. B, commence their liquidation upon a commercially reasonable

Page 13 of 25



FTC-GON-00002184

**Goldstein Attach. E**
**p. 13 of 27**

procedure, and Defendant shall have no right to challenge said liquidation if done in a commercially reasonable procedure. Any transfer fees, taxes, or other payments mandated from the transferor under state law shall be paid from the proceeds of each sale at the time each such asset is sold. Following liquidation of such assets, the Receiver shall forward the net proceeds to the Commission within 30 days, as the Commission may direct;

D.     Any funds paid pursuant to this Section shall be deposited into a fund administered by the Commission or its agent to be used for equitable relief, including, but not limited to, consumer redress and any attendant expenses for the administration of any redress fund. In the event that direct redress to consumers is wholly or partially impracticable or funds remain after redress is completed, the Commission may apply any remaining funds for such other equitable relief (including consumer information remedies) as it determines to be reasonably related to Defendant's practices alleged in the Amended Complaint. Any funds not used for such equitable relief shall be deposited in the United States Treasury as disgorgement. Defendant shall have no right to challenge the Commission's choice of remedies under this Section;

E.     The Commission's agreement to this Order is expressly premised upon the truthfulness, accuracy, and completeness of Defendant's sworn financial statement and supporting documents submitted to the Commission, as well as all subsequent addenda thereto, all of which Defendant stipulates are truthful, accurate, and complete at the time they were submitted. Defendant and the Commission stipulate that these financial disclosures provide the basis for the assets listed in Attachments A and B to this Order and include material information upon which the Commission relied in negotiating and agreeing to this Order. Defendant and the Commission stipulate that the Commission has relied on the truthfulness, accuracy, and

Page 14 of 25



FTC-GON-00002185

Goldstein Attach. E
p. 14 of 27

completeness of these financial disclosures in agreeing to the terms of this Order and that the

Commission would not have entered into this Order but for the truthfulness, accuracy, and

completeness of these financial disclosures;

      F.     If, upon motion by the Commission, this Court finds that Defendant has failed to

disclose any material asset or materially misstated the value of any asset in the financial

statement or related documents described above, or has made any other material misstatement or

omission in the financial statement or related documents described above, then this Order shall

be reopened and suspension of the judgment shall be lifted for the purpose of requiring payment

of monetary relief in the amount of Seventeen Million Two Hundred and Twenty-Six Thousand

Four Hundred and Eighty-Six Dollars and Sixty-Eight Cents, ($17,226,486.68), less the sum of

any amounts paid to the Commission pursuant to subparagraphs A through C of this Section, and

any other payments made by other Defendants. *Provided, however,* that in all other respects this

Order shall remain in full force and effect, unless otherwise ordered by the Court;

      G.     Upon any reinstatement of the monetary judgement, the Court shall make an

express determination that the monetary judgment shall be immediately due and payable. The

Commission shall be entitled to interest on the judgment, computed from the day of entry of this

Order, at the rate prescribed by 18 U.S.C. § 1961, as amended, on any outstanding amounts not

paid. The Commission shall be permitted to execute on the judgment immediately after the

suspension is lifted and engage in discovery in aid of execution;

      H.     Defendant relinquishes all dominion, control, and title to the funds paid to the

fullest extent permitted by law. Defendant shall make no claim to or demand return of the funds,

directly or indirectly, through counsel or otherwise;

      I.     Defendant agrees that the facts as alleged in the Amended Complaint filed in this



FTC-GON-00002186

**Goldstein Attach. E**
**p. 15 of 27**

action shall be taken as true without further proof in any bankruptcy case or subsequent civil litigation pursued by the Commission to enforce its rights to any payment or money judgment pursuant to this Order, including, but not limited to, a nondischargeability complaint in any bankruptcy case. Defendant further stipulates and agrees that the facts alleged in the Amended Complaint establish all elements necessary to sustain an action pursuant to, and that this Order shall have, collateral estoppel effect for purposes of, Section 523(a)(2)(A) of the Bankruptcy Code, 11 U.S.C. § 523(a)(2)(A); and

    J.    Proceedings instituted under this Section are in addition to, and not in lieu of, any other civil or criminal remedies that may be provided by law, including any other proceedings the Commission may initiate to enforce this Order.

## V.

## LIFTING OF ASSET FREEZE

**IT IS FURTHER ORDERED** that the freeze against the assets of Defendant pursuant to Part V of the Consent Order for Preliminary Injunction entered by this Court on March 25, 2009, shall be lifted for the sole purpose of transferring funds to the Commission pursuant to subparagraph A of Section IV of this Order, and the asset freeze shall be dissolved upon transfer of all such funds.

## VI.

## COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that, for the purpose of (i) monitoring and investigating compliance with any provision of this Order, and (ii) investigating the accuracy of Defendant's financial statement upon which the Commission's agreement to this Order is expressly premised:

    A.    Within ten (10) days of receipt of written notice from a representative of the

Page 16 of 25



FTC-GON-00002187

**Goldstein Attach. E
p. 16 of 27**

Commission, Defendant shall submit additional written reports, which are true and accurate and sworn to under penalty of perjury; produce documents for inspection and copying; appear for deposition; and provide entry during normal business hours to any business location in Defendant's possession, or direct or indirect control, to inspect the business operation;

      B.    In addition, the Commission is authorized to use all other lawful means, including, but not limited to:

          1.    obtaining discovery from any person, without further leave of court, using the procedures prescribed by Fed. R. Civ. P. 30, 31, 33, 34, 36, 45 and 69;

          2.    posing as consumers and suppliers to Defendant, his employees, or any other entity managed or controlled in whole or in part by Defendant, without the necessity of identification or prior notice; and

      C.    Defendant shall permit representatives of the Commission to interview any employer, consultant, independent contractor, representative, agent, or employee who has agreed to such an interview, relating in any way to any conduct subject to this Order. The person interviewed may have counsel present.

*Provided, however,* that nothing in this Order shall limit the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1, to obtain any documentary material, tangible things, testimony, or information relevant to unfair or deceptive acts or practices in or affecting commerce (within the meaning of 15 U.S.C. § 45(a)(1)).



## VII.

### COMPLIANCE REPORTING BY DEFENDANT

**IT IS FURTHER ORDERED** that, in order that compliance with the provisions of this Order may be monitored:

A.   For a period of five (5) years from the date of entry of this Order:

   1.   Defendant shall notify the Commission of the following:

      a.   Any changes in Defendant's residence, mailing addresses, and telephone numbers within ten (10) days of the date of such change;

      b.   Any changes in Defendant's employment status (including self-employment), and any change in Defendant's ownership in any business entity, within ten (10) days of the date of such change. Such notice shall include the name and address of each business that Defendant is affiliated with, employed by, creates or forms, or performs services for; a detailed description of the nature of the business; and a detailed description of Defendant's duties and responsibilities in connection with the business or employment; and

      c.   Any changes in Defendant's name or use of any aliases or fictitious names; and

   2.   Defendant shall notify the Commission of any changes in structure of any business entity that Defendant directly or indirectly controls, or has an ownership interest in, that may affect compliance obligations arising under this Order, including, but not limited to: incorporation or other

Page 18 of 25


FTC-GON-00002189

**Goldstein Attach. E
p. 18 of 27**

organization; a dissolution, assignment, sale, merger, or other action; the creation or dissolution of a subsidiary, parent, or affiliate that engages in any acts or practices subject to this Order; or a change in the business name or address, at least thirty (30) days prior to such change, provided that, with respect to any proposed change in the business entity about which Defendant learns less than thirty (30) days prior to the date such action is to take place, Defendant shall notify the Commission as soon as is practicable after obtaining such knowledge. Defendant has no obligation, legal or equitable to maintain the corporations or other corporate forms and Defendant may remove himself from such entity, its bank account and notify the Commission of such;

B.      One hundred eighty (180) days after the date of entry of this Order and annually thereafter for a period of five (5) years, Defendant shall provide a written report to the FTC, which is true and accurate and sworn to under penalty of perjury, setting forth in detail the manner and form in which he has complied and is complying with this Order. This report shall include, but not be limited to:

        1.      Defendant's then-current residence address, mailing addresses, and telephone numbers;

        2.      Defendant's then-current employment status (including self-employment), including the name, addresses, and telephone numbers of each business that Defendant is affiliated with, employed by, or performs services for; a detailed description of the nature of the business; and a detailed description of Defendant's duties and responsibilities in connection with

Page 19 of 25



the business or employment;

3.    A copy of each acknowledgment of receipt of this Order, obtained

pursuant to the Section titled "Distribution of Order;" and

4.    Any other changes required to be reported under Subsection A of this

Section;

C.    Defendant shall notify the Commission of the filing of a bankruptcy petition by

Defendant within fifteen (15) days of filing;

D.    For the purposes of this Order, Defendant shall, unless otherwise directed by the

Commission's authorized representatives, send by overnight courier all reports and notifications

required by this Order to the Commission to the following address:

>    Associate Director for the
>    Division of Enforcement
>    Federal Trade Commission
>    600 Pennsylvania Avenue, N.W.
>    Washington, D.C.  20580
>    Re:  United States v. Group One Networks, Inc., et al.
>    Case No. 8:09-cv-352-T-26-MAP;

Provided that, in lieu of overnight courier, Defendant may send such reports or

notifications by first-class mail, but only if Defendant contemporaneously sends an electronic

version of such report or notification to the Commission at: DEBrief@ftc.gov.

E.    For purposes of the compliance reporting and monitoring required by this Order,

the Commission is authorized to communicate directly with Defendant.

## VIII.

## RECORD KEEPING PROVISIONS

IT IS FURTHER ORDERED that, for a period of eight (8) years from the date of entry

of this Order, Defendant, for any business that Defendant directly or indirectly controls, or in



FTC-GON-00002191

Goldstein Attach. E
p. 20 of 27

which Defendant has a majority ownership interest, and his agents, employees, officers, corporations, and those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, are hereby restrained and enjoined from failing to create and retain the following records:

    A.    Accounting records that reflect the cost of goods or services sold, revenues generated, and the disbursement of such revenues;

    B.    Personnel records accurately reflecting: the name, address, and telephone number of each person employed in any capacity by such business, including as an independent contractor; that person's job title or position; the date upon which the person commenced work; and the date and reason for the person's termination, if applicable;

    C.    Customer files containing the names, addresses, phone numbers, dollar amounts paid, quantity of items or services purchased, and description of items or services purchased, to the extent such information is obtained in the ordinary course of business;

    D.    Complaints and refund requests (whether received directly, indirectly, or through any third party) and any responses to those complaints or requests;

    E.    Copies of all sales scripts, training materials, advertisements, or other marketing materials; and

    F.    All records and documents necessary to demonstrate full compliance with each provision of this Order, including, but not limited to, copies of acknowledgments of receipt of this Order required by the Sections titled "Distribution of Order" and "Acknowledgment of Receipt of Order" and all reports submitted to the FTC pursuant to the Section titled "Compliance Reporting By Defendant."

<center>Page 21 of 25</center>



FTC-GON-00002192

Goldstein Attach. E
p. 21 of 27

## IX.

### DISTRIBUTION OF ORDER

**IT IS FURTHER ORDERED** that, for a period of five (5) years from the date of entry of this Order, Defendant shall deliver copies of the Order as directed below:

A.     Defendant as Control Person: For any business that Defendant controls, directly or indirectly, or in which Defendant has a majority ownership interest, Defendant must deliver a copy of this Order to (1) all principals, officers, directors, and managers of that business; (2) all employees, agents, and representatives of that business who engage in conduct relating to the subject matter of this Order; and (3) any business entity resulting from any change in structure set forth in Subsection A.2 of the Section titled "Compliance Reporting By Defendant." For current personnel, delivery shall be within five (5) days of service of this Order upon such Defendant. For new personnel, delivery shall occur prior to them assuming their responsibilities. For any business entity resulting from any change in structure set forth in Subsection A.2 of the Section titled "Compliance Reporting By Defendant," delivery shall be at least ten (10) days prior to the change in structure;

B.     Defendant as employee or non-control person: For any business where Defendant is not a controlling person of a business but otherwise engages in conduct relating to the subject matter of this Order, Defendant must deliver a copy of this Order to all principals and managers of such business before engaging in such conduct; and

C.     Defendant must secure a signed and dated statement acknowledging receipt of the Order, within thirty (30) days of delivery, from all persons receiving a copy of the Order pursuant to this Section.

Page 22 of 25



FTC-GON-00002193

**Goldstein Attach. E
p. 22 of 27**



## X.

### ACKNOWLEDGMENT OF RECEIPT OF ORDER

IT IS FURTHER ORDERED that Defendant, within five (5) business days of receipt of this Order as entered by the Court, must submit to the Commission a truthful sworn statement acknowledging receipt of this Order.

## XI.

### COOPERATION WITH FTC COUNSEL

IT IS FURTHER ORDERED that Defendant shall, in connection with this action or any subsequent investigations related to or associated with the transactions or the occurrences that are the subject of the FTC's Amended Complaint, cooperate in good faith with the FTC and appear at such places and times as the FTC shall reasonably request, after written notice, for interviews, conferences, pretrial discovery, review of documents, and for such other matters as may be reasonably requested by the FTC. If requested in writing by the FTC, Defendant shall appear and provide truthful testimony in any trial, deposition, or other proceeding related to or associated with the transactions or the occurrences that are the subject of the Amended Complaint, without the service of a subpoena.

## XII.

### FEES AND COSTS

IT IS FURTHER ORDERED that each party to this Order hereby agrees to bear and pay its own costs and attorneys' fees incurred in connection with this action.

Page 23 of 25



FTC-GON-00002194

**Goldstein Attach. E**
**p. 23 of 27**



## XIII.

## SEVERABILITY

**IT IS FURTHER ORDERED** that the provisions of this Order are separate and severable from one another. If any provision is stayed or determined to be invalid, the remaining provisions shall remain in full force and effect.

## XIV.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

## XV.

## ENTRY BY CLERK

**IT IS FURTHER ORDERED** that there being no just reason for delay, the Clerk of the Court is hereby directed to enter this Order.

The parties, and their respective counsel, hereby consent to the terms and conditions of the Order as set forth above and consent to the entry thereof.

