Law Office of Robert Eckard & Associates
Robert D. Eckard, Esq.
3001 Alternate US Highway 19 N.
Palm Harbor, FL  34683
Telephone-(727)772-1941
Facsimile-(727)771-7940

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | **Case No.  8:12-cv-586-T35-EAJ** |
| v. | |
| PRO CREDIT GROUP, LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF COMPLIANCE OF RULE 45 SUBPOENA BY CONSUMER BUDGET SERVICES AS PROPOUNDED BY THE FEDERAL TRADE COMMISSION

PLEASE TAKE NOTICE THAT non party, CONSUMER BUDGET SERVICE,

including Richard Clark and Karissa Dyar, by and through the undersigned counsel, have

complied with the production request in the Federal Trade Commission's Rule 45 Subpoena

Duces Tecum dated June 28, 2012.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 25, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic by U.S. Mail and Email at the addresses listed below.

**LAW OFFICE OF ROBERT ECKARD
& ASSOCIATES, P.A.**


_____ */s/ Robert Eckard* _____
□**Robert D. Eckard, Esquire (FBN: 0162655)**
□**Joelle Fisher, Esquire (FBN: 48204)**
□**Amber Hill, Esquire (FBN: 43596)**
□**Veronica Coulter (FBN 7774864)**
**3110 Alternate 19 N.**
**Palm Harbor, FL  34683**
**Telephone: (727) 772-1941**
**Facsimile: (727) 771-7940**
**E-mail:** Robert@RobertEckardLaw.com
**Counsel to Consumer Budget Services**

## SERVICE LIST

### FEDERAL TRADE COMMISSION vs. PRO CREDIT GROUP, LLC. et al.
Case Number: 8:12-cv-586-T35-EAJ
United States District Court, Middle District of Florida
Tampa Division

Melinda Claybaugh, Esq.
Julia Solomon Ensor, Esq.
Federal Trade Commission
600 Pennsylvania Ave, N.W., M-8102B
Washington, D.C. 20580

Mark Bernet, Esq.
Kass, Shuler, Solomon, Spector, Foyle & Singer
1505 N Florida Ave
Tampa, Florida 33602-2613
Receiver

Scott Shaffer, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP.
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Eric Pinkerd, Esq.
Anderson | Pinkard
13577 Feather Sound Dr. Suite 670
Clearwater, FL 33762-5532
Attorneys for:
Sanders Legal Group, P.A.
Sanders Law, P.A.
Andre Keith Sanders
My Success Track, LLC.

Consumer Credit Group, LLC.
Dale Robinson
3985 Gateway Centre Blvd., Suite 220
Pinellas Park, FL 33782
(e-mail only)

Hector Lora, Esq.
Hector E. Lora, Esq.
174 NE 106th St
Miami Shores, FL 33138-2037
Counsel for:
William Balsamo
First Financial Asset Services, Inc