UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PRO CREDIT GROUP, LLC, *et al.*,<br><br>    Defendants. | Case No. 8:12-cv-586-T35-MSS-EAJ |

**NOTICE OF FILING CORRECTED PROPOSED STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AS TO DEFENDANTS WILLIAM BALSAMO AND FIRST FINANCIAL ASSET SERVICES, INC.**

Plaintiff, the Federal Trade Commission ("Commission"), respectfully files the attached corrected proposed Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief as to Defendants William Balsamo and First Financial Asset Services, Inc. This proposed Stipulated Final Judgment corrects an error in the previously-filed version (Dkt. #204). The corrected proposed Stipulated Final Judgment bears the signatures of: (1) Defendant William Balsamo, in his individual capacity and on behalf of Defendant First Financial Asset Services, Inc., (2) counsel for Defendants William Balsamo and First Financial Asset Services, Inc., and (3) counsel for the Commission. A true copy of the corrected Proposed Stipulated Judgment is attached hereto.

1

                                  Respectfully submitted,

Dated:  August 1, 2013           /s/ Korin Ewing Felix
                                  KORIN EWING FELIX
                                  JULIA SOLOMON ENSOR
                                  Federal Trade Commission
                                  Division of Enforcement
                                  600 Pennsylvania Ave., NW, Suite M-8102B
                                  Washington, DC  20580
                                  (202) 326-3556, kfelix@ftc.gov (Claybaugh)
                                  (202) 326-2377, jensor@ftc.gov (Ensor)
                                  (202) 326-2558 (Fax)

                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on this date, the FTC's Notice of Filing Corrected Proposed Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief as to Defendants William Balsamo and First Financial Asset Services, Inc. and the attachment thereto were served by operation of the Court's electronic case filing ("ECF") system upon the following:

MARK BERNET, ESQ.
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
mark.bernet@akerman.com
*Receiver*

ANDREW B. LUSTIGMAN, ESQ.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
alustigman@olshanlaw.com
*Attorney for Defendants Andre Keith Sanders; Sanders Law, P.A.; and Sanders Legal Group, P.A.*

KYLE CARRIER, ESQ.
P.O. Box 66465
St. Pete Beach, FL 33706
kcarrier24@gmail.com
*Attorney for Defendants Andre Keith Sanders; Sanders Law, P.A.; and Sanders Legal Group, P.A.*

ANDREW N. COVE, ESQ.
Cove & Associates, P.A.
225 South 21st Avenue
Hollywood, FL 33020
anc@covelaw.com
*Attorney for Defendants William Balsamo and First Financial Asset Services, Inc.*

I further certify that on this date, the foregoing document was served via U.S. first class mail and/or email upon the following non-participants in the ECF system:

Dale Robinson
14830 56th Street North
Clearwater, FL 33760
drobinson50@live.com
*Defendant pro se*

Brett Fisher
111 Sunburst Court
Clearwater, FL 33755
brettfisher21@gmail.com
*Defendant pro se*

Dated:  August 1, 2013          /s/ Korin Ewing Felix
                                KORIN EWING FELIX
                                Federal Trade Commission
                                Division of Enforcement
                                600 Pennsylvania Ave., NW, Suite M-8102B
                                Washington, DC  20580
                                (202) 326-3556, kfelix@ftc.gov
                                (202) 326-2558 (Fax)