## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Federal Trade Commission,                              Case No. 8:12-cv-586-EAJ

      Plaintiff,

vs.

Proc Credit Group, LLC, et al.,

      Defendants.

_____/

## <u>AMENDED</u>

## MOTION TO AMEND OR ALTER A JUDGMENT OR IN THE ALTERNATIVE <u>MOTION FOR RELIEF FROM A JUDGMENT OR ORDER</u>

COMES NOW, Andre Keith Sanders, Sanders Legal Group, P.A. and Sanders Law, P.A. (hereinafter "Sanders defendants") defendants in this case and seek to AMEND the MOTION TO AMEND OR ALTER A JUDGMENT OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM A JUDGMENT OR ORDER, the same being Docket Entry Number 216 and shows this Honorable Court the following:

1.	Sanders Defendants' filed the Motion while the FTC's counsel was furloughed. FTC counsel today contacted the Sanders Defendants' and desire the wording in Paragraph 12 of the MOTION TO AMEND OR ALTER A JUDGMENT OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM A JUDGMENT OR ORDER (docket entry No. 216) where the Motion incorrectly states that the FTC does not oppose the Motion to change that to the FTC takes no position as to the Motion.

Wherefore Sanders' Defendants' prays this Honorable Court to Grant this Motion consider the language in this amended Motion to show the FTC's desired language and any other relief the Court deems just and proper.


DATED: October 17, 2013

**/s/ Andre Keith Sanders_____**
Andre Keith Sanders, Esquire
Florida Bar No. 883840
Sanders Law, P.A.
P.O. Box 66465
St. Pete Beach, FL 33736
(727) 209-0744 Office
(888) 711-8435 Facsimile
keithsanderslaw@gmail.com