**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                                                          Case No: 8:12-cv-586-T-35EAJ

PRO CREDIT GROUP, LLC, a Florida limited liability company, BRETT FISHER, individually and as an officer, owner, director, member, or manager of Pro Credit Group, LLC, SANDERS LEGAL GROUP, P.A., a Florida corporation, SANDERS LAW, P.A., a Florida corporation, ANDRE KEITH SANDERS, individually and as an officer, owner, director, member, or manager of Sanders Legal Group, P.A., and My Success Track, LLC, MY SUCCESS TRACK, LLC, a Florida limited liability company, CONSUMER CREDIT GROUP, LLC, a Florida limited liability company, DALE ROBINSON, individually, and as an officer, owner, director, member, or manager of member of Consumer Credit Group, LLC, FIRST FINANCIAL ASSET SERVICES, INC., a Florida corporation, and WILLIAM BALSAMO, individually and as an officer, owner, director, member, or manager of Consumer Credit Group, LLC,

    Defendants.
_____/

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

This Cause comes before the Court *sua sponte*. The Court has previously entered Stipulated Final Judgments and Permanent Injunctions or Default Final Judgments and Permanent Injunctions against all of the Defendants in this case. See (Dkts. 209-212, 220-221)  Moreover, it appears from the Receiver's Fourth Interim Report that all of the

personal and real property that was to be liquidated pursuant to those Orders has been so disposed.  (Dkt. 223)  Therefore, it is hereby **ORDERED as follows**:

This case is **administratively closed** pending receipt of a final stipulation of dismissal within **sixty (60) days** from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of June, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party