UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.   Case No: 8:12-cv-586-T-35EAJ

PRO CREDIT GROUP, LLC, a Florida limited liability company, BRETT FISHER, individually and as an officer, owner, director, member, or manager of Pro Credit Group, LLC, SANDERS LEGAL GROUP, P.A., a Florida corporation, SANDERS LAW, P.A., a Florida corporation, ANDRE KEITH SANDERS, individually and as an officer, owner, director, member, or manager of Sanders Legal Group, P.A., and My Success Track, LLC, MY SUCCESS TRACK, LLC, a Florida limited liability company, CONSUMER CREDIT GROUP, LLC, a Florida limited liability company, DALE ROBINSON, individually, and as an officer, owner, director, member, or manager of member of Consumer Credit Group, LLC, FIRST FINANCIAL ASSET SERVICES, INC., a Florida corporation, and WILLIAM BALSAMO, individually and as an officer, owner, director, member, or manager of Consumer Credit Group, LLC,

    Defendants.
_____/

## ORDER DIRECTING CLOSURE

On July 28, 2014, the Plaintiff filed a Notice Why This Case Should Not Be Dismissed (Dkt. 225), in response to the Court's Order directing that this matter be administratively closed for sixty days, and dismissed thereafter if a request to extend the closure had not been received. (Dkt. 224) In the Notice, Plaintiff states that while there

are no claims currently pending, the Court resolved the action against all of the Defendants with stipulated Permanent Injunction Orders and Default Judgment Orders and retained jurisdiction to enforce those orders. Thus, Plaintiff contends that the case should "not be dismissed but instead should be administratively closed or deactivated," so that Plaintiff can enforce the orders via contempt proceedings should it become necessary. (Dkt. 225)

Accordingly, the **CLERK** is **DIRECTED** to **CLOSE** this case. Should Plaintiff require subsequent Court intervention it may seek such relief by moving to re-open the matter.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party

- 2 -