# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                       **Case No.: 8:12-cv-586-T35-EAJ**

**PRO CREDIT GROUP, LLC, et al.,**

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's Final Application for Payment for Services Rendered and Costs Incurred. (Dkt. 231) The Receiver seeks Court approval of his application, an award of compensation for professional services rendered and to be rendered,[1] and reimbursement for costs incurred, for the period commencing September 1, 2012, through the end of this matter, in the total amount of $40,951.00. The fees sought represent $40,535.00 as fees for services rendered and to be rendered and $416.00 for reimbursable expenses. The Receiver states that no party opposes the requested relief.

Upon consideration of all relevant filings, it is hereby **ORDERED** as follows:

1. The Receiver's Final Application for Payment for Services Rendered and Costs Incurred (Dkt. 231) is **GRANTED**;

---

[1] The Receiver requests that the Court include 10.0 hours, at $275.00 per hour, in the final fee award for services to be rendered in connection with various "clean-up" items he will need to perform upon the entry of a separate Order by this Court regarding the Receiver's Motion to Conclude Receivership and Discharge Receiver (Dkt. 232).

2. The Receiver is authorized immediately to receive payment in the sum of $40,951.00, representing $40,535.00 in fees and $416.00 for reimbursable expenses.

3. Payment shall be made from proceeds of the Receivership.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of July 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Parties