**FOR DEFENDANT BRETT FISHER**

Brett Fisher,

Robert D. Eckard, Esq.
Counsel for Defendant Brett Fisher
3110 Alternate U.S. 19 North, Suite A
Palm Harbor, FL 34683
727-772-1941

Page 24 of 25

Goldstein Attach. E
p. 24 of 27

**FOR THE FEDERAL TRADE COMMISSION**

_J. Ronald Brooke, Jr._    1-12-10

_For Stephen L. Cohen    SLB_    1-12-10

Stephen L. Cohen
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
202-326-3484; 326-3222 (phone), 202-326-3295 (fax)

**IT IS SO ORDERED,** this _____ day of _____, 2009.

_____
United States District Judge

Page 25 of 25



FTC-GON-00002196

**Goldstein Attach. E
p. 25 of 27**



## Attachment A
### (Defendant Brett Fisher's Financial Accounts)

1.    Bank of America Checking Account ending in 3720

2.    Achieva Federal Credit Union Checking Account ending 1295



FTC-GON-00002197

**Goldstein Attach. E
p. 26 of 27**



## Attachment B
### (Defendant Brett Fisher Non-Liquid)

| | | |
|---|---|---|
| 1. | 1995 Jaguar XJS | Identified in Defendant's Financial Statement VIN# SAJNX2746SC199113 |
| 2. | 1995 GDY Pontoon Boat | Identified in Defendant's Financial Statement |
| 3. | Jewelry | Identified in Defendant's Financial Statement |
| 4. | Artwork and Personal Property | Identified in Defendant's Financial Statement and Affirmation of Vikki Griffith executed on April 9, 2009 |
| 5. | Mobile Home | Identified in Defendant's Financial Statement VIN# 5497 |

FTC-GON-00002198

**Goldstein Attach. E
p. 27 of 27**



ATTORNEY GENERAL OF MISSOURI
JEFFERSON CITY
65102

CHRIS KOSTER
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

October 1, 2009

Consumer Credit Group
13770 58th St. N.
Ste. 314
Clearwater, FL 33760-3759

RE: Complaint No. CF-2009-26629          Ms. Paula J Mall

Dear Sir/Madam:

Enclosed is a copy of a consumer complaint about your company. Please review this complaint and send a written response to this office within 14 days. In all correspondence please indicate the above-referenced complaint number.

Alternatively, if you have already resolved this situation in a fair and appropriate manner, please send our office written confirmation of resolution. Responses regarding resolutions of complaints are preferred to be *in writing* so that our office will have documentation for our complaint file.

Your consideration is appreciated.

Sincerely,

CHRIS KOSTER
Attorney General

*Kim R. Hoelscher*

Kim R. Hoelscher
Complaint Investigator
Consumer Protection Division

email response

Consumer @ ago.mo.gov    Comp#

Enc.

FTC-GON-00002310

Goldstein Attach. F
p. 1 of 4

# Consumer Complaint Form

RETURN TO: Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

**Missouri Attorney General**
**Chris Koster**

RECEIVED
Phone: 800-392-8222
Web: ago.mo.gov

SEP 0 4 2009

MO. ATTORNEY GENERAL

## CONSUMER

YOUR NAME ☐ MR. ☐ MRS. ☒ MS    *MALL*     *PAULA*    *J*
LAST                          FIRST              MI

WORK PHONE *NONE*    EMAIL *NONE*

## COMPANY

MY COMPLAINT IS AGAINST *CONSUMER CREDIT GROUP*

ADDRESS _____ STREET _____ CITY _____ STATE ___ ZIP ___ COUNTY ___

PHONE *877 551-0556*    WEB SITE _____    E-MAIL _____

PERSON YOU DEALT WITH *DIFFERANT PEOPLE*         TITLE _____
NAME

## PRODUCT OR SERVICE

PRODUCT OR SERVICE *INTEREST % ON CREDIT CARD*

DATE OF TRANSACTION/PURCHASE _____    AMOUNT _____
(For example: 05 01 00)     MONTH  DAY  YEAR

HOW & WHERE DID YOU LEARN
ABOUT PRODUCT OR SERVICE? *NUMUROUS PHONE CALLS*

## PAYMENT

PAYMENT METHOD  ☐ CASH  ☐ CREDIT CARD  ☐ DEBIT CARD  ☐ LOAN  ☐ LAY-AWAY  ☐ CHECK  ☐ OT

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS?  ☐ YES  ☒ NO

Copies of any documents produced for payment must be returned with this complaint form. such as contracts, warranties, checks front and back

*PH*

*B0819333*   *26629*

REVISED JANUARY 2008

FTC-GON-00002311

Goldstein Attach. F
p. 2 of 4

**Consumer Complaint Form**                                        **Missouri Attorney General's Office**

BRIEFLY EXPLAIN
YOUR COMPLAINT *monthly so numorus phone calls day and evening. Here is a small example for last part of Aug. 8/27/09 12:11pm, 8/28/09 11:51am, 8/31/09 3:06, Sept. 9/01/09 at 10:05am and again at 2:41pm. Sometimes more than once a day! too much! they wont stop. Its making me nervous & irratated. I got a phone number to call to make sure Im on the no call list but its not a good number anymore. So what is it ?*

WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT? *I keep telling them to stop calling me.*

HOW DO YOU WANT       ☐REFUND    ☐REPAIR      ☐DELIVER PRODUCT    ☐PERFORM SERVICE      ☐REPLACE/TRADE
THIS COMPLAINT
RESOLVED?             ☒OTHER *calls to stop!*

HAVE YOU BEEN SUED    ☒NO    ☐YES _____
OR FILED A LAWSUIT                 NAME OF ANY AGENCY CONTACTED
ABOUT THIS COMPLAINT?
                                   AGENCY ADDRESS

BY FILING THIS COMPLAINT, I UNDERSTAND THAT:
The Attorney General is not my private attorney, but enforces state consumer protection laws;
I will testify in court to the facts stated in this complaint if asked;
A copy of this complaint will be provided to the merchant against whom I am filing this complaint.
I ATTEST TO THE ACCURACY OF STATEMENTS MADE IN THIS COMPLAINT.

YOUR SIGNATURE                                                    DATE

Print

**From:** info@consumercreditgroup.net ()
**To:** ryan_a_schaub@yahoo.com
**Date:** Tuesday, October 6, 2009 10:19:57 AM
**Subject:** Fwd: Re: Complaint No. CF-2009-26629

-------- Original Message --------
Subject: Re: Complaint No. CF-2009-26629
Date: Tue, 06 Oct 2009 10:16:51 -0400
From: <info@consumercreditgroup.net>
To: consumer@ago.mo.gov

Attn: Kim Hoelscher
Complaint Investigator
Consumer Protection Division
Re:Complaint No. CF-2009-26629

I am responding to a letter received in the mail yesterday October 5th,
2009. Enclosed in your letter was a complaint from Paula Mall in regards
to "numerous phone calls".

Our research shows that Ms. Mall was contacted by our office on different
occasions, however, when a contact such as Ms. Mall does not answer the
phone call or an answering machine picks up, our system will automatically
put that phone number back in queue in order for an attempted contact in
the future. Once the customer answers a call and voices that they no longer
wish do be contact we do comply with that request. We do currently show her
number█████████ on our Do Not Call List. This is only our Do Not Call
List and not a state or federal list.  We would like to offer some
alternative means for Ms. Mall to be placed on the federal do not call list
since she has expressed in her complaint that she no longer has their
number.

Please go to www.donotcall.gov and register any land line based or cellular
telephone number. It will take up to 30 days for the numbers to become
active on the list, however, once they do, any company that obtains that
number must check the federal DNC list and abide by those laws.

Regards,

Ryan Schaub
Operations Manager
Consumer Credit Group, LLC

http://us.mg2.mail.yahoo.com/dc/launch?.gx=1&.rand=cs8phs8ggnio1

10/6/2009
FTC-GON-00002313

**Goldstein Attach. F
p. 4 of 4**

 

Responded to
email 1/22/10

**OFFICE OF THE ATTORNEY GENERAL**
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

December 28, 2009

Full refund
2/12  1/25/10

Consumer Credit Group
1201 Highland Ave., Unit 6
Clearwater, FL 33756

Re: Cleda Beabout
File No: 2009-CONSC-00268912

Dear Sir/Madam:

The Consumer Protection Division, of the Office of the Attorney General received a consumer complaint involving your business. We have enclosed a copy of the complaint for your examination.

We would appreciate your review and response to the complaint, as well as any suggestions for a potential resolution. Please include copies of any substantiating documents which relate to this complaint with your response. If the matter has been resolved, we would appreciate knowing it.

Please provide a response within ten days. All communications must be in writing. Direct all correspondence to Consumer Protection Division, Office of Attorney General, 500 South Second Street, Springfield, IL 62706. Refer to the above mentioned file on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

Cynthia Diemer

Cynthia Diemer
Citizen's Advocate
Consumer Protection Division
(217) 782-9047
cdiemer@atg.state.il.us

enclosure
cc: IDFPR-Division of Financial Institutions, FDIC

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

FTC-GON-00002281

Goldstein Attach. G
p. 1 of 14



**LISA MADIGAN**
Illinois Attorney General
Consumer Fraud Bureau
500 South Second Street
Springfield, IL 62706
217-782-1090
1-800-243-0618 (Toll free in IL)
TTY: 1-877-844-5461
www.IllinoisAttorneyGeneral.gov

Office Use Only

CLMS: _____

AG: _____

*Sold 7/14* 795

## YOUR INFORMATION

Name: Mr., **Mrs.**, Ms. (circle one)

Cleda R. Beabout

Address:

[redacted]

| City: | State: | Zip code: | County: |
|-------|--------|-----------|---------|
| [redacted] | | | |

Evening (

Your e-mail address (optional): NONE

Are you a senior citizen? (Yes) No

Who referred you to this office? Robinson States Attorney *unscram?*

## NAME OF SELLER OR PROVIDER OF SERVICE

Name: ✗ Consumer Credit Group.

Address: 1201 Highland Ave Unit 6

| City: | State: | Zip code: |
|-------|--------|-----------|
| Clearwater | FL. | 33756 |

Telephone ( )
Website: 1-877-443-1472

Additional seller or provider of service involved in transaction:
Name: ✗ Chase Cardmember
Address: P O Box 15548
City: Wilmington State: DE Zip code: 19886-5548
Telephone ( )
Website: 877-813-2008

Has this matter been submitted to another government agency, an arbitration service, or to an attorney? Yes (No)
If yes, please give name, address, telephone number #. _____
Is court action pending? Yes (No)

## INFORMATION ABOUT THE TRANSACTION

| Date of Transaction: | Did you sign a contract? Yes (No) (If yes, please attach a copy) | Date contract was signed: — |

Was the product or service advertised? Yes (No) When? (Please attach a copy of the advertisement, if available)

**How was the service advertised?**
☐ Newspaper/magazine
☐ Radio advertisement
☐ Television advertisement
☐ Internet advertisement
☐ E-mail solicitation
☐ Direct mail solicitation
☑ Telephone solicitation
☐ Yellow pages of the telephone book
☐ Facsimile solicitation
☐ Door-to-door solicitation
☐ Display at merchant's place of business
☐ Display at a trade show/convention, etc.
☐ Other _____

Total Cost of product/service: $ _____

Amount paid to date/down payment: $ 795.00 on Card

Method of payment (circle one) (Please attach a copy)
Cash   Check   Money Order   (Credit Card)   Debit Card   Bank Draft
Wire Transfer   Automatic Debit   Other _____

If you paid with a credit card, have you contacted your credit card company to register a dispute? (Yes) No

(Under the Federal Fair Credit Billing Act, you have 60 days from the time that you receive your statement to dispute the charges.)

FTC-GON-00002282

Goldstein Attach. G
p. 2 of 14

Page 2

(No)
money $139 a mo. for 4 1/2 yrs. I tried to
get her to lower the interest she put me thru
to another person OTTO. (No #) He wanted
me to pay 142. a mo for 3 mo. to them Then
would lower my interest, they talk fast and
confuse me, These Companies are taking Real
advantage of old people because Obama stated
he was going to reduce int. They are jacking
everything up. This is my fault for letting my
Son (who was looking for work) use my Card. I always
paid it and want to Now but fixed income is
Low. I'm still getting calls from Credit Cards
on freezing int. & not using it. fine!
Just the Chase Card, How did they Charge
That without my O.K.? in Sept I tried for
a Hardship program I make $2000 a month
that Letter is in with these, Turned me down!

I Appreciate Anything you
Can do. Let Me Know!

Cleda R. Beabout
[redacted]

talked to him
Found name Frank Addo - employ # 1648
1 800-796-5105
July 15-09 -
promised to lower interest rate, answer
letter when it comes. I called & tried to talk to him
[illegible] similar

FTC-GON-00002284

Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548

**CHASE**  copy

September 26, 2009


Cinda Beabout
1004 N Madison St
Robinson IL 62454-1622

Important information is
provided below regarding
your account.

RE: Your account ending in ▮▮▮▮

Dear Cinda Beabout:

We have carefully considered your request for a Chase payment program. We regret to inform you that at this time your credit card account does not qualify for one of our programs.   However, Chase can provide you with information regarding some non-profit credit counseling agencies that may be able to assist you.

If you have any questions, please contact us toll free at 1-877-813-2008 or, visit the Chase website (www.chaseclear&simple.com) for additional financial education.

Sincerely,

Customer Support Division

*Tried for Hardship refused.*

Account is owned by Chase Bank USA, N.A.
Calls may be monitored and/or recorded to ensure the highest level of quality service.

FTC-GON-00002265

Goldstein Attach. G
p. 5 of 14



FTC-GON-00002286

Goldstein Attach. G
p. 6 of 14



Statement Date: 02/19/06 - 10/17/06
Account Number:

Minimum Payment: $101.00
Payment Due Date: 11/11/06

Manage your account online:
www.shellcom/wdshell

Additional contact information conveniently located on reverse side.

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | $4,132.48 |
| Payment, Credits | -$200.00 |
| Finance Charges | +$81.17 |
| New Balance | $3,983.65 |

| | |
|---|---|
| Total Credit Line | $14,050 |
| Available Credit | $10,051 |
| Cash Access Line | $1,406 |
| Available for Cash | $1,406 |

For more information about your Marathon rebate program, logon to www.chaise.com/marathon.

## MARATHON REBATE SUMMARY

Previous rebate balance $28.88
Rebates earned on credit-gas purchases $0.00
28.1% to equal on a statement in October, 2016 $0.00
Current rebate total $29.88

## ACCOUNT ACTIVITY—

| Date of Transaction | Merchant Name or Transaction Description | Amount |
|---|---|---|
| 11/05 | Payment-Thank You Electronic Chk | $200.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04627% | 18.29% | 34,060.65 | $81.17 | $0.00 | $0.20 | $81.17 |
| Cash advances | V .05071% | 18.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $81.17 |

Effective Annual Percentage Rate (APR): 18.29%

Please see information above. Your Account section for balance computation method, grace period, and other important information.

The Corresponsive # Bill is the one of interest ...



FTC-GON-00002288

Goldstein Attach. G
p. 8 of 14



**ACCOUNT SUMMARY**

| | |
|---|---|
| Previous Balance | $4,404.97 |
| Payment, Credits | -$803.50 |
| FInance Charges | +$67.74 |
| New Balance | $1,272.17 |

Minimum Payment: $110.00
Payment Due Date: 09/11/09

Account Number: 0711-9278 - 0617-XXX

**MARATHON REBATE SUMMARY**

Previous month's balance
Rebates earned on your purchases
$0.79 to begin on statement in October, 2010
Current rebates total

| | |
|---|---|
| Total Credit Line | $11,080 |
| Available Credit | $9,777 |
| Cash Access Line | $1,405 |
| Available for Cash | $1,405 |

$29.95
$0.00
$20.95

**ACCOUNT ACTIVITY**

| Date of Transaction | Merchant Name or Transaction Description | Amount |
|---|---|---|
| 08/05 | Payment Thank You Electronic Chk | $20.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Due To Service Charge | Transaction Fee/ Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .04997%  18.24% | $4,372.88 | $67.74 | $0.00 | $0.00 | $67.74 |
| Cash Advances | V .05571%  18.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Total finance charges  $67.74

**Effective Annual Percentage Rate (APR):**  18.24%

Please see information About You, Account and other balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest your pay when you carry a balance on any transaction category.

The Effective APR represents your total finance charges – including transaction fees such as cash advance and balance transfer fees – expressed as a percentage.

FTC-GON-00002289



(M) MARATHON

06/18/08 - 07/17/08

Minimum Payment: $100.00
Payment Due Date: 03/11/09

Manage your account online
www.chase.com/marathon

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY    MASTERCARD Account Number: ▮▮▮▮

| | | | |
|---|---|---|---|
| Previous Balance | $3,702.92 | Total Credit Line | $14,050 |
| Payment, Credits | -$160.00 | Available Credit | $9,645 |
| Purchases, Cash, Debits | +$795.00 | Cash Access Line | $1,405 |
| Finance Charges | +$56.45 | Available for Cash | $1,405 |
| New Balance | $4,404.37 | | |

## MARATHON REBATE SUMMARY

| | |
|---|---|
| Previous months balance | $13.03 |
| Rebates earned on non-gas purchases | $7.95 |
| $0.79 to expire on statement in October, 2010 | |
| Current rebates total | $20.98 |

For more information about
your Marathon rewards program
logon to www.chase.com/marathon.

8/4/09
$200.00
$755.1

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 07/04 | Payment Thank You Business Chk | -160.00 |
| 03/14 | CAPITAL FINANCIAL LLC 800-718-4228 FL | 795.00 |

*lower Rate*
*I tried to cancel*

## FINANCE CHARGES

| Category | Daily Periodic Rate Corresp. 30 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04997% | 18.24% | $3,755.72 | $56.45 | $0.00 | $0.00 | $56.45 |
| Cash Advances | V .05277% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $56.45 |

**Effective Annual Percentage Rate (APR):**    18.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

FTC-GON-00002290

Goldstein Attach. G
p. 10 of 14

05/18/09 - 06/17/09

Minimum Payment: $90.09
Payment Due Date: 07/12/09

Manage your account online:
www.chase.com/marathon

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY   MASTERCARD Account Number:

| | | | |
|---|---|---|---|
| Previous Balance | $3,943.48 | Total Credit Line | $14,850 |
| Payment, Credits | -$300.00 | Available Credit | $10,947 |
| Finance Charges | +$59.44 | Cash Access Line | $1,405 |
| New Balance | $3,702.92 | Available for Cash | $1,405 |

Congratulations! Your credit line has been increased. Take advantage of your increased spending power to make purchases and transfer balances today.

## MARATHON REBATE SUMMARY

| | |
|---|---|
| Previous month's balance | $13.05 |
| Rebate earned on non-gas purchases | $0.00 |
| $0.72 to expire on statement in October, 2010 | |
| Current rebate total | $13.05 |

For more information about your Marathon rewards program logon to www.chase.com/marathon.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/04 | Payment Thank You Electronic Chk | -300.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate Corresp. 31 days in cycle APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V 0.05977% 18.34% | $3,837.26 | $59.44 | $0.00 | $0.00 | $59.44 |
| Cash advances | V 0.05271% 18.34% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charge | | | | | | $59.44 |

**Effective Annual Percentage Rate (APR):** 18.34%

Please see Information About Your Account section for balance computation methods, grace period, and other important information.

This Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

IMPORTANT NEWS

FTC-GON-00002291



04/15/07 - 05/11/09

Minimum Payment: $100.00
Payment Due Date: 06/11/09

Manage your account online:
www.chase.com/marathon

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY   MASTERCARD Account Number:

| | | | |
|---|---|---|---|
| Previous Balance | $4,182.26 | Total Credit Line | $11,050 |
| Payment, Credits | -$300.00 | Available Credit | $7,106 |
| Finance Charges | +$61.20 | Cash Access Line | $1,106 |
| New Balance | $3,943.46 | Available for Cash | $1,106 |

## MARATHON REBATE SUMMARY

| | |
|---|---|
| Previous month's balance | $13.00 |
| Rebates earned on non-gas purchases | $0.00 |
| $6.79 to expire on statement in October, 2010 | |
| Current rebate total | $13.00 |

For more information about your Marathon rewards program logon to www.chase.com/marathon

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | Amount |
|---|---|---|
| 05/05 | Payment Thank You Electronic Cha | $300.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate Correspond 30 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .04997% | 18.24% | $4,502.92 | $61.20 | $0.00 | $0.00 | $61.20 |
| Cash advances | V .05771% | 18.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $61.20 |

**Effective Annual Percentage Rate (APR):** 18.54%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

FTC-GON-00002292

Goldstein Attach. G
p. 12 of 14



FTC-GON-00002293

Goldstein Attach. G
p. 13 of 14



**Statement Date:**
02/18/09 - 03/17/09

**Minimum Payment:** $55.00
**Payment Due Date:** 04/11/09

Manage your account online.
www.shops.com/marathon

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | | MASTERCARD Account Number: | |
|---|---|---|---|
| Previous Balance | $4,255.30 | Total Credit Line | $11,050 |
| Payment, Credits | -$120.00 | Available Credit | $6,847 |
| Purchases, Cash, Debits | +$26.01 | Cash Access Line | $1,105 |
| Finance Charges | +$43.06 | Available for Cash | $1,105 |
| New Balance | $4,202.37 | | |

≈ 10000
4/1/09

N448

## MARATHON REBATE SUMMARY

| Previous month's balance | $10.95 | For more information about |
| Rebates earned on Marathon purchases | $1.31 | your Marathon rewards program |
| Rebates earned on non-gas purchases | $0.00 | logon to www.shops.com/marathon |
| $9.79 to expire on statement in October, 2010 | | |
| Current rebate total | $12.27 | |

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/03 | Payment Thank You Electronic CHk | -120.00 |
| 02/23 | MARATHON OIL 024075Q26 ROBINSON IL | 26.01 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03627% | 13.24% | $4,220.61 | $43.06 | $0.00 | $0.00 | $43.06 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $43.06 |

**Effective Annual Percentage Rate (APR):** 13.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance in any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

FTC-GON-00002294



**STATE OF INDIANA**
## OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.6201
FAX: 317.232.7979

## NOTICE OF COMPLAINT(S)

April 23, 2010

Mr. Dale Robinson
Consumer Credit Group LLC
13770 58th St N
Suite 314
Clearwater, FL 33760

Our File No: 5640

Dear Mr. Robinson:

The Office of the Attorney General of Indiana has received one or more complaints that your company, or someone acting on your behalf, has violated Ind. Code § 24-4.7-4-1 by making telephone sales calls to telephone numbers registered on the Indiana do-not-call list. Failure to follow the law may subject Consumer Credit Group LLC to immediate legal action for injunction, attorney fees, costs and penalties up to $25,000.00 per call. Based upon current information, your potential penalty exposure is $50,000.00

Please investigate the attached phone call information to determine whether Consumer Credit Group LLC or someone calling on its behalf made the calls. If you believe that the telephone calls are exempt under Ind. Code § 24-4.7-1-1, you must provide documentation supporting your exemption claim.

Please respond in writing within ten (10) days of your receipt of this letter and provide the results of your investigation. You can send a facsimile to (317) 232-7979 or email me at eliza.bradley@atg.in.gov.

Sincerely,

Eliza K. Bradley
Deputy Attorney General
Telephone Privacy Enforcement

Enclosure

04/21/2010

# CONSUMER CREDIT GROUP LLC

## Telephone Privacy: *CONSUMER COMPLAINT REPORT*

| | PHONE NUMBER | DATE OF CALL | TIME OF CALL | PRODUCT/SERVICE OFFERED | Complaint Number |
|---|---|---|---|---|---|
| 1 | No Hist | 03/26/10 | 09:00 AM | Combine All Our Credit Cards For A Lower Annual Interest Rate | 62639 |
| 2 | DNC 4/9 | 04/09/10 | 02:39 PM | Lower Interest Rate On Credit Card Balances | 62755 |
| 3 | DNC 4/20 | 04/13/10 | 10:00 AM | Offered To Reduce Interest Rates On My Visa And Mastercards | 62785 |

FTC-GON-00002352

**Goldstein Attach. H
p. 2 of 5**



*Respond*
*9/15*
*Attached*

**STATE OF INDIANA**
## OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 W. WASHINGTON STREET • INDIANAPOLIS, IN 46204-2770
www.AttorneyGeneral.IN.gov

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

TELEPHONE: 317.232.6201
FAX: 317.232.7979

### NOTICE OF COMPLAINT(S)
August 20, 2010

Mr. Dale Robinson
Consumer Credit Group LLC
3985 Gateway Centre Blvd
Suite 200
Pinellas Park, FL 33782

Our File No.: 5640

Dear Mr. Robinson:

The Office of the Attorney General of Indiana has received one or more complaints that your company, or someone acting on your behalf, has violated Ind. Code § 24-4.7-4-1 by making telephone sales calls to telephone numbers registered on the Indiana do-not-call list. Failure to follow the law may subject Consumer Credit Group LLC to immediate legal action for injunction, attorney fees, costs and penalties up to $25,000.00 per call. Based upon current information, your potential penalty exposure is $10,000.00.

Our records indicate that your company has had previous complaint(s) filed against it. Our office issued a warning to Consumer Credit Group LLC on June 24, 2010. It was our hope at that time that Consumer Credit Group LLC would implement policies and procedures to prevent further complaints from Indiana residents. Unfortunately, the new complaints indicate to us that Consumer Credit Group LLC did not take the warning seriously. Therefore it is imperative that we work toward a resolution of the most recent complaints.

Please investigate the attached phone call information to determine whether Consumer Credit Group LLC or someone calling on its behalf made the calls. You are required to respond in writing within ten (10) days after your receipt of this letter and provide the results of your investigation and an outline of your plans to resolve this matter. You can send a facsimile to (317) 232-7979 or email me at eliza.bradley@atg.in.gov. If you have questions you can call me at (317) 232-6224. When responding, please reference Case No. 5640.

Sincerely,

Eliza K. Bradley
Deputy Attorney General
Telephone Privacy Enforcement

Enclosure

FTC-GON-00002373

**Goldstein Attach. H**
**p. 3 of 5**

08/20/2010

# CONSUMER CREDIT GROUP LLC

## Telephone Privacy: *CONSUMER COMPLAINT REPORT*

| | PHONE NUMBER | DATE OF CALL | TIME OF CALL | PRODUCT/SERVICE OFFERED | Complaint Number |
|---|---|---|---|---|---|
| 1 | ▮▮▮▮ | 07/27/10 | 10:48 AM | Credit Cards | 64610 |

FTC-GON-00002374

**Goldstein Attach. H**
**p. 4 of 5**

Case 8:12-cv-00586-MSS-EAJ   Document 122-3   Filed 04/30/12   Page 125 of 178 PageID 1619

RoundCube Webmail :: Re: File 5640

Page 1 of 1

E-Mail     Address Book     Settings     Logout

Move to...

**Folders**
Inbox
Drafts
Sent
Junk
Trash

**Subject** Re: File 5640
**Sender** info@consumercreditgroup.net
**Recipient** eliza.bradley@atg.in.gov
**Date** Today 15:45

September 15, 2010

Ms. Eliza Bradley
Deputy Attorney General
Re: File No. 5640

Dear Ms. Bradley,

We received your letter dated August 20, 2010 in our offic
acknowledge the previous letter from June 24th and have complied w
warning. We did contact [redacted] one time and immediately add
our DNC list. We are unaware on how this number virtually slippe
the cracks. We take all letters and warnings very seriously and w
to extend our apologies to the owner of that number. We are makir
that our lists are double checked against state and federal DNC li
before making any outbound calls.

If you have any questions please feel free to contact us back at:
info@consumercreditgroup.net.

Best regards,
Customer Service
Consumer Credit Group, LLC

Message 1 of 114

https://secure55.inmotionhosting.com:2096/3rdparty/roundcube/?_task=mail&_action=sho...   9/15/2010

FTC-GON-00002375

Goldstein Attach. H
p. 5 of 5



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**
CONSUMER PROTECTION AND ANTITRUST DIVISION

120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.KSAG.ORG

**STEVE SIX**
ATTORNEY GENERAL

July 23, 2010

**Integrated Consumer Solutions**
**3985 Gateway Centre Blvd. Suite 200**
**Pinellas Park, FL 33782**

RE:    Our File No.: CP-10-002250

Dear Sir or Madam:

The Kansas Consumer Protection Act gives the Attorney General authority to issue subpoenas without the necessity of filing an action in court.  When a respondent fails to answer the subpoena, we then have authority to proceed to file a petition with a district court and request an injunction to prevent the respondent from transacting any business within the state until such time as the subpoena is answered or the court determines that no basis for the subpoena exists. See K.S.A. 50-631.

If we have not received an indication from you on or before August 13, 2010, as to whether you intend to respond to the subpoena, a petition may be filed to enforce the subpoena and seek to enjoin you from doing business in Kansas.  This letter is intended as the notice requirement of our intent to proceed in this manner as required by the above statute.

Sincerely,

OFFICE OF ATTORNEY GENERAL
STEVE SIX

Tai J. Vokins, Assistant Attorney General
Consumer Protection Division

Enclosure

ATTORNEY GENERAL OF THE STATE OF KANSAS
CONSUMER PROTECTION DIVISION

In the Matter of the Investigation of )
                                       )
Integrated Consumer Solutions          )          File No. CP-10-002250
                                       )
_____)

## SUBPOENA DUCES TECUM

TO:   Integrated Consumer Solutions
      3985 Gateway Centre Blvd. Suite 200
      Pinellas Park, FL 33782

        Pursuant to K.S.A. 50-631, you are hereby DIRECTED to FORTHWITH furnish and

identify to the undersigned, a duly appointed, qualified and acting Assistant Attorney General of

the State of Kansas, Consumer Protection/Antitrust Division, the subject matter and evidence

requested by sending it to the attention of Special Agent Sheila Krohe, 120 S.W. 10th Avenue,

Suite 430, Topeka, Kansas, 66612-1597. You are to identify each answer and/or document by

corresponding question number. As used herein, the term "Business" shall mean Integrated

Consumer Solutions.

        NOTE: Failure to comply with this subpoena is punishable by the district court

which may issue an order: enjoining you from the sale or advertisement of any

merchandise in this State; vacating, annulling or suspending your authority to do business

in this state, or revoking or suspending any other licenses, permits or certificates issued

pursuant to law to you; and granting such other relief as may be required, until you obey

this subpoena.

FTC-GON-00002354

Goldstein Attach. I
p. 2 of 9

1.    Identify the following:

        a.  the individual providing answers and/or documents in response to the following; including name, title or position, address and telephone number;

        b.  the correct name of the Business and the address and telephone number of the principal place of business;

        c.  the address and telephone number of all branch offices of the Business;

        d.  the form of the Business, i.e., corporation, partnership, sole proprietorship; and

            i.  if incorporated, include photocopies of Articles of Incorporation or charters, a copy of the most recent annual report, and a list of the current and past officers and shareholders in the corporation and their personal and business addresses and telephone numbers;

            ii.  if a limited liability company, include a copy of the operating agreement and a list of the current and past managers and members of the company and their personal and business addresses and telephone numbers;

            iii.  if a partnership, include name of general and limited partners and their personal and business addresses and telephone numbers;

            iv.  if a sole proprietor, include name of proprietor and personal and business address and telephone number.

2.    Provide documents detailing any other names under which the Business operates, including the complete mailing address and telephone numbers.

3.    Provide the name, address and telephone number of the registered agent for the Business.

4.    Provide a list of any and all injunctions, cease and desist orders, civil lawsuits or criminal charges involving the Business and/or any officers of the Business within the past five (5) years. Identify the office or administrative agency that instituted the action, as well as, provide a copy of the final order or judgment. (This does

FTC-GON-00002355

Goldstein Attach. I
p. 3 of 9

not include actions for the collection of debts or domestic matters, but does include any actions within the continental United States and all Federal actions.)

5.  If the Business or any of its subsidiaries have filed for bankruptcy protection or any other court ordered corporate debt or other restructuring please provide documentation indicating the nature of the case, the court in which it was filed, the current status of the proceedings, and the name of any court appointed trustees, receivers, sureties, guarantors, or rehabilitators.

6.  Provide documentation of any and all filings and/or registrations for the company and/or it's principals with the Kansas Consumer Credit Commissioner, Kansas Banking Commissioner, Kansas Secretary of State and/or any other filings/registrations which allow the Business to operate within the state of Kansas

7.  Provide a factual description of all services and/or products promoted, marketed and/or sold by the Business in Kansas.

8.  Provide documentation evidencing any manner in which the Business obtains clients (i.e. telephone calls, radio/television/internet advertisements, mailed advertisements, or any other means of advertising, soliciting, or obtaining consumer information).

9.  For each method identified in question eight (8) provide documentation evidencing copies of all materials used, including but not limited to transcripts, recorded messages, sales scripts, or any other printed or recorded material used by or given to the Business for the purpose of advertising, soliciting, or obtaining consumer information.

10. Provide documentation evidencing all marketing companies the Business utilizes to make calls for the purpose of solicitation. Such documentation should include the complete name, contact name, address and telephone number for each company.

11. Provide documentation evidencing the Business has obtained a copy of the Kansas No-Call List.

12. Provide documentation evidencing the Business has complied with the Kansas No-Call Act.

13. Provide documentation evidencing all Kansas consumers who have been contacted by the Business, or for the Business, for the purpose of soliciting business since June 1, 2009. Such documentation should include, but not be limited to the method of contact and complete name, home address and telephone number for each consumer.

3

FTC-GON-00002356

Goldstein Attach. I
p. 4 of 9

14.   Provide documentation evidencing all Kansas consumers who have, in any way, transacted business or agreed to transact business with the Business since June 1, 2009. Such documentation should include, but not be limited to each consumer's complete name, home address, telephone number, the nature of the transaction, amount paid by the consumer and the amount each consumer saved through their agreement with the Business.

15.   Provide a written response to the complaint filed with our office April 22, 2010 by Amanda Walker, residing at 8697 W 177th St. Burlingame, KS 66413.

16.   Provide documentation evidencing all paperwork sent to Ms. Walker since June 1, 2009. Such documentation should include a copy of the paperwork sent, the date sent and the purpose for which it was sent.

17.   Provide recordings of all telephone conversations between the Business and Ms. Walker since June 1, 2009. Include the date, time and complete name, address and telephone number of each representative speaking with Ms. Walker.

18.   Provide documentation evidencing the relationship between the Business and First Credit Solutions located at 1201 Highland Ave. Unit 6, Clearwater, FL 33756. Such documentation should include the nature of the relationship, contact name, address and telephone number for each individual employed by First Credit Solutions who has conducted business in any way with Integrated Consumer Solutions.

19.   Provide documentation evidencing the relationship between the Business and Sanders Law, P.A. Such documentation should include the nature of the relationship, contact name, address and telephone number for each individual employed by Sanders Law, P.A. who has conducted business in any way with Integrated Consumer Solutions.

20.   Provide documentation evidencing the relationship between the Business and First Financial Asset Services. Such documentation should include the nature of the relationship, contact name, address and telephone number for each individual employed by First Financial Asset Services who has conducted business in any way with Integrated Consumer Solutions.

21.   Provide documentation evidencing the relationship between the Business and Corporate Fulfillment Center. Such documentation should include the nature of the relationship, contact name, address and telephone number for each individual employed by Corporate Fulfillment Center who has conducted business in any way with Integrated Consumer Solutions.

22.   Provide documentation explaining the Business' refund policy.

4

FTC-GON-00002357

Goldstein Attach. I
p. 5 of 9

23.   Provide documentation evidencing all guarantees made by the Business to Kansas consumers. Such documentation should include each guarantee made, copies of the guarantee given and any other guarantees written or given by telephone.

Identify specifically the answer and/or document by corresponding question number.

All requests to identify documents are intended to include documents for which a claim of privilege or confidentiality is asserted. As to any such document, please provide sufficient information so that the identity of the document can be determined for purposes of in camera inspection and include a full statement of the factual and legal basis for the asserted privilege or confidentiality.

You are not to disclose the existence of this directive except to any attorney you may consult or retain to represent you. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

Any questions pertaining to the subpoena should be called to the attention of Sheila Krohe, Special Agent, or Tai Vokins, Assistant Attorney General, Consumer Protection/Antitrust Division, Office of the Attorney General, 120 S.W. 10th Avenue, Suite 430, Topeka, Kansas, 66612-1597, (785) 296-3751.

FAILURE TO COMPLY with this subpoena within twenty (20) days may make you liable for such penalties as are provided by law.

WITNESS MY HAND at Topeka, Kansas, this ___8___ day of ___Jun___, 2010

Tai Vokins
Assistant Attorney General

5

FTC-GON-00002358

Goldstein Attach. I
p. 6 of 9

## CERTIFICATE OF MAILING

I hereby certify that the above and foregoing subpoena was sent by U.S. Mail, certified, return receipt requested, postage prepaid, on the ___4th___ day of ___June___, ___2010___, addressed to:

**Integrated Consumer Solutions**
**3985 Gateway Centre Blvd. Suite 200**
**Pinellas Park, FL 33782**

Sheila Krohe
Special Agent and Process Server
(Please Respond to the Attention of this Agent)

6

FTC-GON-00002359

**Goldstein Attach. I**
**p. 7 of 9**

> To help protect your privacy, links to images, sounds, or other external content in this message have been blocked. Click here to unblock content.

**cprotect**

| From: | Wufoo [no-reply@wufoo.com] | | Sent: Wed 4/21/2010 3:03 PM |
|---|---|---|---|
| To: | cprotect | | |
| Cc: | | | |
| Subject: | Consumer Protection Form [#12550] | | |
| Attachments: | | | |

| | |
|---|---|
| Salutation * | Ms. |
| First Name * | Amanda |
| Last Name * | Walker |
| Date of Birth * | Saturday, September 17, 1983 |
| Address * | 8697 w 177th Burlingame , KS 66413 United States |
| Email * | meco_the_mouser@yahoo.com |
| Daytime Phone * | (785) 249-8219 |
| Evening Phone * | (785) 249-8219 |
| Name of Business You are Complaining Against * | 1st Credit Solutions |
| Business Phone Number | 1-877-537-2822 |
| Business Address * | 1201 Highland Ave., Unit6 Clearwater, FL 333756 United States ] |

**Briefly Explain Your Complaint ***

1St credit charged me for services and then just disappeared. They had gurangtees that said if they could not save me money then I would/could get a refund. Well they had not done anything for me so I called today on 4-21-10 about 9:30am to request my refound. I cound that hey had handed my file over to another company and they just disappeared. THis other company told me too look for a refund from my via card, but it had been to late to do so. I spoke with a Damnd Stewart from the new company and the nuber I called was 877-443-1672. I had recieved this number before from 1st credit to reach a person about me credit counselling informaiton. Damond said that 1st credit did not exist anymore and that I sHould get a refound. I have all the paperwork and the guarantees given to me. I also have a leter head that has a Law office same on it of Sanders Law.P.A.

| Have you complained to the business? * | It disappeared |
| If yes, to whom (and their position): | Damond Stewart debit assistent |
| What response did you receive? | Try to get my money back by contacting you. |
| Have you contacted an attorney? * | no |
| Name and Date * | Amanda Walker 4-21-10 |

FTC-GON-00002360

Goldstein Attach. I
p. 8 of 9



FTC-GON-00002361

Please contact us with any questions, Office 727-210-4716, Ryan Schaub Cell 708-917-2564

Regards,

Ryan Schaub

| | |
|---|---|
| DATE,TIME | 10/14 06:45 |
| FAX NO./NAME | 2101470 |
| DURATION | 00:03:39 |
| PAGE(S) | 09 |
| RESULT | OK |
| MODE | STANDARD |

TIME : 10/14/2007 06:49
NAME : TRAVEL
FAX : 7274516497
TEL : 2132917713
SER.# : 000J7J745262

TRANSMISSION VERIFICATION REPORT

ANDREW M. CUOMO
Attorney General

**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

JOY FEIDENBAUM
Bureau Chief
Bureau of Consumer Frauds & Protection

212-416-8316

October 7, 2010

Law Office of Sanders Law P.A.
3985 Gateway Centre Blvd. Suite 220
Pinellas Park, FL 33782

> Our File Number: 2010-888883
> Consumer: Ronald Panaro

Dear Sir or Madam:

Enclosed please find a copy of a complaint filed by the above consumer.

Attorney General Andrew M. Cuomo's Bureau of Consumer Frauds and Protection enforces consumer protection laws and mediates consumer complaints. Our purpose in handling individual complaints is to assist in settling disputes fairly and amicably.

Since we now know only the consumer's side, I request that you review the complaint and state your position in writing. I enclose our response form. Kindly attach copies of any relevant documents.

Of course, if the consumer is entitled to a refund or other adjustment, it should be made promptly and you should advise us accordingly.

Please send your reply within seven business days.

I look forward to your cooperation.

Very truly yours,

Isabel Garmendiz
Bureau of Consumer Frauds
And Protection

Enclosure

PLEASE INCLUDE ABOVE FILE NUMBER ON ALL CORRESPONDENCE

120 Broadway, New York, NY 10271 * Phone (212) 416-8300 * Fax (212) 416-6003 * http://www.ag.ny.gov

FTC-GON-00002386

Goldstein Attach. J
p. 1 of 9

ATTORNEY GENERAL ANDREW M. CUOMO
STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF CONSUMER FRAUDS AND PROTECTION
120 Broadway, 3rd Floor
New York, NY 10271-0332
Tel. (212) 416-8345    Fax (212) 416-8787

**COMPLAINT FORM**
Consumer Hotline    For Hearing Impaired
(800) 771-7755    TDD (800) 788-9898
http://www.ag.ny.gov

RECEIVED BY
CONSUMER FRAUDS & PROTECTION BUREAU
SEP 2 3 2010
NYS OFFICE OF THE ATTORNEY GENERAL
NYC OFFICE

1. PLEASE BE SURE TO COMPLAIN TO THE COMPANY OR INDIVIDUAL BEFORE FILING/
2. PLEASE TYPE OR PRINT CLEARLY IN DARK INK.
3. YOU MUST COMPLETE THE ENTIRE FORM. INCOMPLETE OR UNCLEAR FORMS WILL BE RETURNED TO YOU.
4. MAKE SURE YOU ENCLOSE COPIES OF IMPORTANT PAPERS CONCERNING YOUR TRANSACTION.

## CONSUMER

| YOUR NAME | HOME TELEPHONE NUMBER |
|---|---|
| Ronald Panaro | 716-909-5828 |

| STREET ADDRESS | BUSINESS TELEPHONE NUMBER |
|---|---|
| | |

| CITY/TOWN | COUNTY | STATE | ZIP |
|---|---|---|---|
| | | | |

## COMPLAINT

| NAME OF SELLER OR PROVIDER OF SERVICES | NAME OF OTHER SELLER OR PROVIDER OF SERVICES |
|---|---|
| Law Office Of Sanders Law, P.A. /aka Consumer Credit Group LLC. | |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 3985 Gateway Centre Blvd, Ste 220 | |

| CITY/TOWN | STATE | ZIP | CITY/TOWN | STATE | ZIP |
|---|---|---|---|---|---|
| Pinellas Park | FL | 33782 | | | |

| TELEPHONE NUMBER | TELEPHONE NUMBER |
|---|---|
| 877-443-1672 | |

| DATE OF TRANSACTION | COST OF PRODUCT OR SERVICE | HOW PAID (Check those which apply) | |
|---|---|---|---|
| 4/26/2010 | $ 995.00 | ☐ Cash  ☐ Check  ☑ Credit Card  ☐ Other | |

| DID YOU SIGN A CONTRACT? | WHERE DID YOU SIGN THE CONTRACT? | DATE SIGNED |
|---|---|---|
| ☐ Yes  ☑ No | | |

| WAS PRODUCT OR SERVICE ADVERTISED? | WHERE WAS IT ADVERTISED? | DATE ADVERTISED |
|---|---|---|
| ☐ Yes  ☐ No | | |

TYPE OF COMPLAINT (e.g. car, mail order, etc. Use the reverse side of this form to provide details)
Company promised they would lower interest rates, would not affect credit and took my money and never contacted me again.

| DATE YOU COMPLAINED TO THE COMPANY OR INDIVIDUAL | PERSON CONTACTED | JOB TITLE |
|---|---|---|
| Several times  ☐ By Mail  ☑ By Telephone  ☐ In Person | David Glasscock and Manager | Negotiator |

| NATURE OF RESPONSE | DATE OF RESPONSE |
|---|---|
| Said there was nothing they could do, they said I was not eligible as I had opted out of all my credit cards. | None |

HAS MATTER BEEN SUBMITTED TO ANOTHER AGENCY OR ATTORNEY? (If "Yes," give name and address)
☐ Yes  ☑ No

IS COURT ACTION PENDING?  (Please describe as necessary)
☐ Yes  ☑ No

## ADDITIONAL INFORMATION

| MANUFACTURER OF PRODUCT | PRODUCT MODEL OR SERIAL NUMBER |
|---|---|
| | |

| ADDRESS | WARRANTY EXPIRATION DATE |
|---|---|
| | |

DID BUSINESS ARRANGE FINANCING? (If "Yes," give name and address of bank or finance company)
☐ Yes  ☑ No

PLEASE DESCRIBE COMPLAINT ON REVERSE SIDE

CNS 001NY (1/07)

FTC-GON-00002387

**Goldstein Attach. J
p. 2 of 9**

BRIEFLY DESCRIBE YOUR COMPLAINT

I was telemarketed by this company in April. They promised me they could reduce my interest rates and pay my debts off in five years without affecting my credit , which is perfect. I was randomly chosen for each and everyone of my credit cards to get a rate increase and I chose to opt out at the time and start paying off the balances on each of them as all of my payments were systematically doubled, even though I was never one single day late on any payments.

So, I was willing to pay the money to have this company save me thousands in interest, and they said they were attorneys, as you can see in the letters they sent. After they received my money, they sent me a bogus folder showing no savings at all, and it was about 50 pages long and very confusing. When I called to ask them to explain it to me no one could. I then said I was dissatisfied and wanted my money back. They said they could not save me any money because I had previously opted out with each of my cards, which I told them at the time they first called me. They never sent me notice that they could not help me, and acted as if it was no big deal, I gave them a grand almost to pay for their services, which were guaranteed and never provided. Please help me with this scam, and make sure they don't do this to anyone else! This is complete fraud, and then I had to listen to my wife say "I told you so!"

I believe this company is portraying itself illegally as you can see in the copies I am submitting. They assured me over the phone, that since I was not happy with their service and they were not able to save me any money as they had promised, they would give me a full refund. It has been six months and I haven't received a phone call or one dollar returned to me.

WHAT FORM OF RELIEF ARE YOU SEEKING? (e.g., exchange, repair or money back, etc.) Money back and damages if available.

WHO REFERRED YOU TO THIS OFFICE? My Wife.

## READ THE FOLLOWING BEFORE SIGNING BELOW

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, canceled checks, correspondence, etc.). DO NOT SEND ORIGINALS.

NOTE: In order to resolve your complaint, we may send a copy of this form to the person or firm about whom you are complaining.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

I also understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/or Section 210.45 of the Penal Law.

Signature: _____     Date: 9-8-10

HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?

Return to:     Office of the Attorney General
               Bureau of Consumer Frauds and Protection
               120 Broadway, 3rd Floor
               New York, NY 10271-0332

FTC-GON-00002388

Goldstein Attach. J
p. 3 of 9



# From the Law Office of Sanders Law, P.A.

Sanders Law, P.A. is a debt relief agency as determined by the U.S. Congress and helps people file for bankruptcy relief.

WELCOME ABOARD!!!

Thank you for giving us your confidence and the opportunity to help you take the first steps toward lowering your interest rates and getting out of debt 3 to 5 times faster. Running into debt isn't so bad. It's running into creditors that hurts. Mr. Sanders is a former staff attorney for the U.S. Department of Justice and has over 18 years of experience in debt relief.

We work with your credit card companies to help lower your interest rates and help you realize a new Financial Attitude. The program we provide will NOT damage your credit rating. Isn't it nice to know you have a law firm on your side that understands the value of your hard-earned money?

LEGAL SOLUTIONS FOR YOUR FUTURE..

If your situation is ever to change, the law firm is there for you.
He also has vast experience in:

• Debt relief and bankruptcy
• Stopping creditor harassment
• Home loan modifications
• Foreclosure defense

Sincerely,
Mr. Sanders, Esquire

FTC-GON-00002389



*Mission Statement*

## Our Mission Is Empowerment

By providing our clientele with a simple strategic
budgeting system and our lifetime interest rate reduction
program, we will enable consumers to
reach their lifestyle goals, without the stress of living paycheck
to paycheck, for the present and the future.

## Our Guarantee

Our company is committed to each of our client's goal of
a stress-free financial future. We are 100% confident in our ability to
show you the value of our service — so much that we will make
you this guarantee:

## Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a
substantial savings in interest and finance charges, you will receive a full
refund and still get to keep the rates that we negotiated on your behalf!

FTC-GON-00002390



negotiator- DAVID GLASSCOCK

Ron Panaro

Dear Ron,                                            April 27, 2010

It is with great enthusiasm that we at Consumer Credit Group, LLC welcome you
as a client to our services as well as our family! We pride ourselves on
empowering our clients with the knowledge and services that will enable them to
reach their financial goals to live free of debt and promote a sound financial future.
We promote a "Results" driven environment throughout our organization to ensure
we provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at Consumer Credit Group, LLC

### Consumer Credit Group, LLC
### 3985 Gateway Centre Blvd Ste 220
### Pinellas Park FL 33782
### 877-443-1672

FTC-GON-00002391



at&t | Universal Card

AT&T Universal Rewards Card

Charter Number

citi

Goldstein Attach. J
p. 7 of 9

ATTORNEY GENERAL ANDREW M. CUOMO
State of New York
Office of the Attorney General
Bureau of Consumer Frauds and Protection
120 Broadway, 3rd Floor
New York, NY 10271-0332

Att: L Garmendiz

File #: 2010-888883

# RESPONSE FORM

Name of consumer: _____

company: _____

address: _____

If a corporation, names of president and general manager: _____

If a partnership, names of partners: _____

If a sole proprietorship, name of owner: _____

Name, address and telephone number of person to contact for additional information: _____

**RESPONSE TO COMPLAINT:**
(Enclose copies of documents in support of your position. Use additional pages if necessary.)

_____
_____
_____
_____
_____
_____
_____

In order to resolve this matter, we offer to: _____

_____
_____

I understand that any false statements made on this form are punishable as a Class A Misdemeanor under §175.30 and/or §210.45 of the Penal Law.

Name: _____  Title: _____

Signature: _____  Date: _____

A COPY OF THIS REPLY WILL BE SENT TO THE CONSUMER

FTC-GON-00002393

# facsimile transmittal

| To: | Brett Fisher | Fax: | 727-286-6214 |
|---|---|---|---|
| From: | Consumer Credit Group: Ryan Schaub | Date: | 10/15/2010 |
| | | Pages: | 9 |

# confidential

FTC-GON-00002394

# Merchant Processing Agreement

Consumer Credit Group, LLC ("CCG") is a Florida limited liability company with its principal place of business located at 2300 Tall Pines Dr. Largo, FL and its principal, Dale Robinson with principal addresses at 2300 Tall Pines Dr. Clearwater, FL collectively "Seller").  Socalcia, Inc. is a  California corporation with its principal place of business located at  15131 El Camino Real. Del Mar, CA 92014 ("Socalcia").  Seller and Socalcia  enter into the following agreement effective May 28th, 2011

## RECITALS

A.      Through its activities in its information based sales activities, Seller has made and will continue to make sales of various products and services as described in the attached Exhibit A.  In connection with those sales, Seller identifies itself under the names associated with the products and services that it sells.  Seller has reached the credit limit for processing charges through its own merchant processing facilities and, in order to maintain a customer pipeline and to maintain the goodwill of its existing customers and sales force, it is seeking additional merchant processing capacity.

B.      As an accommodation and to facilitate the sales process, Socalcia has agreed to provide merchant processing facilities (credit and debit card) of a portion of Seller's sales.

C.      The parties desire to set forth the terms and conditions of those merchant processing facilities.

        **Therefore,** the parties agree as follows:

1.      Incorporation of recitals:  The recitals are incorporated into this agreement as if set forth in full at this place

2.      Merchant Processing—Remittance to Seller:  Socalcia shall process that portion of CCG's sales, as Socalcia determines in its sole discretion is prudent, through Socalcia's merchant processing facility.  Socalcia's ability to process CCG's charges will depend upon Socalcia's credit limit, processing limits, retention limits, Socalcia's own sales levels and such other factors as Socalcia shall deem reasonable or expedient. The initial sales processing level shall be limited to $37,209.00 per week.  CCG shall give Socalcia notice of any need for a higher limit at least one week prior to seeking to process higher processing levels.  Socalcia may, but is not required to, accept any higher processing loads.  Socalcia may lower the processing limits by giving CCG one day's notice of any lower limit. Socalcia will be able to modify merchant processing.

3.      Compensation for Merchant Processing:  Socalcia shall be paid twenty percent (20%) of the Gross Sales Amount of any sale processed for Seller through Socalcia's merchant processing facilities.  "Net Sales Amount" shall be the gross amount of the sale without any processing fees charged to Socalcia by its merchant processor.  T  The balance of 80% of the Gross Sales shall then be remitted to CCG.

4.      Time for payment:  Socalcia shall remit the CCG portion of the sales amount to CCG on the Wednesday following the close of the sales week on Saturday.  The CCG

Page 1 of 4

FTC-GON-00002250
**Goldstein Attach. K**
**p. 1 of 6**

portion shall be wired to the CCG's account at: Bank of America Routing #063100277 Account # 229023708306 CCG shall bear all wire transfer fees for both the incoming and outgoing wire transfers.

5.    Warranty of Sales Process:  Seller warrants that all sales shall be conducted in compliance with all federal state and local laws and regulations.  All sales shall include the name, address, credit card number, CCV information and expiration date.  All credit card information shall be maintained in a secure database.

6.    Chargebacks and refunds:  Seller shall be responsible for any chargeback, refund or debit to the account that results from a sale processed by Socalcia for the Seller.  Seller shall notify Socalcia of every refund request.  Although Seller may make reasonable attempts to "save" any sales cancellation or refund request, Socalcia shall have the authority, without regard to any claims made by Seller, to agree to any refund or chargeback.  In the event of such a decision by Socalcia, Seller shall have no recourse to either Socalcia or to the buyer for any amounts refunded to the buyer. Socalcia will withhold the amount of any refund or chargeback sought or awarded from the next payment then due the Seller.  IF the next payment due the Seller is insufficient to cover the refund or chargeback, Seller shall immediately deposition sufficient funds to cover the refund or chargeback as set forth in Paragraph 8 below.

7.    Indemnification:  Seller agrees to indemnify and hold Socalcia harmless from and against any chargeback, claim, lawsuit, action, governmental or other inquiry, fine or assessments or other inquiry related to any sale conducted by Seller for which the charge was processed through the Socalcia merchant account.  This duty to indemnify and hold harmless shall include any of Socalcia's direct costs associated with gathering and presenting any defense to any chargeback or claim, Socalcia's attorney's fees or other costs or defending any chargeback or claim or any other costs, including attorney's fees Socalcia incurs in connection with any charge processed for the Seller.  Seller further agrees to indemnify and hold Socalcia harmless against any damages that Socalcia might incur from the cancellation or limitation of its merchant processing facilities as a result of any of Seller's sales processed through Socalcia's merchant processing facility.

8.    Timing of Remitting Funds:  Whenever a chargeback or debit is made against the Socalcia merchant account and there are insufficient proceeds from ongoing sales to cover the chargeback or debit, Socalcia shall notify Seller of the chargeback or debit via email.  Within 24 hours of the email, Seller shall make a wire transfer of the funds necessary to offset the chargeback or debit to the Socalcia account.  Conversely, in the event that Socalcia prevails against any chargeback or debit to its merchant account and receives a deposit or credit to its account as a result, it shall notify Seller that if has received the deposit or credit and Socalcia shall remit (via wire transfer) the amount of the deposit or credit to Seller at the time of the next scheduled transfer to CCG.

9.    No Setoff Rights:  It is expressly agreed that Seller shall have no rights of setoff, nor any other right, whether sounding in law or equity, to refuse to remit the amount of a charge off as set forth in Paragraph 8 above.  Seller must first make the deposit of funds required by Paragraph 8 of this agreement in connection with any alleged dispute with Socalcia.  Thereafter, the parties shall resolve any dispute between them--through negotiation, mediation or arbitration as called for by this agreement.

Page 2 of 4

FTC-BOM 00000561
Goldstein Attach. K
p. 2 of 6

10.   Disclosure of Potentially Disproportionate Damages:  Seller acknowledges that failure to make the deposits required under Paragraph 8 of this agreement could cause the suspension or termination of Socalcia's merchant accounts.  Seller further acknowledges that suspension or termination of Socalcia's merchant accounts could cause the loss of Socalcia's future business, existing and future goodwill and damage Socalcia's (and its principals') credit ratings.  Seller acknowledges that Seller could be liable for any and all the damages caused to Socalcia and its principals and further acknowledges that any such damages may be grossly disproportionate to the amount Seller fails to remit pursuant to Paragraph 8 above.

11.   Confirmation of Sale:  Seller shall, in connection with any sale processed through Socalcia's merchant accounts under this agreement, at the time of the confirmation of the sale, give oral notification if the sale is through telephonic means and written confirmation in all other sales to the buyer that the charge will appear on the buyer's statement as successtrac877-5064906 or any other descriptor agreed by both parties. Seller shall also confirm and retain the confirmation of the sale in accord with the merchant processor's rules and regulations and in conformance with applicable local, state or federal law or regulation.

12.   Termination:  This agreement may be terminated by Socalcia at any time for any reason.  Seller may terminate this agreement upon thirty (30) days written notice after two (2) years.  Provided, however, that the Seller's responsibilities of deposit as set forth in Paragraph 8 and the Seller's responsibility of indemnification shall survive the termination of this agreement

13.   Notices:  Any notice required to be given pursuant to the terms of this agreement shall be given at the parties' addresses set forth above or at such other address as the party may provide from time to time in writing.  Notice shall be deemed given at the time of physical delivery if through a service that provides a written record of delivery; five business days after mailing if provided through the US Mail service; at the time of confirmation if provided via facsimile; if by email, at the time the email is sent without a "failed delivery" message.

14.   Attorney's Fees:  The substantially prevailing party shall recover all costs and attorney's fees incurred in connection with resolving any dispute arising out of a breach of this agreement.

15.   Construction:  The parties acknowledge that they are equally sophisticated business people with equal access to legal advice and counsel.  Each of the parties has either discussed this agreement with counsel or had the opportunity to do so.  Therefore, the parties agree that this agreement shall be deemed to have been drafted by all parties and shall not be construed against any party.

16.   Assignment:  Socalcia may be sold or reorganized in the future.  Such sale or reorganization may result in the processing account being transferred to another entity. This agreement may be assigned to any entity that maintains the merchant processing facility.  Except as specifically allowed, this agreement may not be assigned without the express written consent of all the parties.

17.   Arbitration:  Any dispute between the parties shall first be submitted to non-biding mediation.  If the mediation is unsuccessful, all disputes shall be submitted to

FTC-GOV 00000356

Goldstein Attach. K
p. 3 of 6

mandatory-binding arbitration before a single arbitrator pursuant to the rules of a national arbitration group such as the American Arbitration Association.  Any judgment entered by the arbitrator may be entered as a judgment of record in any court necessary for the enforcement of the judgment.

18.     Choice of Law:  This agreement shall be governed by the laws of the State of California without reference to its choice of law provisions.

CONSUMER CREDIT GROUP, LLC

By: _____                    Dated: _7-/2-11_
    Dale Robinson

SOCALCIA, INC.

By: _____                    Dated: _____
    Jason Gilbert, President

      The undersigned being the principals in the Consumer Credit Group, LLC hereby guaranty performance of the foregoing agreement.  This is a guaranty of performance, not of collection, and in the event of default, we understand and agree that CTI pay pursue us individually without being required to first bring a claim against or obtain a judgment or award against Consumer Credit Group, LLC.

_____                    Dated: _7-/2-11_
Dale Robinson

_____                    Dated: _____
Print name: _____

Page 4 of 4

Goldstein Attach. K
p. 4 of 6

## Merchant Processing Agreement
## Amendment No. 1

Consumer Credit Group, LLC ("CCG") is a Florida limited liability company with its principal place of business located at 2300 Tall Pines Drive, Largo FL and its principal, Dale Robinson is an individual with the same principal address (collectively "Seller"). Commercial Training Institute, Inc. is a California corporation with its principal place of business located at 2667 Camino del Rio South, Suite 207, San Diego, CA 92108 ("CTI"). Seller and CTI enter into the following agreement effective April ___, 2011.

### RECITALS

A.    Seller and CTI entered into a Merchant Processing Agreement on or about April 27, 2011 with an effective date of April 20, 2011 (the "Agreement").

B.    The parties have been operating under the terms of the original Agreement since that time and are mutually satisfied with the terms and conditions of the Agreement. Therefore the parties desire to reaffirm and extend the terms of the Agreement as follows:

**Therefore,** the parties agree as follows:

1.    Incorporation of recitals:  The recitals are incorporated into this amendment as if set forth in full at this place.

2.    Termination:  Paragraph 12 of the original Agreement shall be deleted and replaced by the following:  The parties agree that the term of the Agreement shall be extended to TWO (2) years from the date of this Amendment.  The term of the Agreement shall automatically renew for additional one year periods unless either party provides the other party with at least sixty (60) days written notice of the party's intent not to renew the term of the Agreement.  Provided, however, that CTI may terminate this agreement at any time in the event that any of its merchant processing facilities are closed, reduced or restricted in any manner.  Seller's responsibilities of deposit as set forth in Paragraph 8 of the Agreement and the Seller's responsibility of indemnification shall survive the termination of the Agreement

3.    Exclusive Processing:  Seller shall use CTI as its exclusive merchant processor up to CTI's maximum processing capacity.  Seller shall also notify CTI of any anticipated increase of sales above CTI's current merchant processing capacity and provide CTI the opportunity to seek additional processing capacity for Seller's use.

4.    No Other Modification:  Except as expressly modified and amended, the Agreement shall remain in full force and effect between the parties.

CONSUMER CREDIT GROUP, LLC

By: _____          Dated: _7-12-11_
    Dale Robinson

Page 1 of 2

Goldstein Attach. K
p. 5 of 6

COMMERCIAL TRAINING INSTITUTE, INC.

By: _____          Dated: _____
   Jason Gilbert, President

     The undersigned being the principal in the Consumer Credit Group, LLC
previously guaranteed the performance of all of Consumer Credit Group, LLC. That
guaranty is hereby reaffirmed, and the undersigned consents to the terms and conditions
of the foregoing Amendment to the Agreement.

_____          Dated: _7-12-11_____
Dale Robinson

FTC CON 00003155
**Goldstein Attach. K
p. 6 of 6**



# Mike DeWine
Ohio Attorney General

Consumer Protection
30 E. Broad St., 14th Floor
Columbus, Ohio 43215
www.ohioattorneygeneral.gov

October 4, 2011

Consumer Credit Group/Credit Card services
3985 GATEWAY CENTRE BLVD
PINELLAS PARK, FL 33782-6117

Re:
    Robert Basham
    Complaint #: 730132

Dear Sir/Madam:

I have attempted to make contact with you regarding the complaint of the above-named consumer. I wanted to give you the opportunity to resolve the complaint through our dispute resolution program. Since you have decided to ignore my requests, I will have to accept the allegations as set forth by the consumer and proceed on this basis.

You need to know that this office can investigate your business practices, subpoena your business records, issue a Cease and Desist Order, and, if deemed appropriate, file suit. We can also assess charges relating to such an investigation.

I will expect your written response within five days.

Please feel free to call me should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Ellen Sue Carrel
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2270
ellen.carrel@ohioattorneygeneral.gov
(866) 815-2524 (Fax)

NOTE:  Please send all communication electronically when possible.

FTC-GON-00002904

**Goldstein Attach. L**
**p. 1 of 2**



# MIKE DEWINE
★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

**Complaint No. 730132**
**Consumer:**
Robert Basham

_____ daytime

Date Entered: 8/12/2011
**Supplier:**
Consumer Credit Group/Credit Card services
3085 GATEWAY CENTRE BLVD
PINELLAS PARK, FL 33782-6117
(800)285-8585 ext. business
(877)596-5535 ext. business
(888)925-4759 ext. business

Email _____
Internet or Phone/Do Not Call
Solicited Via: Telephone Call

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Unsolicited Phone Calls |
| Purchase Date: | |
| Total Price: | $0.00 |
| Disputed Amount: | $0.00 |
| Amount Paid So Far: | $0.00 |

**Description:**

This company keeps calling almost every day. When I start to tell them I am contacting the Ohio Attorney Generals they just hang up. They have at least 10 different numbers that come on my phone, but it is always them. How do I sue them for harassment?

**Satisfactory Solution:**

Stop calling me, and settle up in court.

**Complaint No. 730132**

Tuesday, October 04, 2011

Page 1 of 1

FTC-GON-00002905

Goldstein Attach. L
p. 2 of 2



STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30213
Lansing, Michigan 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

October 26, 2011

Refer to AG No.:  2011-pi10140830353-A

1st Financial Asset Services
696 1st Aveane North #303
St Petersburg, FL 33701

Dear Sir/Madam:

    Re:  Sherry Kurzynowski

    Enclosed is a copy of the consumer complaint recently filed with this office by the above.
Kindly review this information and advise us of your position in this matter so that we may have
all the facts.

    This office enforces the Consumer Protection Act and other consumer laws under the
jurisdiction of the Attorney General and is charged with investigating all potentially unfair and
deceptive trade practices.  When we receive complaints such as this, inquiry is made as to
whether violations may have occurred and whether public interest demands action by this office.

    This initial inquiry does not constitute a determination by this office as to the validity of
the enclosed complaint; however, we would appreciate your written response within the next ten
days regarding this matter.  It will expedite the processing of this complaint if you could e-mail
your response to cp_email2@michigan.gov putting the AG No. in the subject line.

                Sincerely,

                BILL SCHUETTE
                ATTORNEY GENERAL

                Consumer Protection Division
                (517) 373-1140
                (877) 765-8388 - Toll Free in Michigan
                (517) 241-3771 - Fax

bad

FTC-GON-00002888



Dept. of Attorney General
Consumer Protection Division

OCT 1 2 2011

**RECEIVED**

CAG 050-001
Authority: 1976 PA 331
Compliance: Voluntary
Penalty: None



## MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

## CONSUMER COMPLAINT/INQUIRY FORM

Please be aware of the following:

- Complaints and inquiries become public records when they are submitted to the Attorney General's office, and under the Michigan Freedom of Information Act, copies may be subject to disclosure to anyone who asks for them.
- A copy of the complaint may be sent to the business against whom the complaint is issued. An accurate company Fax number will expedite processing.
- A copy of the complaint may be sent to other governmental agencies.
- Please be particularly cautious with information containing your Social Security number, credit card account numbers, etc. for security purposes. If you believe it is necessary to submit such information, you should mail that information and the corresponding complaint.

**Consumer Information**

Your Last Name: KURZYNOWSKT   First Name: SHERRY

Your Street Add ___

Your State: MICHIGAN   Zip Code: ____

Your County: JACKSON

Your Home Ph ____   Work Phone: ____

Fax Number: ____   E-mail Address: ____

**Primary Company or Person Your Complaint is About:**

Company:  Name: 1 ST FINANCIAL ASSET SERVICES

Street Address: 6961 9 AVE N Suite 303   City: ST PETERSBURG

State: FL 33701 3610   Zip Code: ____

County: ____   Phone: 1 866 6820803

Fax Number: ____   E-mail Address: FIRST FINANCIAL WELLNESS.COM

Website Address: ____

10-10-11

**Secondary Company or Person Your Complaint Is About**

Company:  Name: _____

Street Address: _____  City: _____

State: _____  Zip Code: _____

Phone: _____

Fax Number: _____  E-mail Address: _____

Web Site Address: _____

**Complaint Information**

Is Your Complaint About A Bill?   Yes ☒  No ☐

If So, Please Provide A Copy.

Approximate Monetary Value: $ _995.00_

Did You Sign A Contract?:     Yes ☐  No ☒  *They told me they E-signed for me*
*on line. my PC was down.*

Where Did You Sign This Contract: _____

Is A Court Action Pending?:    Yes ☐  No ☒

Do You Have An Attorney
Representing You On This Matter?: Yes ☐  No ☒

**Motor Vehicle Warranty Complaint Information**

If your complaint involves motor vehicle manufacturer warranties or non-dealer service contracts, please
fill out this section. Most other auto-related complaints, including dealer complaints and complaints
concerning automotive repairs and repair facilities, must be filed with the Department of State's Bureau of
Regulatory Services:  1-888-787-6424.

Vehicle Make, Model and Year: _____

VIN No.: _____

**Complaint Detail/Inquiry Information**

Describe your problem, what attempts you have made to correct it, and how you would like to have the
problem resolved. Use additional sheets if necessary.

_1-21-11 + & received a phone call from 1st financial_
_Services if vl want to lower my credit card_

_Sammy Kinzprowske 10-10-11_

FTC-GON-00002890

**Goldstein Attach. M**
**p. 3 of 12**

"...interest rates press 7 v I did so. I was told my accounts would see a changes in interest rates to 4.9% - 6.9%. I would also get a welcome pkg from 1st Financial but I was to list all cards balances we return to them v I never received a thing from the mat this point. After seeing no changes to interest rates v I personaly called said company v I got the rates down myself. They told me v I did see on cards credited 53.32 Discover v Capital 1 $5000 only (See Enclosed) not close to the promised target v I called 1st Financial told them I wanted my 995.00 back a credited to my Sears account. No deal. v and v I was told they did their job. (No 5 Times) v I did it myself. v I was v hung up on several times as v I continued to call stating no v I wanted my money back and all transcripts of them calling the card company's. v I was hung on again a again. v I never received. Transcripts for any calls they made. At this point

SKR 10-10-11

I called Sears which the
$995.00 for 1st Financial was charged
to this card. They tried to get some
results and were told they would
not talk to anyone but me per for
their customers. Again I called
and was hung up on again. All
the paperwork proves I did all
the work and please help me get
my money back + interest charged
to account (Sears) and close
these people down.

Sincerely
Sherry K. Kuzmowski
10-10-2011

SKK 10-10-11

FTC-GON-00002892

Goldstein Attach. M
p. 5 of 12



FTC-GON-00002883

Goldstein Attach. M
p. 6 of 12

PO Box 30943
Salt Lake City, UT 84130-0943

**DISCOVER**

March 29, 2011

LUWURA01 0035285
Sherry K Kurzynowski

Account Ending in ████

Dear Sherry K Kurzynowski:

Thank you for your recent inquiry regarding your Discover® card account.
We are pleased to inform you that your request for a lower Annual
Percentage Rate (APR) has been approved. Your new variable standard
Annual Percentage Rate (APR) of Prime Rate + 10.99%, currently 14.24% is
on new purchases made on or after the first day of your current billing
period. This does not change the terms of any promotional rate offers
you may have. Please see the terms of those offers for the rates that
apply, including the rate that applies upon expiration of the
promotional rate. Please remember, if you pay late, we may increase all
your APRs on new transactions to variable Penalty APRs. See your
Cardmember Agreement for details.

Make the most of your new APR by using your Discover card for everyday
purchases such as groceries and gas. We'd also like to remind you of the
many benefits that you receive as a Discover Cardmember:

Make your money worth More(R)*

- 5% Cashback Bonus(R) in categories that change like travel, gas,
groceries, restaurants and many more
- Up to 1% unlimited Cashback Bonus on all other purchases
- Cash rewards that never expire

Complete Fraud Protection for your peace of mind
- $0 fraud liability guarantee
- Advanced fraud early warning alerts

Customer Service that puts you first
- Talk to a knowledgeable person in less than a minute
- Easy online account management options

SKK 10-10-11

3107
05585/56   3/07/129

Discover.com
Discover®, issued by Discover Bank, Member FDIC

110331
02-45-12   Page 1 of 2

PO Box 30943
Salt Lake City, UT 84130-0943

**DISCOVER**

March 16, 2011

LUWORA01 0018831
Sherry K Kurzynowski

Account Ending in

Dear Sherry K Kurzynowski:

Thank you for your recent inquiry regarding interest charges assessed to
your Discover(R) card account. We regret any misunderstanding
surrounding these charges.

Because you are a valued Cardmember, we have credited the interest
charges in the amount of $53.22. This credit will appear on your next
monthly statement.

Visit Discover.com today! Register at the Discover Card Account Center
to view your statement summary online, pay your Discover card bill, and
take advantage of extra rewards by shopping online at over 100 top
retailers through ShopDiscover℠.

We're glad you're a Discover Cardmember. If there is anything we can do
to serve you better, please let us know. Knowledgeable Account Managers
are available to assist you 24 hours a day, 7 days a week at
1-800-DISCOVER (1-800-347-2683), or you can always visit us at
Discover.com.

Thank you for the opportunity to serve you.

Sincerely,

Discover Card Customer Service

SKK 10-10-11

Discover.com
Discover®, issued by Discover Bank, Member FDIC

**DISCOVER**

## Annual Percentage Rate (APR) Request Form

The following criteria must be met for an account to be considered for a lower purchase APR. Should you have questions about your account history, account information is viewable at Discover.com.

- Account has been open for a minimum of 12 months
- Account has not been delinquent in the last 12 months
- Account has not been overlimit in the last 12 months
- Account has not received a lower standard APR for purchases in the last 12 months
- Account has not been closed, revoked, or suspended

Name:           Sherry K Kurzynowski

Address:        ▮▮▮▮▮▮▮▮▮▮▮▮

Phone Number:   ▮▮▮▮▮▮▮▮▮▮▮▮

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮

Email Address:  ▮▮▮▮▮▮▮▮▮▮▮▮

Signature:      *Sherry R. Kurzynowski*

By signing this form, you are requesting that we review your account for the lowest standard annual percentage rate (APR) for which this account qualifies. You are also confirming that your account meets the criteria listed above. Please note that if approved, any reduction in APR will be applied to the future purchases only.

Please mail to:
Discover Card
PO Box 30950
Salt Lake City, UT 84130-9919

We will notify you regarding our decision within thirty (30) days of our receipt of this completed request form.

SKK 10-10-11

FTC-GON-00002896

Goldstein Attach. M
p. 9 of 12

# Sears

Sears Cardmember Services
P.O. Box 6286
Sioux Falls, SD 57117-6286

July 11, 2011

Account Number

Dear SHERRY K KURZYNOWSKI:

We're glad you've decided to remain a Sears MasterCard™ Cardmember and that you've accepted a lower Annual Percentage Rate (APR) on your account for purchases.

The variable regular purchase rate APR will be the Prime Rate plus 13.99%, currently 17.24%. This APR equals a daily periodic rate of 0.04723%. This APR will vary with the market based on the Prime Rate. This purchase APR will be applied to your account beginning 2 business days from the date of this letter. This rate does not apply to cash advances.

Please see below for a Deferred Interest Promotion Offer Update. 

This letter is part of your Card Agreement and should be kept for future reference.

If you have additional questions about your account, our Cardmember Service Representatives are available to assist you at the number below, 24 hours a day, seven days a week, or contact us online at www.SearsCard.com.

We appreciate your business and thank you for being Sears MasterCard™ Cardmember.

Sincerely,

Sears Cardmember Services
800-669-8488

This account is issued by Citibank, N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

Please note: Variable rates are as of 07/11/2011.

The term regular purchase APR has the same meaning as the terms Regular Sears Purchases APR, regular Internal Purchases APR and regular External Purchases APR.

## Deferred Interest Promotional Offer Update

From time to time, as a Sears MasterCard™ card holder you may be offered special limited time only deferred interest promotional offers.

Deferred interest promotional offers include the following types of offers:

No Interest If Paid in Full in 6 Months
No Interest If Paid in Full in 12 Months
No Interest If Paid in Full in 18 Months
No Interest If Paid in Full in 24 Months
No Interest If Paid in Full in 36 Months

If the balance is not paid in full by the end of the promotional period (or, to the extent permitted by law, if you make a late payment), interest charges will be imposed from the purchase date at the purchase rate on your account which is 17.24% APR. This APR is as of 7/11/2011 and will vary with the market based on the Prime Rate.

SKK 10-10-11   Sears is a registered trademark of Sears Brands, LLC

FTC-GON-00002897

**Sears**

SEARS CARDMEMBER SERVICES
PO BOX 6276
SIOUX FALLS, SD 57117

08/31/2011

SHERRY K KURZYNOWSKI                                    Account Number:

Dear SHERRY K KURZYNOWSKI:

We received your inquiry concerning the disputed amount of $995.00 dated 1/21/11 with FIRST
FINANCIAL.

We are unable to issue a credit to your account for the disputed amount. This merchant is unwilling
to speak with anyone but their customers. Since you engaged in this transaction, you will need to
contact the merchant directly. We now consider this matter resolved and have closed our
investigation.

While we realize your account may be in good standing, Federal Regulations require us to remind
you that we may report your account as past due to the consumer reporting agencies listed below if
we do not receive the minimum payment by the due date shown on your billing statement.

| | | |
|---|---|---|
| Experian | TransUnion LLC, Consumer | Equifax Credit Information |
| P.O. Box 2002 | Relations Center | Services |
| Allen, TX 75013-0036 | P.O. Box 1000 | P.O. Box 740241 |
| 1-888 EXPERIAN (397-3742) | Chester, PA 19022 | Atlanta, GA 30374-0241 |
| www.experian.com | 1-800-888-4213 | 1-800-685-1111 |
| | www.transunion.com | www.equifax.com |

If you have additional questions about your account, our Cardmember Service Representatives are
available to assist you at the number below, 24 hours a day, 7 days a week.

Sincerely,

Sears Cardmember Services
1-800-917-7700

DB87738

10-10-11

Sears is a registered trademark of Sears Brands, LLC

FTC-GON-00002898

Goldstein Attach. M
p. 11 of 12



Goldstein Attach. M
p. 12 of 12



**State of Wisconsin**
*Department of Financial Institutions*

Scott Walker, Governor                                    Peter Bildsten, Secretary

March 12, 2012

Chief Executive Officer
Consumer Credit Group LLC
2300 Tall Pines Blvd
Largo FL 33771

Re:   Kathi Tenhover
      DFI File 223900

Dear Sir:

The Wisconsin Department of Financial Institutions received the enclosed complaint against Consumer Credit Group LLC ("CCG") from Kathi Tenhover, a resident of Dousman, Wisconsin.

The information in this complaint indicates that CCG is operating as an adjustment service company in the State of Wisconsin. This Department administers the adjustment service company law in Wisconsin, Section 218.02, Wis. Stat., and our records indicate you are not licensed to conduct such business in the State of Wisconsin. Enclosed with this letter is an adjustment service company license packet, which includes a copy of Section 218.02 of the Wisconsin Statutes and Wisconsin Administrative Code ("Rule") DFI-Bkg 73.

***CCG should immediately cease all such activity involving Wisconsin residents until the company is properly licensed by this Department.*** Among other things, CCG is prohibited from collecting or receiving fees or other forms of compensation from Wisconsin consumers because it is not licensed as an adjustment service company under Section 218.02.

At this time, our primary goal is ensuring that all unlawful activity of **CCG** ceases in the State of Wisconsin and that any monies paid in violation of relevant state laws are returned to consumers. Pursuant the Department's investigative powers under Wis. Stat. §§ 217.17, 217.18 and 218.02(9)(c), we request the names, addresses, and phone numbers of all Wisconsin residents who have contracted with your company. Please forward the following information:

- A list of the dates and amounts of the payments that CCG has received from the consumer;
- A list of the date and amount of each payment that has been paid to each consumer's creditor(s);
- The name of the attorney providing the legal services and if the attorney is licensed to practice law in Wisconsin;

FTC-GON-00002907

Goldstein Attach. N
p. 1 of 13

STATE OF WISCONSIN
Department of Financial Institutions

March 12, 2012
Page 2

- The amounts of the fees assessed to each consumer; and
- The amount of money refunded to each consumer;

In addition, please respond specifically to the Tenhover's complaint, providing all documents and correspondence related to said consumer and the total amount of fees assessed.

Finally, please advise this Department of the actions taken by **CCG** to avoid any future violations of Section 218.02, Wis. Stats., and Rule DFI-Bkg 73.

We ask that you furnish this Department with a written reply within 30 days of the date of this letter. If we do not receive this information from you within that timeframe, we will assume you are not interested in a voluntary resolution and will proceed with administrative action which may include issuance of an Order, Notice of Hearing and referral to the Wisconsin Department of Justice for enforcement.

If you have any questions, you can contact me by email at Margaret.Schmelzer@wi.gov by phone at 608-261-2310 or via fax at 608-267-6889.

Sincerely,

Maggie Schmelzer
Examiner
Licensed Financial Services

Enclosures
Certified Mail and First Class Mail
cc: Tenhover

FTC-GON-00002908

Goldstein Attach. N
p. 2 of 13

223900

Sec. 426.104, Wis. Stats.

**STATE OF WISCONSIN**
DEPARTMENT OF FINANCIAL INSTITUTIONS

Return Form To:

Department of Financial Institutions
Bureau of Consumer Affairs
PO Box 8041
Madison, WI 53708-8041

RECEIVED

MAR  9 2012

WISCONSIN
DFI - WCA

discover (800) 452-3328
customer (608) 264-7969
TDY (608) 286-8818
Fax (608) 264-7968
www.wdfi.org

**COMPLAINT**

This form may be used to file a complaint or inquiry. Information may be used for secondary purposes.

| YOUR INFORMATION | THE BUSINESS YOUR COMPLAINT IS AGAINST |
|---|---|
| Name Mr. Mrs./Ms. KATHI TENHOVER | Name CONSUMER CREDIT GROUP LLC |
| Address | Address P.O. 2300 TALL PINES BLVD |
| City    State    Zip Code | City LARGO    State FL    Zip Code 33771 |
| Reach me by phone between 8 a.m. and 4 p.m. at: 10:30AM | Name of person you dealt with: MELISSA (NEGOTIATOR) |
| Account number with business, if any: NONE | Phone number: (877) 443-1672 OR |
| E-mail address: | 877-506-4908 |

The activity or practice of the business you are questioning:

☐ Credit card fees/charges   ☐ Unauthorized credit card charges   ☐ Checking/debit card   ☐ Billing errors
☐ Disputed/obsolete debt   ☐ Collection practices   ☐ Three day right to cancel   ☒ Other _____

Which best describes your first contact with the business?
☐ Person from business came to my home
☒ Person from business called me
☐ Business mailed / e-mailed information to me
☐ I attended a convention or trade show
☐ I went to the business
☐ I contacted the business by telephone / Internet
☐ I responded to a radio / Internet / TV ad
☐ I responded to a printed advertisement

When did the first contact occur? Month: JUNE   Day: 24   Year: 2011

What product or service did you buy? LOWER MY INTEREST RATES ON CREDITCARDS

Amount paid: $ 890⁰⁰   by: ☐ cash ☐ check ☒ credit / debit card ☐ financed ☐ other plan

Where did you pay for the product or service:
☐ At my home
☐ In someone else's home
☐ By mail / e-mail
☐ At the company's place of business
☐ At a convention or trade show
☒ Over the telephone / Internet by credit card or check

Did you sign a contract? ☒ Yes   ☐ No   When: an authorization for service - 9/25/11

If yes, where did you sign the contract: HOME

Have you contacted the business about this complaint?
☒ Yes   ☐ No   When: EARLY FEB, 2012

Have you filed this complaint with any other agency?
☒ Yes   ☐ No   Agency name: BETTER BUSINESS BUREAU- MILWAUKEE

Have you contacted a private attorney? ☐ Yes   ☒ No   Has legal action been started? ☐ Yes   ☒ No

**PLEASE COMPLETE THE REVERSE SIDE OF FORM**

DFI/BCA/500  (Rev. 2/08)

Page 1 of 2

FTC-GON-00002909

Goldstein Attach. N
p. 3 of 13

Describe your complaint and the events in the order they happened, including specific dates and the activities or practices to which you object. IMPORTANT: Please attach copies of any documents, such as a contract, advertisements, credit card statements, letters, etc., which are pertinent to your complaint.

_see attached letter)_

What resolution do you suggest?   _I don't expect to get my money back). However, this company is "duping" people about their services & they need to be stopped. I'd hate to see others get "taken" this way. Also I don't think Chase Bank would be too happy if they knew they were using their special offers._

The above statement is true and accurate to the best of my knowledge. This document can be made available in alternate formats upon request to qualifying individuals with disabilities.

### Consent to Release Information

The information provided may be used in efforts to resolve my problem and may be shared with the party complained against. The Department may seek additional information from businesses and I authorize the disclosure of applicable documents to the Department, including those protected by laws such as HIPAA. I understand any information may be subject to open records laws.

Your signature _Kathe Halsover)_        Date   _3-5-12_

I had contacted Consumer Credit Group at the beginning of Feb. 2012 to cancel my agreement with them. They had told me in June 2011, that they would reduce my interest rates on my 2 credit cards (Chase, Capitol One), that it would take a couple of months, but that I would be saving an incredible amount of money. As a fee for this, they charged me $890 on my Chase card. They received my paperwork Oct. 5, 2011.

In Dec. 2011, a "negotiator" (Melissa) called me & told me she negotiated a 3.99% int. rate for 1 yr. if I did a balance transfer from my Capital One acct. to my Chase acct. After 1 year, the bal. would then be at 11.24% which is my current interest rate w/Chase. My "actual" interest rates would not change. I would have to call Chase to make the transfer myself.  Later that afternoon, I received my Chase bill along with some Chase "checks" that offered me an APR of 3.99% for 1 yr. if I used the checks to do a balance transfer. THE EXACT SAME OFFER THAT MELISSA SAID SHE "NEGOTIATED" FOR!
If I wanted to do a balance transfer I could do that on my own.

From Day 1, I had asked for lowered interest rates. I haven't received any. As a result, I asked to cancel.  All they did was bully me, and tell me that if it "wasn't for them, I never would have received the Checks/& Offer from Chase." I asked for a refund and they said no way would they send me a refund – because they did they're service to negotiate this "deal" from Chase. I talked with a banker at Chase – he said they are not affiliated with Consumer Credit Group (CCG) and that ALL customers in good standing (which I am) receive these offers throughout the year.  He felt what they were doing was wrong.
I believe CCG is misleading customers by using the banks special offers as their own deals. In my opinion, this is a fraudulent business practice.

Kathi Tenhover

*Kathi Tenhover* (signature)

FTC-GON-00002911



Kathi Tenhover

Dear Kathi,                                                    June 28, 2011

It is with great enthusiasm that we at Consumer Credit Group, LLC welcome you
as a client to our services as well as our family! We pride ourselves on
empowering our clients with the knowledge and services that will enable them to
reach their financial goals to live free of debt and promote a sound financial future.
We promote a "Results" driven environment throughout our organization to ensure
we provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at Consumer Credit Group, LLC

**Consumer Credit Group, LLC**
**P.O Box 17914**
**Clearwater FL 33762**





# CHASE

Manage your account online: www.chase.com/creditcards

Customer Service
1-800-945-2000

Additional contact
Information on back

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | $7,670.80 |
| Payment, Credits | -$250.00 |
| Purchases | +$807.99 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$29.00 |
| Interest Charged | +$76.14 |
| New Balance | $8,432.73 |

| | |
|---|---|
| Opening/Closing Date | 06/14/11 - 07/13/11 |
| Total Credit Line | $20,200 |
| Available Credit | $11,767 |
| Cash Access Line | $20,200 |
| Available for Cash | $11,767 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $8,432.73 |
| Payment Due Date | 08/10/11 |
| Minimum Payment Due | $160.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 years | $16,685 |
| $277 | 3 years | $9,981 (Savings=$6,065) |

If you would like information about credit counseling services, call 1-866-797-2885.

## TRAVELPLUS SUMMARY

| | |
|---|---|
| Previous Miles Balance | 24,686 |
| Miles Earned on Other Purchases This Period | 808 |
| Miles Earned on Yearly Program Fee | 20 |
| Miles Earned on Chase Rewards Plus Purchases | 0 |
| New Total Miles Balance | 25,813 |

Thank you for using this credit card that rewards you miles for all your purchases! We appreciate you choosing Chase for your financial needs. We are here to serve you. If you have any questions, do not hesitate to call us!

Your Chase TravelPlus credit card allows you to earn unlimited Miles. You earn 1 mile for every $1 you spend on purchases, and 2 miles on eligible travel purchases including airfare, hotels and car rentals. Earn additional miles - as much as 10 miles per $1 shopping online through www.chase.com/rewardsplus. Add authorized users, and sign up to have your monthly bills charged to your card why not get miles for all those purchases too? Redeem your miles by logging onto www.chase.com/trwatch or by calling 1-800-000-0000.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **PAYMENTS AND OTHER CREDITS** | |
| 07/09 | Payment - Thank You | -250.00 |
| | **PURCHASES** | |
| 06/23 | CHASE ID PROTECTION 800-530-5196 VA | 7.99 |
| 06/25 | SUCCESSTRACE877-5064908 LAS VEGAS NV | 800.00 |
| | **FEES CHARGED** | |
| 07/13 | REWARDS PROGRAM FEE | 29.00 |
| | TOTAL FEES FOR THIS PERIOD | $29.00 |
| | **INTEREST CHARGED** | |
| 07/13 | PURCHASE INTEREST CHARGE | 76.14 |
| | TOTAL INTEREST FOR THIS PERIOD | $76.14 |

X

FTC-GON-00002913

12/2011

**CHASE ○**

I rec'd this from Chase
the same day - they negotiated a dea

| Interest and Fee Information | |
|---|---|
| APR for Check Transactions | 3.99% (Promotional APR through your billing cycle that ends in January 2013) When the promotional period ends on the date listed above, you will be charged 11.24%, the standard APR for Balance Transfers. This rate will vary with the market based on the Prime Rate. |
| Use By Date | 12/31/2011. You must use these checks by this date for the promotional APR and/or Fee to apply. Transactions that post after the Use By Date will be charged the standard APR and Fee for Balance Transfers, the penalty APR if applicable, or will be declined. |
| Fee | No transaction fees apply to transactions from this offer. The standard fee for Balance Transfers is either $5 or 3% of each transaction amount, whichever is greater. |
| Paying Interest | We will begin charging interest on these checks on the transaction date. |

Para información o asistencia con relación a esta oferta, por favor comuníquese con el número gratuito al reverso de su tarjeta de crédito.

Current Interest Rates:
Chase - 11.24%
Capital - 14.90%

FTC-GON-00002914

Goldstein Attach. N
p. 8 of 13



# My Success Track

Sign Out

### Call Doctor Care

### MST Resource Center

### MST Legal

### MST Tax

### MST Digital Protection

### MST Savings

HOME | SERVICES | CONTACT | PRIVACY POLICY | TERMS OF USE

Copyright © 2012 My Success Track . All Rights Reserved
Broadstreet Holdings LLC
121 S Orange Ave
Orlando, FL 32801

*The phone call I received in June asked me only, if I was interested in reducing my interest rates on my credit cards. They never offered me other services — only that they could reduce my interest rates in a couple of months. On their website, they list other "services" of which I never requested.*

http://www.mysuccesstrack.com/member/index.php

2/13/2012

FTC-GON-00002915

Goldstein Attach. N
p. 9 of 13



Terms of Use — Page 1 of 2

# My Success Track

HOME | SERVICES | CONTACTS

## TERMS OF USE

### Changes to the Terms of Use

The effective date of these Terms of Use is January 1, 2011. We reserve the right, at our sole discretion, to change, update, add or remove any portion of the Terms of Use at any time by posting the changes to the Terms of Use on our website, which will be effective immediately. Please review the Terms of Use each time you visit our website. Your continued use of our website after any changes to the Terms of Use are posted will be considered acceptance of such changes.

### Cancelation Policy / Refund Policy

All products listed on this site are sold as 1 package for $1290.00. If you are not completely satisfied with our product and services you can cancel anytime up to 7 days from the date of purchase for a Full Refund.

### Site Security

Violating the security of our site is prohibited and may result in criminal and civil liability. Mysuccesstrack.com may investigate incidents involving such violations and may involve and will cooperate with law enforcement if a criminal violation is suspected. Examples of security violations include, without limitation, unauthorized access to or use of data or systems including any attempt to probe, scan, or test the vulnerability of a site or to breach security or authentication measures, unauthorized monitoring of data or traffic, interference with service to any user, host, or network including, without limitation, mail bombing, news bombing, other flooding techniques, deliberate attempts to overload a system, forging any TCP-IP packet header, e-mail header, or any part of a message header, except for the authorized use of aliases or anonymous remailers, and using manual or electronic means to avoid any use limitations.

### We have also taken numerous security measures including:

Limiting access to personal information to those employees who are critical to the delivery of products and services to you.

Implementing appropriate physical, electronic, and managerial procedures to guard against unauthorized access of use.

Requiring appropriate commands and protections from our business partners before we share any personally identifiable information.

### Intellectual Property Rights - Limited License

We grant you a revocable, nonexclusive, non-transferable, limited right to access, use and display our website and the information and materials provided on our website ("Information") only pursuant to the terms and conditions of the Terms of Use. Title to the Information remains with us at all times (the respective owners of such information at all times).

We authorize you to access, use and display the information only for your personal use. This authorization is not a transfer of title in the Information or any copies of the information. Your must retain, on all copies of the Information downloaded, all copyright, trademark, logo and other proprietary notices contained in the Information, and you may not modify the information in any way or reproduce or publicly display, distribute or otherwise use the Information for any public or commercial purpose. You agree to abide by all additional restrictions displayed on our website as it may be updated from time to time. Our website, including the Information, is copyrighted and protected by worldwide copyright laws and treaty provisions. You agree to comply with all copyright laws worldwide in your use of our website and to prevent any unauthorized copying of the Information. Except as expressly provided herein, we do not grant any express or implied right to you under any patents, trademarks, copyrights or trade secret information. We reserve all rights not expressly granted to you herein.

### Restrictions on Use

You agree not to transmit any data to our website that you have reason to believe is infringing, obscene, threatening, libelous, or otherwise unlawful or tortious, including but not limited to material that is harmful to children or violative of third party privacy rights. Hacking, spamming, denial-of-service attacks and similar disruptive actions are prohibited. You agree not to imply any affiliation between you and Consumer Credit Group without our prior written consent. You agree to remove any links you have to our website upon our request.

### Third Party Links

Our website may contain links to websites not operated by us. These links are provided for your convenience, and we do not review, control, or monitor the materials or

FTC-GON-00002916

Goldstein Attach. N
p. 10 of 13

~rms of Use

any other websites. We make no warranty or representation regarding, are not responsible for, and do not endorse, any linked websites or any information appearing on, products or services described on, or security or privacy practices employed by such linked websites. Links do not imply that we endorse or are affiliated or associated with the entities operating the linked websites, or are legally authorized to view any trademark, trade name, logo or copyright symbol displayed in or accessible through the links, or that any linked website is authorized to use any trademark, trade name, logo or copyright symbol of Consumer Credit Group.

### Disclaimer and Limitation of Liability

OUR WEBSITE AND THE INFORMATION MAY CONTAIN INACCURACIES AND TYPOGRAPHICAL OR OTHER ERRORS. WE DO NOT WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION OR ANYTHING ON OUR WEBSITE OR THE RELIABILITY OF ANY ADVICE, OPINION, STATEMENT OR OTHER INFORMATION DISPLAYED, DISTRIBUTED OR ACCESSED THROUGH OUR WEBSITE. YOU ACKNOWLEDGE THAT ANY RELIANCE ON ANY SUCH OPINION, ADVICE, STATEMENT OR INFORMATION SHALL BE AT YOUR SOLE RISK. WE RESERVE THE RIGHT, IN OUR SOLE DISCRETION, TO CORRECT ANY ERRORS OR OMISSIONS IN ANY PORTION OF OUR WEBSITE. WE MAY MAKE ANY OTHER CHANGES TO OUR WEBSITE AND THE INFORMATION AT ANY TIME WITHOUT NOTICE.

WE PROVIDE OUR WEBSITE AND ALL CONTENT, INFORMATION, AND DATA CONTAINED HEREIN ON AN "AS IS" BASIS, AND WE EXPRESSLY DISCLAIM ANY WARRANTY OR CONDITION, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE.

YOU AGREE THAT IN NO EVENT SHALL WE OR ANY OF OUR OFFICERS, DIRECTORS, EMPLOYEES, AGENTS OR SUPPLIERS BE LIABLE TO ANY PERSON OR ENTITY UNDER ANY CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY FOR ANY DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL OR OTHER DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR PROGRAMS OR OTHER DATA ON YOUR INFORMATION HANDLING SYSTEM) RELATED TO YOUR USE OR INABILITY TO USE OUR WEBSITE OR THE INFORMATION, CONTENT OR FUNCTIONS OF OUR WEBSITE OR ANY LINKED WEBSITE, EVEN IF WE ARE EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

Your sole and exclusive remedy under these Terms of Use is to discontinue accessing and using our website if we breach these Terms of Use or if you are dissatisfied with our website or with any term or condition of these Terms of Use.

### Website Availability and Changes

Our website may be unavailable from time to time due to mechanical, technical, software, hardware or third party vendor failures, updating or construction. We cannot predict or control when such downtime may occur and cannot control the duration of such downtime. We may terminate, change, suspend or discontinue any aspect of our website, including the availability of any features of our website, at any time. We may also impose limits on certain features and services or restrict your access to parts or all of our website without notice or liability. We may terminate the authorization, rights and license given above at any time.

### Choice of Law

Our website is administered from our offices within the United States of America. We make no representation that any of the information is appropriate or available for use at locations outside of the United States. Access to our website or the information from territories where the content of our website is illegal is prohibited. You may not use our website or export the information in violation of U. S. export laws and regulations. If you access our website from a location outside of the United States, you are responsible for compliance with all local laws, rules and regulations. These Terms of Use and our Privacy Policy shall be governed by the laws of the State of Florida, without giving effect to its conflict of laws provisions. You agree and irrevocably consent to the exclusive and sole jurisdiction of and venue in Pinellas County, Florida. If any provision of these Terms of Use is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches.

### Contact Information

If you have any questions about our Terms of Use, please click on the Contact link. We welcome any questions and suggestions about our Terms of Use.

HOME | SERVICES | CONTACT | PRIVACY POLICY | TERMS OF USE

 

Copyright © 2012 My Success Track, an Hright reserved
Broadstreet Holdings LLC
121 S Orange Ave
Orlando, FL 32801

FTC-GON-00002917

Goldstein Attach. N
p. 11 of 13

# My Success Track

*The path to __your__ financial future!*



MST Resource Center

MST Legal Care

MST Tax Service

MST Credit Protection

MST Savings Club

MST ID Theft Protection

(877) 506-4908
MySuccessTrack.com

## Welcome!

My Success Track (MST) is your one stop shop when you are ready to change your financial future. MST provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### Log in and start saving today!

    Target.com 

Consumer Credit Group ◆ 2300 Tall Pines Blvd. ◆ Largo Florida, 33771 ◆ 877-506-4908

FTC-GON-00002918



FTC-OON-00002919

***Remember. If we fail to show you your minimum savings of $1500.00/$3000.00 then the entire fee will be completely refunded back to your card with no questions asked. You will still receive our services for the rest of your life for free.

***(First Name) you just want to know that you're making the right decision. That is why we have our refund policy. The only reason you would not be satisfied is if we fail to demonstrate our minimum savings of $1500.00/$3,000.00. It is a win-win situation. Remember, either the fee is absorbed into the savings or completely refunded. The only thing you have to lose is years off your payments and money you've been applying to your interest each month. Not to mention you are probably more of a visual person than you are audio, once you se the savings in black and white, you will know you made the right decision. Just give me 1% of your trust and **Consumer credit group** will earn the other 99%. Fair enough?

***We go one step further and put all of your guarantees and refund policy on audio recording for your protection. This is what legally binds us to give you exactly what we have guaranteed you. Plus, it also gives your more piece of mind in knowing that you are going to get out of debt faster and save this money.

FTC-GON-00002928

**Goldstein Attach. O**



*Fees And Guarantees:*

| DEBT | FEE | SAVINGS |
|---|---|---|
| $2,500 – $5,999 | $795.00 | $1,500 |
| $6,000 – $25,999 | $795.00 | $3,000 |
| $26,000 – $45,999 | $895.00 | $5,000 |
| $46,000 – $69,999 | $895.00 | $7,500 |
| $70000 – $99,999 | $995.00 | $10,000 |
| $100,000+ | $1295.00 | $20,000 |

*$6,000 Or Higher Gaurantees –Total Fees*

| DEPOSIT | BACK FEE | TOTALFEE |
|---|---|---|
| $795.00 | $699.00 | $1,494.00 |
| $895.00 | $699.00 | $1,594.00 |
| $995.00 | $699.00 | $1,694.00 |
| $1295.00 | $699.00 | $1,994.00 |

FTC-GON-00002406

**Goldstein Attach. P**